UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

PROCAPUI-PRODUCTORES DE CAMAROES DE :
ICAPUI LTDA.,

          Plaintiff, :

    -against- : 07 Civ. 6627 (BSJ) (AJP)

: ORDER

MARCIAL GERALD LAYANI, G. F. HIGGINS INC.,
THERESA HIGGINS as Executrix of the Estate of :
Gerald Francis Higgins, THOMAS HIGGINS, ROBERT
HIGGINS, RICHARD RUBIN & NOEL BLACKMAN, :

          Defendants. :

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07

### ANDREW J. PECK, United States Magistrate Judge:

    This case has been referred to me by Judge Jones for general pretrial purposes.

    The parties are advised to provide my chambers with a courtesy copy of all papers hereafter filed with the Court in this matter.

    Plaintiff is to serve defendants by November 21, 2007.

    As soon as defendant has responded to the complaint or counsel for defendant has appeared, whichever first occurs, the parties shall call my secretary (at 212-805-0036) to schedule the Initial Pretrial Conference.

    Plaintiff is to serve this Order on defendant or defendant's counsel.

C:\ORD\Referral Notice

2

The parties are to follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is enclosed.

SO ORDERED.

DATED: New York, New York
August 9, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Luigi P. De Maio, Esq.
Judge Barbara S. Jones