UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                Plaintiff,

v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                Defendants.
----------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

DECLARATION OF
MARCIAL
GERALD LAYANI

      MARCIAL GERALD LAYANI, declares the following under penalty of perjury under the laws of the United States of America:

      1. I am the person named as a Defendant in the above action although I have not been served with any process nor have I appeared or otherwise waived service of process. No appearance or waiver of any kind is intended by signing this declaration.

      2. I make this declaration on my own knowledge so the Court will know the facts regarding my residence and domicile.

      3. I understand the Complaint in this action alleges that I am a citizen of the United States and a resident of the State of New York. This is only partly true. I *am* a citizen of the United States but I am *not* any longer a resident of New York



or of any other place in the United States. In July, 2001 I became a permanent resident of Brazil. I file my income tax returns in Brazil. I have moved out of my home in the U.S. and no longer maintain any residence in the U.S. I have no plans or present intention of returning to the U.S. to live. I have not visited the United States since March, 2003 and, before that, not very often.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 13th, 2007



MARCIAL GERALD LAYANI