UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                                                                             07 Civil Action
                  Plaintiff,                          File No. 6627-BSJ

                    v.

                                                                             RULE 7.1
MARCIAL GERALD LAYANI, G. F. HIGGINS,     STATEMENT
INC., THERESA HIGGINS, as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                  Defendants.
-----------------------------------------------------------------x

Defendant G.F. HIGGINS, INC. states pursuant to Rule 7.1 F.R.Civ.P., that its shares are not publicly held and that it has no parent corporation and that no publicly held corporation owns any of its shares.

Dated: New York, NY
       August 16, 2007

                                                       Yours, etc.

                                                       John J. Phelan, III, P.C.

                                                       By/S/_____
                                                          John J. Phelan, III (JP8632)
                                                       Attorneys for Defendants G.F.
                                                       Higgins, Inc., Theresa Higgins, as
                                                       Executrix for the Estate of Gerald

Higgins, Thomas Higgins and Robert Higgins  
1285 Avenue of the Americas,  
 Suite 3500  
New York, NY 10019  
Tel: (212) 315-3082  
Fax: (212) 315-3028  
Email: jphelaniii@att.net