UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                         Plaintiff,

             v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                        Defendants.
----------------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

RULE 7.1
STATEMENT

Defendant G.F. HIGGINS, INC. states pursuant to Rule 7.1 F.R.Civ.P., that its shares are not publicly held and that it has no parent corporation and that no publicly held corporation owns any of its shares.

Dated: New York, NY
       August 16, 2007

                                       Yours, etc.

                                       John J. Phelan, III, P.C.

                                       By/S/_____
                                         John J. Phelan, III (JP8632)
                                     Attorneys for Defendants G.F.
                                     Higgins, Inc., Theresa Higgins, as
                                     Executrix for the Estate of Gerald

Higgins, Thomas Higgins and Robert Higgins
1285 Avenue of the Americas,
 Suite 3500
New York, NY 10019
Tel: (212) 315-3082
Fax: (212) 315-3028
Email: jphelaniii@att.net