UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                 07 Civil Action
       Plaintiff,         File No. 6627-BSJ

    v.

**MARCIAL GERALD LAYANI, G. F. HIGGINS,**
**INC., THERESA HIGGINS, as Executrix of**   **CERTIFICATE**
**THE ESTATE OF GERALD FRANCIS HIGGINS,**  **OF SERVICE**
**THOMAS HIGGINS, ROBERT HIGGINS,**
**RICHARD RUBIN and NOEL BLACKMAN,**

       **Defendants.**
-------------------------------------------------------------------x

JOHN J. PHELAN, III, hereby certifies as follows:

  1. I am attorney of record for The Higgins Defendants in the within action and am a member of the bar of this Court.

  2. On September 16, 2007, I served (i) the within Notice of Motion to Dismiss the Complaint herein and for Other Relief, (ii) the Memorandum of Law in Support thereof, (iii) the Declaration of Marcial Gerald Layani and (iv) the Rule 7.1 Statement upon Luigi DeMaio, Esq, DeMaio & Hughes, 330 East 30th Street, New York, NY 10016, attorneys for Plaintiff, by filing such papers with the Clerk by electronic means on the Court's CM/ECF system.

Dated: New York, NY
      August 16, 2007

                                Yours, etc.
                                John J. Phelan, III, P.C.


                                By /S/_____
                                    John J. Phelan, III (JP8632)
                                Attorney for Higgins Defendants
                                1285 Avenue of the Americas, # 3500
                                New York, NY 10019
                                Tel: (212) 315-3082
                                Fax: (212) 315-3028
                                email: jphelaniii@att.net