# DE MAIO & HUGHES, LLC.

Attorneys and Counselors at Law

Hon. Aniello De Maio (1878-1945)*

Luigi Biaggio Maria De Maio (1879-1967)*

John Henry De Maio (1912-1967)

Hon. Thomas J. Hughes (1912-1996)

Louis Victor De Maio (1916 - 1965)

Luigi P. De Maio

330 East 30th Street
NEW YORK, N.Y. 10016
TELEPHONE: (212) 888-8300
FACSIMILE: (212) 889-1391
E-mail:luigidemaio@netscape.net

Columbia County Office:
2540 State Route 82
Ancram, NY 12502
Tel: (518)329-2962
Facsimile: (518) 329-0852

*not admitted in New York

August 22, 2007

**BY TELECOPIER (212)805-6191**
Hon. Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY 10007

**Procapui Productores de Camaraoes de Icapui, Ltda. v. Marcial Gerald Layani, et al.
File No. 07 Civ. 6627 (BSJ, AJP)**

Dear Judge Jones:

We are the attorneys for plaintiff herein.

By Notice of Motion dated August 16, 2007 certain defendants moved for an order dismissing this action together with other ancillary relief.

Said motion was made returnable on September 11, 2007 with answering papers due August 30, 2007.

Counsel have agreed, subject to your approval, to extend plaintiff's time within which to respond to said motion to and including and September 15, 2007 with defendants' Reply papers, if any due teen (10) days thereafter which would make the motion returnable on September 25, 2007.

By copy of this letter I am confirming the above with counsel for the movants who are the only parties who have appeared to date.

Respectfully,

*[signature]*

Luigi P. De Maio

cc:
**BY TELECOPIER (212)315-3028**
John Phelan, III, Esq.
Attorney for G.F. Higgins, Inc. Theresa Higgins,
Robert Higgins and Thomas Higgins
1285 Avenue of the Americas- Suite 3500
New York, NY 10019

Application GRANTED.

SO ORDERED ___*[signature]*___
Dated: BARBARA S. JONES
U.S.D.J.

8/22/07