# *Invoices Produced by Higgins2*

| Date | Procapui Inv Amt | "T" Invoice # | "T" Date | "T" Invoice $ |
|------|-----------------:|---------------|----------|--------------:|
| 6/20/2001 | $54,894.00 | | | $0.00 |
| 6/20/2001 | $2,956.80 | | | $0.00 |
| 7/2/2001 | $63,474.80 | | | $0.00 |
| 8/1/2001 | $22,644.00 | | | $0.00 |
| 8/1/2001 | $2,508.00 | | | $0.00 |
| 8/1/2001 | $46,618.00 | | | $0.00 |
| 8/15/2001 | $5,460.00 | | | $0.00 |
| 8/16/2001 | $30,555.80 | | | $0.00 |
| 8/30/2001 | $19,690.00 | | | $0.00 |
| 8/30/2001 | $65,700.80 | | | $0.00 |
| | $0.00 | CM-012-01T | 8/30/2001 | $40,664.00 |
| 9/30/2001 | $27,170.00 | | | $0.00 |
| | $0.00 | CM-014-01T | 8/30/2001 | $104,154.00 |
| 9/26/2001 | $201,714.00 | CM-015-01T | 10/2/2001 | $259,930.00 |
| 10/10/2001 | $57,120.80 | | | $0.00 |
| | $0.00 | CM-017-01T | 10/10/2001 | $148,154.00 |
| | $0.00 | CM-018-01T | 10/29/2001 | $60,266.00 |
| | $0.00 | CM-019-01T(2) | 10/29/2001 | $175,144.00 |
| | $0.00 | CM-019-01T | 10/29/2001 | $160,770.00 |
| 10/29/2001 | $33,250.00 | | | $0.00 |
| 10/29/2001 | $20,193.36 | | | $0.00 |
| | $0.00 | CM-022-01 | 11/19/2001 | $95,186.00 |
| 11/19/2001 | $42,459.12 | | | $0.00 |
| 11/19/2001 | $17,425.00 | | | $0.00 |
| 11/27/2001 | $171,332.00 | CM-025-01T | 11/27/2001 | $171,384.00 |
| 11/21/2001 | $3,901.92 | | | $0.00 |
| 12/3/2001 | $38,300.00 | CM-025-01T | 12/5/2001 | $41,630.00 |
| 12/5/2001 | $60,638.60 | | | $0.00 |

| Date | Procapui Inv Amt | "T" Invoice # | "T" Date | "T" Invoice $ |
|---|---|---|---|---|
| 6/6/2001 | $46,959.00 | | | $0.00 |
| 5/10/2002 | $100,800.00 | CL-001-02T | 5/8/2002 | $108,660.00 |
| 5/26/2002 | $221,800.00 | CL-002-02T  Pro | 5/26/2002 | $241,554.00 |
| 5/24/2002 | $223,259.80 | CL-003-02T | 5/22/2002 | $264,947.80 |
| 6/8/2002 | $204,167.00 | | | $0.00 |
| 6/24/2002 | $206,220.00 | CL-005-02T | 6/11/2002 | $248,672.00 |
| 6/25/2002 | $113,562.30 | CL-006-02T | 6/21/2002 | $134,442.30 |
| 7/7/2002 | $163,520.00 | | | $0.00 |
| | $0.00 | CL-008-02T | 6/28/2002 | $165,000.00 |
| 7/23/2002 | $140,378.28 | CL-009-02T | 7/24/2002 | $165,498.29 |
| 7/31/2002 | $175,617.08 | CL-010-02T(2) | 7/23/2002 | $251,168.00 |
| 7/31/2002 | $175,617.08 | CL-010-02T | 7/31/2002 | $202,589.08 |
| 8/6/2002 | $176,767.00 | CL-011-02T | 7/24/2002 | $120,368.00 |
| 8/16/2002 | $206,163.36 | CL-012-02T | 8/14/2002 | $234,171.36 |
| 8/26/2002 | $221,550.00 | CL-013-02T | 8/23/2002 | $241,470.00 |
| 8/26/2002 | $94,441.25 | CL-014-02T | 8/30/2002 | $113,889.25 |
| 9/12/2002 | $137,520.00 | CL-015-02T (PO) | 9/10/2002 | $155,484.00 |
| 9/16/2002 | $239,760.00 | CL-016-02T | 9/13/2002 | $281,144.00 |
| 10/13/2002 | $241,160.00 | CL-017-02T | 9/30/2002 | $280,928.00 |
| 10/15/2002 | $102,155.49 | CL-018-02T | 10/14/2002 | $120,455.49 |
| 10/25/2002 | $179,422.24 | CL-019-02T | 10/22/2002 | $211,930.35 |
| 10/28/2002 | $144,593.00 | CL-020-02T | 10/28/2002 | $166,305.00 |
| 11/9/2002 | $138,211.00 | CL-021-02T | 11/7/2002 | $160,427.00 |
| 11/13/2002 | $119,040.26 | CL-022-02T | 11/12/2002 | $139,941.26 |
| | $0.00 | CL-023-02T | | $0.00 |
| | $0.00 | CL-024-02T | 11/30/2002 | $217,200.00 |
| 11/30/2002 | $118,753.11 | CL-025-02T | 11/30/2002 | $137,533.11 |
| 12/9/2002 | $90,023.89 | CL-026-02T | 12/9/2002 | $104,487.89 |
| 12/21/2002 | $167,620.00 | CL-027-02T | 12/16/2002 | $196,372.00 |
| 12/30/2002 | $221,200.00 | CL-028-02T | 12/30/2002 | $246,640.00 |

| Date | Procapui Inv Amt | "T" Invoice # | "T" Date | "T" Invoice $ |
|---|---|---|---|---|
| | | | | $0.00 |
| 1/13/2003 | $165,430.00 | | | $0.00 |
| 3/19/2002 | $77,838.20 | | | $0.00 |
| 3/18/2002 | $14,071.20 | | | $0.00 |
| 3/25/2002 | $83,707.80 | | | $0.00 |
| 4/5/2002 | $123,819.60 | | | $0.00 |
| 4/8/2002 | $40,453.00 | | | |
| 5/8/2002 | $36,746.60 | | | $0.00 |
| 5/22/2002 | $18,122.30 | | | $0.00 |
| 6/4/2002 | $25,659.80 | | | $0.00 |
| 6/21/2002 | $53,436.55 | | | $0.00 |
| 7/7/2002 | $68,578.40 | | | $0.00 |
| 7/11/2002 | $49,924.60 | | | $0.00 |
| 7/19/2002 | $63,561.20 | | | $0.00 |
| 7/24/2002 | $57,895.20 | | | $0.00 |
| 8/6/2002 | $33,364.06 | | | $0.00 |
| 8/14/2002 | $45,988.30 | | | $0.00 |
| 8/28/2002 | $56,825.91 | | | $0.00 |
| 8/28/2002 | $28,842.69 | | | $0.00 |
| 8/30/2002 | $29,742.35 | | | $0.00 |
| 9/25/2002 | $59,630.20 | | | $0.00 |
| 10/14/2002 | $40,272.61 | | | $0.00 |
| 10/13/2002 | $28,243.21 | | | $0.00 |
| 10/25/2002 | $37,297.82 | | | $0.00 |
| 10/28/2002 | $20,207.40 | | | $0.00 |
| 11/7/2002 | $44,412.60 | | | $0.00 |
| 11/13/2002 | $80,896.70 | | | $0.00 |
| | $0.00 | | | |
| | $0.00 | | | |
| 11/30/2002 | $11,005.00 | | | $0.00 |

| Date | Procapui Inv Amt | "T" Invoice # | "T" Date | "T" Invoice $ |
|---|---|---|---|---|
| 11/30/2002 | $66,625.70 | | | $0.00 |
| 12/2/2002 | $80,771.22 | | | $0.00 |
| 12/12/2002 | $55,286.20 | | | $0.00 |
| 12/30/2002 | $27,038.76 | | | $0.00 |
| 12/30/2002 | $27,169.90 | | | $0.00 |
| 12/30/2002 | $36,276.34 | | | $0.00 |
| 1/13/2003 | $97,490.00 | | | $0.00 |
| 1/16/2003 | $84,358.00 | | | $0.00 |
| 1/13/2003 | $17,778.60 | | | $0.00 |
| 2/2/2002 | $116,180.40 | | | $0.00 |
| 3/5/2002 | $113,570.60 | | | $0.00 |
| 3/20/2002 | $122,907.40 | | | $0.00 |
| 5/7/2003 | $48,356.00 | | | $0.00 |
| 5/13/2002 | $164,268.00 | CL-002-03T | 5/12/2003 | $168,100.00 |
| 5/22/2003 | $174,725.00 | CL003-03T | 5/22/2003 | $184,805.00 |
| 5/30/2003 | $70,748.00 | CL-004-03T | 5/30/2003 | $75,548.00 |
| 2/14/2003 | $70,346.40 | CL-005-03T | 6/7/2003 | $116,564.00 |
| 6/14/2003 | $73,640.00 | CL-006-03T | 6/11/2003 | $79,376.00 |
| | $0.00 | CL-007-03T | 7/7/2003 | $200,918.00 |
| 1/31/2003 | $87,277.20 | | | $0.00 |
| 1/31/2003 | $61,123.60 | | | $0.00 |
| 2/14/2003 | $83,363.50 | | | $0.00 |
| 2/10/2003 | $27,656.00 | CM-004-03T | 5/29/2003 | $75,548.00 |
| 2/14/2003 | $70,346.40 | | | |
| 2/18/2003 | $70,548.80 | | | $0.00 |
| 2/28/2003 | $58,676.00 | | | $0.00 |
| 3/15/2003 | $86,177.60 | | | $0.00 |
| 4/11/2003 | $49,971.60 | | | $0.00 |
| 4/11/2003 | $50,776.50 | | | $0.00 |
| 4/11/2003 | $91,933.00 | | | $0.00 |

| Date | Procapui Inv Amt | "T" Invoice # | "T" Date | "T" Invoice $ |
|------|------------------|---------------|----------|---------------|
| 4/12/2003 | $86,393.00 | | | $0.00 |
| 4/12/2003 | $101,305.00 | | | $0.00 |
| 4/26/2003 | $95,167.00 | | | $0.00 |
| 4/29/2003 | $45,253.20 | | | $0.00 |
| 5/13/2003 | $70,656.40 | | | $0.00 |
| 5/22/2003 | $36,742.00 | | | $0.00 |
| 5/30/2003 | $67,167.40 | | | $0.00 |
| 6/4/2003 | $84,694.00 | | | $0.00 |
| 6/9/2003 | $70,350.00 | | | $0.00 |
| 6/20/2003 | $79,448.00 | | | $0.00 |
| 6/30/2003 | $88,030.20 | | | $0.00 |
| 7/18/2003 | $90,626.20 | | | $0.00 |
| 7/22/2003 | $88,677.00 | | | $0.00 |
| 7/25/2003 | $75,076.60 | | | $0.00 |
| 7/31/2003 | $27,535.00 | | | $0.00 |
| 8/1/2003 | $0.00 | | | $0.00 |
| 8/1/2003 | $0.00 | | | $0.00 |
| 8/1/2003 | $0.00 | | | $0.00 |
| 8/1/2003 | $0.00 | | | $0.00 |
| 3/1/2004 | $0.00 | | | $0.00 |
| 12/1/2004 | $0.00 | | | $0.00 |
| 3/1/2004 | $0.00 | | | $0.00 |
| 7/26/2001 | $57,581.20 | | | $0.00 |