

**PROCAPUÍ - PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA**
CNPJ 04.198.103/0001-69  CGF 06.305.020-0
Vila Barra Grande, S/No. – Centro – Icapuí/Ce/Brazil
Fone:(85)263.2622 - Fax:(85)263.3327

## COMMERCIAL INVOICE

No: CM-007/02    DATE: APRIL 19, 2002.

OUR SALE OF:  BRAZILIAN FRESH FROZEN
          HEADLESS SHRIMP "PROCAPUÍ BRAND"

BUYER: G. F. HIGGINS, INC, S.A.
       825 WASHINGTON STREET, PEMBROKE,
       MA 02359 - USA.

TERMS:

MARKS:  PROCAPUÍ/BRAZIL
        GF HIGGINS/USA

SHIPPED PER: SS ELQUI    | FROM: FORTALEZA/CE/BRAZIL
                          | TO: NEW YORK/USA

CONSIGNED TO: G. F. HIGGINS, INC. S.A.

INSURANCE: COVERED BY BUYER

NOTIFY: BOSTON BAY BROKERS
        88 BLACH FALCON AVE,
        BOSTON, MA 02210 - USA
        PHONE: 617-737-5100/617-737-2411
        ATTN: LINDA QUASARANO.

TERMS:
        [ ] FOB          [ ] C&F          [x] CFR

DRAFT No.: CM-007/02  AT THE AMOUNT OF US$ 84,087.60  REPRESENTING 100% OF THIS COMMERCIAL
INVOICE DRAWN TO THE ORDER OF BANK OF BOSTON – AG. FORTALEZA/CE/BRAZIL.
AGAINST

[ ] AT COLLECTION BASIS    [ X ] REMITTANCE   [ ] UNDER LETTER OF CREDIT No.:

### SPECIFICATION OF GOODS

01 (ONE) CONTAINER FCL/FCL OF 40 FT CONTAINING:
750 (SEVEN HUNDRED FIFTY) MASTER BOXES CONTAINING TEN BOXES OF 4.4 LBS
    TOTALING 44 LBS NET EACH OF "BRAZILIAN FRESH FROZEN HEADLESS SHRIMP"
    "PROCAPUÍ BRAND". TOTAL NET WEIGHT: 33.000 LBS. AS BELOW: -

| SIZES | BOXES | LBS | PRICE/LB/FOB | | AMOUNT |
|---|---|---|---|---|---|
| 21/25 | 01 | 44 | US$ 3,35 | US$ | 147.40 |
| 31/35 | 01 | 44 | US$ 3,35 | US$ | 147.40 |
| 36/40 | 03 | 132 | US$ 3,15 | US$ | 415.80 |
| 41/50 | 06 | 264 | US$ 3,00 | US$ | 792.00 |
| 51/60 | 123 | 5.412 | US$ 2,65 | US$ | 14,341.80 |
| 61/70 | 239 | 10.516 | US$ 2,55 | US$ | 26,815.80 |
| 71/90 | 232 | 10.208 | US$ 2,45 | US$ | 25,009.60 |
| 91/110 | 08 | 352 | us$ 1,90 | US$ | 668.80 |
| BROKEN S | 109 | 4.796 | US$ 1,65 | US$ | 7,913.40 |
| M | 28 | 1.232 | US$ 2,05 | US$ | 2,525.60 |
| | 750 | 33.000 | | US$ | 78,777.60 |

OCEAN FREIGHT ....................................... US$  5,310.00

TOTAL CFR .......................................... US$ 84,087.60

GROSS WEIGHT: 21.000 KG  /  NET WEIGHT: 15.000 KG
CONTAINER NR.: CRLU 110.243-5  / SEAL NR.: DT 430024.

***PRODUCT ELABORATED AND PACKED BY: ICAPEL - ICAPUÍ PESCA LTDA ~ SIF 971***

PROCAPUÍ PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA

Marcial Gerald Layani
Manager

# MONTEMAR
## BILL OF LADING FOR PORT TO PORT AND INTERMODAL SHIPMENT

| | |
|---|---|
| **SHIPPER (NAME AND FULL ADDRESS)** | **BOOKING NBR.** MMBRYYA0000045 **SERVICE** MMUS **BL NUMBER** MMMXVYA000336 |
| PROCAPUI PRODUTORES DE CAMAROES DE ICAP DE LTDA BR GRANDE S/N CENTRO VILA BARRA GRANDE CEARA BRAZIL CNPJ: 04110803/0001-68 | **EXPORT REFERENCES** SERVICE CONTRACT "TLI NR: T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 |
| **CONSIGNEE (NAME AND FULL ADDRESS)** NOT NEGOTIABLE UNLESS TO ORDER OF | **FORWARDING AGENT - REFERENCES (NAME AND FULL ADDRESS / F.M.C.)** |
| G.F. HIGGINS INC 825 WASHINGTON STREET PEMBROKE, MA 02359, USA | |
| **NOTIFY (NAME AND FULL ADDRESS)** | **POINT AND COUNTRY OF ORIGIN OF GOODS** CE, BRAZIL |
| BOSTON BAY BROKERS 88 BLACK FALCON AVES BOSTON, MA 02210, USA PHONE: 617-737-5100/617-737-2411 ATTN: LINDA QUSARANO | **DOMESTIC ROUTING / EXPORT INSTRUCTIONS / ONWARD INLAND ROUTING** BRFOR/USNYC 010-ELQUI/700049/N |
| **PRECARRIAGE BY (Mode)** | **PLACE OF RECEIPT BY PRECARRIER (*)** Fortaleza, Brazil |
| **PORT OF LOADING** Fortaleza Brazil | **OCEAN VESSEL (Vessel/voyage/leg)** ELQUI700049/N |
| **PORT OF DISCHARGE** New York (New York) USA | **PLACE OF DELIVERY BY ON CARRIER (*)** New York (New York) USA |

## PARTICULARS FURNISHED BY SHIPPER - CARRIER NOT RESPONSIBLE

| MARKS AND NUMBERS | Nº OF PKGS./CNTRS. | DESCRIPTION OF PACKAGES AND GOODS | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| PROCAPUI BRAZIL GF HIGGINS USA CRLU3144147 SN: DT429712 QTY: 350 HOUSE DOOR-HOUSE FCL/FCL TW: 3.200,00KGS GW: 9.800,00KGS | 1 | REFER 20' CONTAINER SAID TO CONTAIN: 350 MASTER CARTONS PACKED IN 44 LBS EACH, WEIGHTING TOTAL 15.400 LBS OF BRAZILIAN FRESH FROZEN HEADLESS SHRIMP PRODUCT ELABORATED AND PACKED BY: ICAPEL ICAPUI PESCA LTDA, SIF 971, ADDRESS: AV PL BARRA GRANDE S/N CENTRO ICAPUI/CEARA/BRAZIL "GOODS STOWED IN A REFRIGERATED CONTAINER AT MINUS 18 DEGREES CENTEGRADE" CLEAN ON BOARD ***FREIGHT P R E P A I D*** NET WEIGHT = 7.000 KGS RE:02/036.822380JUAU DDE:202-05.641074 | 9.800,00KGS | |

**"CLAUSES AND SPECIF"**

SHIPPERS DECLARED VALUES (IF NOT DECLARED, LIABILITY LIMIT APPLIES AS PER CLAUSE 16).

## TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER:

The number of containers or packages shown in the "TOTAL No. OF CONTAINERS OR PACKAGES RECEIVED BY THE CARRIER" box which are said by the Shipper to hold (or) consolidate the Goods described in the "PARTICULARS FURNISHED BY SHIPPER CARRIER NOT RESPONSIBLE" box, have been received by MONTEMAR MARITIMA S.A. from the Shipper in apparent good order and condition except as otherwise indicated herein, weight, measured marks, numbers, quality, quantity, description, contents and value unknown) for Carriage from the Place of Receipt or the Place of Delivery (whichever is applicable) to the Port of Discharge or the Place of Delivery (whichever is applicable) on the terms and conditions hereof INCLUDING THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF, THE CARRIER'S APPLICABLE TARIFF AND THE TERMS AND CONDITIONS OF THE PRECARRIER AND ON CARRIER AS APPLICABLE IN ACCORDANCE WITH THE TERMS AND CONDITIONS ON THE REVERSE SIDE HEREOF.

IN WITNESS WHEREOF THREE (3) ORIGINAL BILLS OF LADING (unless otherwise stated above) HAVE BEEN SIGNED ALL OF THE SAME TENOR AND DATE, ONE OF WHICH BEING ACCOMPLISHED THE OTHERS TO STAND VOID.

| FREIGHT CHARGES | RATE | PREPAID | COLLECT | PAYABLE AT |
|---|---|---|---|---|
| OCEAN FREIGHT /UN/USD | | 5.000,00 | | YYA/BRFOR |
| PORT OF DISCHARGE H/UN/USD | | | 550,00 | YFA/USNWY |
| BUNKER SURCHARGE /UN/USD | | | 168,00 | YFA/USNWY |
| CHASSIS USAGE SURCH /UN/USD | | | 60,00 | YFA/USNWY |
| B/L FEE /BL/USD | | | 50,00 | YFA/USNWY |
| PORT OF LOADING HAN/UN/BRC | | 105,00 | | YYA/BRFOR |

| | | | | |
|---|---|---|---|---|
| MONTEMAR MARITIMA S.A. as Carrier | **FOR ON CARRIER** MONTEMAR S.A. GENAVE CEARA CARGAS E REP LTDA | **TOTAL BRC** | 105,00 | |
| | | **TOTAL USD** | 5.000,00 | 828,00 |
| | | **TOTAL** | | |

Copy Non-Negotiable — CONDITIONS IN ORIGINAL BILL OF LADING

NF. Nº 158

## BORDERÔ DE EXPORTAÇÃO

| **PROCAPUÍ PROD. CAMARÕES DE ICAPUÍ LTDA**<br>Vila Barra Grande. S/No. - Centro<br>Icapuí – Ceará – Brazil – CEP 62.810-000<br>Fone: (85)263 26 22   Fax: (85)263 33 27<br>CNPJ 04.198.103/0001-69  CGF 06.305.020-0 | PARA USO DO BANCO |
|---|---|

AO
BANK OF BOSTON
DEPARTAMENTO DE CÂMBIO
AG. FORTALEZA/CEARÁ/BRAZIL

ENTREGAMOS OS DOCUMENTOS VINCULADOS A EXPORTAÇÃO AQUI CARACTERIZADA E PEDIMOS
REMETE-LOS AO EXTERIOR DE ACORDO COM AS INSTRUÇÕES INDICADAS A SEGUIR, PARA PAGTO./ACEITE.

IMPORTADOR:
G.F HIGGINS, INC. S.A.
825 WASHINGTON STREET, PEMBROKE, MA 02359 - USA

| DATA DA LETRA | FATURA/SAQUE No. | VALOR | PRAZO/VENCIMENTO |
|---|---|---|---|
| 19.04.2002 | CM-007/02 | US$ 84,087.60 | A VISTA |

MERCADORIA:  CAMARÃO CONGELADO SEM CABEÇA.

EMBARCAÇÃO: SS ELQUI.                    DATA EMBARQUE:  19/04/2002

DE: FORTALEZA/CE/BRAZIL                   PARA: NEW YORK/USA

| DOCUMENTOS | SAQUE | BL/AWB | FATURA COMERC | FATURA CONSUL | CERTIF ORIGEM | CERT PESO | CERT ANAL | DECLAR EMBARQ | CERTIFC SANIDADE | RE | SD | OUTROS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUANTIDADE COPIAS | 03 | 01 | 01 | | 01 | 01 | | 01 | 01 | 01 | 01 | 02 |

[ ] CARTA DE CREDITO  No.:              [ ] COBRANÇA
BANCO: NIHIL                            ENVIAR ATRAVES DO BANCO:

UTILIZAR NOSSA CONTA No.        NESTA,  INSTRUIR O BANQUEIRO NO SENTIDO DE:
AGENCIA, PARA LIQUIDACAO DO(S) CONTRATOS(S)  ENTREGAR DOCT.CONTRA: [ ]ACEITE   [ ]PAGTO.
DE   CAMBIO  E  RESPECTIVOS    LANÇAMENTOS
CONTABEIS.                              PROTESTAR POR FALTA : [ ]ACEITE   [ ]PAGTO.

No.RE: 02/0368113-001                  No. SD: 2020266388/4

NOSSA CONTA No.:                        NA AGENCIA:

PARA ESCLARECIMENTO FALAR COM: REBOUÇAS  - FONE: 263.2622 /9990.8276

CONTRATOS A SEREM APLICADOS:

| CCP No. | MOEDA ESTRANGEIRA | TAXA R$ | IMPORTANCIA R$ |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

**FORTALEZA/CE, 19/04/2002.**
Local e Data                          Marcial Gerald Layani



*PROCAPUÍ PRODUTORES DE CAMARÕES*
*DE ICAPUÍ LTDA.*
*CNPJ 04.198.103/0001-69 CGF 06.305.020-0*
*Vila Barra Grande, S/No. - Centro*
*CEP 62.810-000 - Icapuí/Ceará/Brazil*
*Fone: (85) 263.2622 - Fax: (85) 263.3327*

*Icapuí/Ce/Brazil,*    APRIL 19, 2002.

*Exchanger for*    US$ 84,087.60***

BANK'S STAMPS
AND NUMBERS

No. CM-007/02          At S I G H T          of this

FIRST of Exchange (Second and Third unpaid) pay to the order of

BANK OF BOSTON — AG. FORTALEZA/CE/BRAZIL          the sum of

EIGHTY FOUR THOUSAND, EIGHTY SEVEN DOLLARS AND SIXTY CENTS. **

*************************************************************

Value

To

PROCAPUÍ PROD. CAMARÕES DE ICAPUÍ LTDA.

Marcial Gerald Layani
Manager



*PROCAPUÍ*
**PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA**
*CNPJ 04.198.103/0001-69   CGF 06.305.020-0*
*Vila Barra Grande, S/No. – Centro – Icapuí/Ce/Brazil – CEP 62.810-000*
*Fone: (85) 263.2622 - Fax: (85) 263.3327*

## PACKING LIST

**SHIPPER:** *PROCAPUÍ PRODUTROES DE CAMARÕES DE ICAPUÍ LTDA.*
**BUYER:** *G. F. HIGGINS, INC. S.A.*
*825 WASHINGTON STREET, PEMBROKE, MA 02359 - USA.*
**NOTIFY:** *BOSTON BAY BROKES*
*88 BLACH FALCON AVE. MA 02210 - USA*
*PHONE: 617-737-5100/617-737-2411 - ATTN: LINDA QUASARANO.*
**MERCHANDISE:** *BRAZILIAN FRESH FROZEN HEADLESS SHRIMP.*
**MARKS:** *PROCAPUÍ/BRAZIL/G.F. HIGGINS/USA.*
**SHIP:** *SS ELQUI.*
**PORT OF LOADING:** *FORTALEZA/CE/BRAZIL..*
**PORT OF DISCHARGE:** *NEW YORK - NY - USA.*
**DESCRIPTION:** *CONTAINER No.: CRLU 110.243-5/ SEAL No.: DT 430024.*

*\*\*PRODUCT ELABORATED AND PACKED BY ICAPEL - ICAPUÍ PESCA LTDA - SIF 971\*\**
*ADDRESS: VILA BARRA GRANDE, S/No. - CENTRO - ICAPUÍ/CEARÁ/BRAZIL.*

| SIZES | CARTONS | POUNDS | WEIGHT NET | WEIGHT GROSS |
|---|---|---|---|---|
| | | | | |
| 21·25 | 01 | 44 | 20 | 28 |
| 26·30 | | | | |
| 31·35 | 01 | 44 | 20 | 28 |
| 36·40 | 03 | 132 | 60 | 84 |
| 41·50 | 06 | 264 | 120 | 168 |
| 51·60 | 123 | 5.412 | 2.460 | 3.444 |
| 61·70 | 239 | 10.516 | 4.780 | 6.692 |
| 71·90 | 232 | 10.208 | 4.640 | 6.496 |
| 91·110 | 08 | 352 | 160 | 224 |
| BROKEN S | 109 | 4.796 | 2.180 | 3.052 |
| BROKEN M | 28 | 1.232 | 560 | 784 |
| | | | | |
| TOTAL | 750 | 33.000 | 15.000 | 21.000 |

**INVOICE No.:** *CM-007/02*
**DATE:** *FORTALEZA/CEARÁ/BRAZIL., APRIL 19, 2002.*
**LETTER OF CREDIT No.:**

*PROCAPUÍ PROD. DE CAMARÕES DE ICAPUÍ LTDA*

MARCIAL GERALD LAYANI
MANAGER



**REPÚBLICA FEDERATIVA DO BRASIL**
**Ministério da Agricultura e do Abastecimento**

Declaração de Exportação/Importação de Camarões
Shrimp Exporter's/Importer's Declaration

| 1) País Produtor/Harvesting Nation:<br><br>BRAZIL | 2) Infraestrutura de Aquicultura/Aquaculture Facility:<br>*PROCAPUÍ PROD. DE CAMARÕES DE ICAPUI LTDA*<br>*VILA BARRA GRANDE, S/N – CENTRO*<br>*ICAPUI/CEARÁ/BRAZIL – CEP 62.810-000* |
|---|---|
| 3) Exportador/Exporter(Name/Address/Phone/Fax)<br>*PROCAPUÍ*<br>*PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA*<br>*VILA BARRA GRANDE, S/No. – CENTRO*<br>*ICAPUI/CEARÁ/BRAZIL – CEP 62.810-000* | 4) Importador/Consignatário/U.S. Importer/Ultimate Consignee:<br><br>*G. F. HIGGINS, INC. S.A.*<br>*825 WASHINGTON STREET, PEMBROKE, MA 02359*<br>*USA.* |

5. Data da Exportação/Date of Export: *APRIL 16, 2002.*

### 6. Descrição do Produto/Description of Product:

| Tarifa Externa Comum<br>U.S. Tarif Schedule Number | Numero de Volumes<br>Number of Units | Peso Liquido<br>Net Weight (Kg) |
|---|---|---|
| 0306.1399-00 | 750 MASTER BOXES | 15.000 Kg |

7) Declaração do Exportador/Exporter's Declaration:
   Declaro que o carregamento de camarão que acompanha esta declaração foi/I hereby declare that this shipment of shrimp accompanying this declaration was:
A- ( ) Capturado de forma não prejudicial a tartaruga marinha/Harvested in a manner not harful to sea turtles;
   1- (X) Produzido pela aqüicultura/Harvested by acquaculture;
   2- ( ) Capturado com uso de Teds/Harvested using TEDs;
   3- ( ) Produzido usando equipamento de Redes não mecânico/Harvested using non mechanical not retrieval;
   4- ( ) Pandalides ou outras espécies de camarões de águas frias capturados em áreas onde não ocorrem tartarugas/
   Pandalides or other shrimp species harvested in áreas where sea turtles do not occur;
B- ( ) Capturado em agua de uma região atualmente certificada de acordo com a seção 609 da PL 101-162/Harvested in the
   Waters of a region currently certified pursuant to Section 609 of P.L. 101-162.

| Exportador/Exporter(Nome e Titulo/Name and Title:<br>*PROCAPUÍ – PRODUTORES*<br>*DE CAMARÕES DE ICAPUÍ LTDA.* | Assinatura/Signature:<br><br>JOSÉ SARAIVA GOMES | Data/Date:<br><br>APRIL 16, 2002 |
|---|---|---|

8) Certificado Governamental/Government Certification:
   Declaro que as informações acima prestadas pelo exportador deste carregamento de camarão são exatas e a expressão da
   verdade/I hereby declare that the statements signed above by the exporter of this shipment of shrimp are and accurate to
   the best of my knowledge.

| Nome do Chefe do Núcleo de Pesca/<br>Name, Agency, Title: | Endereço, Telefone/Fax/<br>Address, Phone, Fax:<br>*AV. DOS EXPEDICIONARIOS,*<br>*No. 3442 – FORTALEZA/CE.* | Assinatura/Signature:<br><br>José Deodoro de Oliveira<br>Advogado Federal de Agricultura no Ceará | Data/Date:<br><br>APRIL 16, 2002. |
|---|---|---|---|

9) Informação do Importador/Import Information: Em Exercício

| Data de entrega/Date at Entry: | Porto de Entrada/<br>Port of Entry: | Numero de Entrada/<br>Entry Number: | Assinatura/Signature: |
|---|---|---|---|
| | | | |

ESTE FORMULARIO DEVE ACOMPANHAR TODO CARREGAMENTO DE CAMARÃO OU DE PRODUTOS DE CAMARÃO PARA OS ESTADOS UNIDOS/
THIS FORM MUST ACCOMPANY ALL SHIPMENT OF SHRIMP AND SHRIMP PRODUCTS INTO THE UNITED STATES.

FORM
DSP – 121

Public reporting for this collection of information is estimated to average 30 minutes per response, including time required searching existing data sources, gathering the necessary data providing the information required and reviewing the final collection. Send comments on the accuracy of this estimate of the burden and recommendations for reducing it to: Department of State ( OIS/RA/DIR,) Washington, D.C. 20520–0364 and to the



MINISTRY OF AGRICULTURE AND SUPPLYING
SECRETARY OF INSPECTION OF ANIMAL PRODUCT

# OFFICIAL CERTIFICATE FOR EDIBLE FISH PRODUCTS

Federal Inspection No.: 971 - ICAPEL

Certificate No.: **151/02**

Place of Production: ICAPUÍ/CEARÁ/BRAZIL

Date: APRIL 16, 2002.

I,  RDO. NONATO CORREIA DA SILVA
(name)

VETERINARY
(title)

Certify that the fish products listed below:

- a) - come from fish received at the above-indicate establishment in good conditions of hygiene, preservation and healthfulness, according to the terms of the regulation in force;
- b) - were handled under hygienic conditions; under the control of federal sanitary authorities: do not contain, and were note-prepared with the addition of any chemical preservative, coloring matter or other substance harmful to human health;
- c) – are well preserved an are suitable human consumption.

COPY
WITHOUT VALUE FOR TRANS

This is to verify that ICAPEL Icapuí Pesca Ltda, in system of the elaborated of " Frozen Headless Shrimp" exported to USA, was produced under HACCP and Sanitary programs that are in accordance with the US FDA'S SEAFOOD HACCP REGULATION 21 CFR 123.

| NATURE OF PRODUCT | NUMBER OF PIECES OR PACKAGES | WEIGHT IN KILOS |
|---|---|---|
| BRAZILIAN FRESH FROZEN HEADLESS SHRIMP | 750 MASTER BOXES WITH 44 LBS | NET:      15.000 KGS GROSS: 21.000 KGS |

Identification marks on the packages:  PROCAPUÍ/BRAZIL/GF HIGGINS/USA

Name Sender/Address:  ICAPEL – ICAPUÍ PESCA LTDA
            VILA BARRA GRANDE, S/No – CENTRO/ICAPUÍ/CEARÁ/BRAZIL

Name Consignee/Address:  G. F. HIGGINS INC., S. A.
            825 WASHINGTON STREET, PEMBROKE, MA 02359

Port of Shipment:  FORTALEZA/CEARÁ/BRAZIL

Port of Destination:  NEW YORK/USA

Name of the Vessel:  SS/ ELQUI

MINISTÁRIO DA AGRICULTURA, PECU,
E ABASTECIMENTO MAPA/USDA/DI
SERVIÇO DE INSPEÇÃO FEDER

1 6 ABR 2002

PORTO DE FORTALEZA
ESTADO DO CEARÁ
BRASIL

Shipper:  PROCAPUÍ PRDODUTORES DE CAMARÕES DE ICAPUÍ LTDA
            VILA BARRA GRANDE, S/No. – CENTRO/ICAPUÍ/CEARÁ/BRAZIL.

Container:  CRLU 110.243-5
Seal :  DT 430024

Federal Inspector
RAIMUNDO NONATO CORREIA DA SILVA
Médico Veterinário CRMV-CE 0523



MINISTERIO DA AGRICULTURA E DO ABASTECIMENTO
SECRETARIA DE INSPEÇÃO DE PRODUTO ANIMAL

# CERTIFICADO OFICIAL PARA PRODUTOS COMESTIVEIS DA PESCA

Inspeção Federal No.: 971 - ICAPEL

Certificado No.:  **151/02**

Lugar da Produção: ICAPUÍ/CEARÁ/BRAZIL

Data: 16/ABRIL / 2002

Eu, RDO. NONATO CORREIA DA SILVA.
(nome)

VETERINARIO(A)
(cargo)

Certifico que os produtos de pesca abaixo discriminados:

a) – provém do pescado recebido do estabelecimento acima declarado em boas condições de higiene, de conservação e sanidade, nos termos do regulamento em vigor;

b) – foram manipulados em condições higiênicas, sob o controle de autoridades sanitárias féderais não contém e nem foram elaborados com adição de qualquer substancias químicas conservadoras ou corantes nocivos a saúde humana;

c) – estão em bom estado de conservação e são proprios para a alimentação humana.

"Atesto que a empresa ICAPEL Icapuí Pesca Ltda, na elaboração do produto (Camarão Sem Cabeça) exportadas para NEW YORK/USA, está operando sob o sistema HACCP,e programas Sanitarios de acordo com o US FDA'S SEAFOOD HACCP REGULATION CFR 123".

| NATUREZA DO PRODUTO | NUMERO DE PEÇAS OU VOLUMES | PESO EM QUILOS |
|---|---|---|
| CAMARÃO SEM CABEÇA CONGE-LADO. | 750  CAIXAS DE PAPE LÃO C/44 LBS. | LIQUIDO: 15.000 KGS BRUTO:  21.000 KGS |

Marcas de identificação dos volumes: PROCAPUÍ/BRAZIL/GF HIGGINS/USA

COPIA
SEM VALOR PARA TRÂN.

Remetente/Endereço: ICAPEL – ICAPUÍ PESCA LTDA
VILA BARRA GRANDE, S/No – CENTRO/ICAPUÍ/CEARÁ/BRAZIL

Consignatario/Endereço: G. F. HIGGINS INC., S. A.
825 WASHINGTON STREET, PEMBROKE, MA 02359, USA

Porto de embarque: FORTALEZA/CEARÁ/BRAZIL

Porto de destino: NEW YORK/USA

Nome do navio: SS/ELQUI

MINISTÉRIO DA AGRICULTURA, PECUÁ
E ABASTECIMENTO MAPA/SDA/DIF
SERVIÇO DE INSPEÇÃO FEDER

1 6 ABR 2002

PORTO DE FORTALEZA
ESTADO DO CEARÁ
BRASIL

Embarcador: PROCAPUÍ PRDOUTORES DE CAMARÕES DE ICAPUÍ LTDA
VILA BARRA GRANDE, S/No. – CENTRO/ICAPUÍ/CEARÁ/BRAZIL

Container No.: CRLU 110.243-5
Selo No. : DT 430024

Inspetor Federal

RAIMUNDO NONATO CORREIA DA SILVA
Médico Veterinário CRMV-CE 0523



**MINISTERIO DA AGRICULTURA E DO ABASTECIMENTO**
**DELEGACIA FEDERAL DA AGRICULTURA NO ESTADO DO CEARÁ**
**POSTO DE VIGILANCIA AGROPECUARIA – PVA – PORTO DE FORTALEZA**

TERMO DE FISCALIZAÇÃO - No. 621 / 2002

☐ IMPORTAÇÃO          ☒ EXPORTAÇÃO

Declaramos que nesta data, foi (ram) fiscalizado (s) o (s) produto(s) abaixo discriminado(s):

| Discriminação do Produto/ Tipo de Volume | Licenciamento de importação No. | Quantidade (unid) | Peso (Kg) |
|---|---|---|---|
| CAMARÃO SEM CABEÇA CONGELADO. | | 750 CAIXAS DE PAPELÃO | P.B.: 21.000 Kg P.L.: 15.000 Kg |

| Sem retirada de Amostras | Com a retirada de uma amostra representativa do lo-Te, pesando: ................................ kg |
|---|---|

| | |
|---|---|
| Exportador/Importador: | PROCAPUI PRODUTORES DE CAMARÕES DE ICAPUI LT |
| Destino/Origem: | USA - ICAPUI/CE |
| Meio de Transporte: | MARITIMA – ELQUI |
| Local da amostragem: | PVA PORTO DE FORTALEZA/CE |
| Fabricante: | O MESMO |

| Unidade de Inspeção | Lacre de Origem | Novo no.do Lacre |
|---|---|---|
| CONTAINER NR. CRLU 110.243-5 | 001231-ICAPEL | DT 430024 |
| | | |
| | | |
| | | |

| | Bom | Regular | Ruim |
|---|---|---|---|
| Conservação das embalagens | Bom | Regular | Ruim |
| Rotulagem | Atende | | Não atende |
| Data de Validade | Atende | | Não atende |
| Conservação do produto | Bom | Regular | Ruim |
| Presença de pragas | Não | Vivos | Mortos |
| Sintomas de doenças | Não | | Sim |

No caso de retirada de amostras, as mesmas sofrerão exames complementares, conforme as normas estabelecidas pelo Ministério da Agricultura.

| CARIMBO DA REPARTIÇÃO | ............................................................ |
|---|---|
| | (Responsável pela mercadoria) |

CONCLUSÃO/OBSERVAÇÃO:

PROTOCOLO No.

FORTALEZA/CE_, 16 de _ABRIL_ de _2002_

_____
Fiscal Federal Agropecuário

As amostras permanecerão á disposição do interessado por 48 horas, após o que serão descartadas



**SGS do Brasil Ltda.**

Rua Dep. Moreira da Rocha, 915
Fortaleza - CE
Cep: 60180-060
Tel. : (55-85) 248-5171
Fax : (55-85) 248-0747

# Certificado Nº 4401/0009P/ 006906
Certificate

### OF QUALITY AND QUANTITY - **AGRI**

| | | |
|---|---|---|
| **Parcel** | : | 1.100(One thousand and one hundred) MASTER BOXES CONTAINING TEN BOXES OF 4.4 LBS TOTALING 44 LBS NET EACH OF "BRAZILIAN FRESH FROZEN HEADLESS SHRIMP". |
| **Vessel** | : | M/V " SS ELQUI " – FORTALEZA/CE/BRAZIL to  NEW YORK – USA. |
| **Marks** | : | PROCAPUÍ/BRAZIL/GF HIGGINS/USA. |
| **Buyers** | : | G.F. HIGGINS, INC. S.A. 825 WASHINGTON STREET, PEMBROKE, MA 02359 – USA. |
| **Shipper** | : | PROCAPUÍ PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA. |

**WE HEREBY CERTIFY THAT** by order and on behalf **PROCAPUÍ PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA.**, we have verified the quality and quantity of the aforementioned parcel  :

**Reference :**
Nota fiscal -  Nº - 157 dated: April 08th, 2002

**Declared goods :**
1.100(One thousand and One hundred) MASTER BOXES CONTAINING TEN BOXES OF 4.4 LBS TOTALING 44 LBS NET EACH OF " BRAZILIAN FRESH FROZEN HEADLESS SHRIMP".

**Presented  goods :**
1.100 Master boxes of "BRAZILIAN FRESH FROZEN HEADLESS SHRIMP" "PROCAPUÍ BRAND".

**Quantity :**
We effected the physical account in 100% of  cartons and found the following results:
1.100 master boxes with declared weight of 22.000 Kgs. Net
Each Master boxes containing 10 (ten) small boxes.

See next page...

Este certificado é emitido sobre as condições da Federação Internacional de Agentes de Inspeção ("IFIA"), impressa no verso. A emissão deste certificado não desobriga os compradores ou vendedores de exercerem todos os seus direitos, nem os exime de suas responsabilidades, de acordo com a lei e o contrato de venda. Estipulações em contrário não são de nossa responsabilidade. A nossa responsabilidade sobre este Certificado é limitada aos casos de negligência grave devidamente comprovados pela parte que solicitou nossos serviços e em hipótese alguma a correspondente indenização poderá ser superior a dez vezes o valor recebido como remuneração pelos nossos serviços. Exceto por acordo especial, amostras quando retiradas, não serão mantidas pela Companhia por mais de três meses.

This certificate is issued under the General Conditions of the International Federation of inspection Agencies (IFIA), printed overleaf. The issuance of this Certificate does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on us. The Company's responsibility under this Certificate

 **SGS** SGS do Brasil Ltda.

Page No.: 2/3 of Certificate No.: 4401/0009P/006906

## OF QUALITY AND QUANTITY - **AGRI**

**Sampling / Visual evaluation :**
Sampling was effected with base on ISO 2859, Level S.4, AQL 2,5. From a total of 10.920 cartons, 50 cartons were randomly choose and one small carton was choose from each master cartons.
Goods were submitted to a visual evaluation, by our inspector, at factory premises and were found as following:

- Brazilian fresh frozen headless shrimp, shell-on and protected with plastic film "Apparently in good condition", and based on visual evaluation, none abnormality was detected.
- Sodium Metabisulfite content, calculated as SO2 = 40 PPM (maximum) on 08 units sampled.

**Temperature :**
From the total of 11.000 small boxes we verified the temperature and found as following:
- Minus 25 degrees Celsius.

**Containers Nrs.**
CRLU 110243–5
CRLU 314414–7

| Declared Size Pieces By Boxes | Total of Master boxes Loaded "Brazilian fresh headless shrimp" | Average of quantity per pound |
|---|---|---|
| 21/25 | 01 | - |
| 26/30 | 02 | - |
| 31/35 | 01 | - |
| 36/40 | 04 | - |
| 41/50 | 08 | 43 |
| 51/60 | 200 | 57 |
| 61/70 | 352 | 66 |
| 71/90 | 283 | 76 |
| 91/110 | 11 | 84 |
| Broken S | 209 | - |
| Broken N | 29 | - |
| Total | 1100 | - |

**Packing and markings :**
Goods were packed into white master cardboard cartons, fastened by 02 nylon straps.
Each master carton containing 10 (ten) small plastered boxes. Brazilian fresh frozen headless shrimp and protected with plastic film.
We verified the following marks:

**(LABELLED ON MASTER CARTONS)**
PROCAPUÍ/BRAZIL/GF HIGGINS/USA

See next page...

Esta certificado é emitido sobre as condições da Federação Internacional de Agentes de Inspeção ("IFIA"), impressa no verso. A emissão deste certificado não desobriga os compradores ou vendedores de exercerem todos os seus direitos, nem os exime de suas responsabilidades, de acordo com a lei e o contrato de venda. Estipulações em contrário não são de nossa responsabilidade. A nossa responsabilidade sobre este Certificado é limitada aos casos de negligência grave devidamente comprovados pela parte que solicitou nossos serviços e em hipótese alguma a correspondente indenização poderá ser superior a dez vezes o valor recebido como remuneração pelos nossos serviços. Exceto por acordo especial, amostras quando retiradas, não serão mantidas pela Companhia por mais de três meses.

This certificate is issued under the General Conditions of the International Federation of Inspection Agencies (IFIA), printed overleaf. The issuance of this Certificate does not exonerate buyers or sellers from exercising all their rights and discharging all their liabilities under the Contract of Sale. Stipulations to the contrary are not binding on us. The Company's responsibility under this Certificate

```
SISBACEN. 85010-6351/116183373                                                02 10:56
TRANSACAO PCEX300   REGISTRO DE OPERACOES DE EXPORTACAO            MCEX3111
--------------- PCEX3111 - CONSULTA  RE  ESPECIFICO        ---------------
 NUMERO-REGISTRO: 02/0368113-001                  DATA REG.: 16/04/2002
 SITUACAO DO RE : EFETIVADO                        RESP REG.: 85010/6351
 01-EXPORTADOR:                                    OPERADOR.: 116183373
  a-CGC/CPF...........: 04.198.103/0001.69         DATA/HORA: 16042002-10:54
  b-NOME..............: PROCAPUI - PRODUTORES DE CAMAROES DE ICAPUI LTDA
02-ENQUADRAMENTO DA OPERACAO:
  a-CODIGO............: 80000
  b-NUM DO RV.........:                  f-NUM ATO CONCESSORIO.:
  c-NUM DO RC.........:                  g-DATA LIMITE OPERACAO:
  d-GE/DE/RE VINCULADO:                  h-MARGEM NAO SACADA(%):
  e-DI/RI VINCULADO...:                  i-NUM DO PROCESSO.....:
  j-SGP VINCULADO.....:
03-UNIDADE RF DESPACHO: 317600    ALF PORTO FORTALEZA
04-UNIDADE RF EMBARQUE: 317600    ALF PORTO FORTALEZA
05-IMPORTADOR:
  a-NOME..............: G. F. HIGGINS INC., S.A.
  b-ENDERECO..........: 825 WASHINGTON STREET, PEMBROKE, MA 02359
  c-PAIS..............: 2496     ESTADOS UNIDOS
------------------------------------------------------------------------
ENTRA=SEGUE      F9=TRANSACAO      F6=MENU      F12=ENCERRA      F3=RETORNA
```

```
BACEN.85010-6351/116183373           S  I  S  C  O  M  E  X        16/04/02  10:51
TRANSACAO PCEX300  REGISTRO DE OPERACOES DE EXPORTACAO                  MCEX501B
------------- PCEX501B - INCLUSAO DE REGISTRO EXPORTACAO       --------------
 NUMERO DO RE: 02/0368113-000                         DATA-REGISTRO: 16/04/2002

06-PAIS DE DESTINO FINAL......: 2496    ESTADOS UNIDOS
07-INSTRUMENTO DE NEGOCIACAO.: 99900    NAO NEGOCIADO-PAISES FORA DA ALADI
08-CODIGO CONDICAO VENDA.....: CFR      COST AND FREIGHT
09-ESQUEMA DE PAGAMENTO TOTAL:            84087.60    (calculado)
   a-MODALIDADE TRANSACAO....:   1      CREDITO
   b-MOEDA...................: 220      DOLAR DOS ESTADOS UNIDOS
   c-VALOR PAGTO ANTECIPADO..:
   d-VALOR PAGTO A VISTA.....:            84087.60
   e-NUMERO PARCELAS.........:                      g-INDICADOR...:   (D ou M)
   f-PERIODICIDADE...........:
   h-VALOR DA PARCELA........:
   i-VALOR MARGEM NAO SACADA.:                  (calculado)
   j-VALOR EM CONSIGNACAO....:
   l-VALOR S/COBERTURA CAMBIO:
   m-VALOR FINANCIAMENTO RC..:
--------------------------------------------------------------------------
ENTRA=SEGUE          PF8/20=ATUALIZA       PF2/14=CORRIGE      PF3/15=RETORNA
PF9/21=TRANSACAO     PF1/13=SOS            PF6/18=MENU         PF12/24=ENCERRA
```

BACEN. 850010-8351/116183373          S I S C O M E X          16/04/02 10:53
ANSACAO PCEX300  REGISTRO DE OPERACOES DE EXPORTACAO                    MCEX501C
------------ PCEX501C - INCLUSAO DE REGISTRO DE EXPORTACAO       --------------
NUMERO DO RE: 02/0368113-001
                                           DATA-REGISTRO: 16/04/2002
10-CODIGOS DA MERCADORIA:
  a-NCM.: 03061399 - 00 OUTROS CAMAROES CONGELADOS,EXCETO "KRILL"

  b-NALADI/SH...: 03061300
11-DESCRICAO DA MERCADORIA:
    750 CAIXAS DE PAPELÃO COM 44 LBS CADA CONTENDO "CAMARÃO SEM CABEÇA CRU CON-
    GELADO DE VIVEIRO" PESANDO TOTAL 33.000 LBS (15.000 KGS). MARCA PROCAPUÍ.




2-CATEGORIA TEXTIL:
3-ESTADO PRODUTOR.: CE          CEARA
--------------------------------------------------------------------------------
NTRA=SEGUE      PF8/20=ATUALIZA      PF2/14=CORRIGE     PF6/18=MENU      PF3/15=RETORNA
F9/21=TRANSACAO      PF1/13=SOS                                         PF12/24=ENCERRA

Case 1:07-cv-06627-BSJ-AJP    Document 13-3    Filed 09/15/2007    Page 15 of 18

```
BACEN 85010-6351/116183373            S  I  S   C  O  M  E  X              16/04/02 10:54
                                                                           MCEX501D
TRANSACAO PCEX300  REGISTRO DE OPERACOES DE EXPORTACAO
-------------- PCEX501D - INCLUSAO DE REGISTRO DE EXPORTACAO      --------------
 NUMERO DO RE: 02/0368113-001                     DATA-REGISTRO: 16/04/2002
            VALOR TOTAL DA EXPORTACAO...: 84087.60
            VALOR TOTAL MERCADORIAS INCLUIDAS:
14-VALIDADE EMBARQUE.: 15/06/2002     15-PESO LIQUIDO (KG).:        15000.00000
16-QUANTIDADE E UNIDADE DE MEDIDA NA COMERCIALIZACAO:
   a-QUANTIDADE......:        33000.00000  b-UNIDADE.....: LIBRA PESO
17-QUANTIDADE NA UNIDADE DE MEDIDA DA MERCADORIA:   (Preencher se diferente KG)
   a-QUANTIDADE......:        15.00000
18-PRECO TOTAL
   a-CONDICAO VENDA..:        84087.60 b-LOCAL EMBARQUE.:          78777.60
19-PRECO UNITARIO NAS UNIDADES DE MEDIDA DE COMERCIALIZACAO E DA MERCADORIA
   a-CONDICAO VENDA..:        2.55                      5.61 (Calculado)
   b-LOCAL EMBARQUE..:        2.39                      5.25 (Calculado)
20-COMISSAO DO AGENTE
   a-  0.00 % b-FORMA:   (G, F ou R)    c-VALOR:         0.00 (Calculado)
21-FINALIDADE........: 329    PARA USO NAO MILITAR
22-O EXPORTADOR E' O FABRICANTE .: S (S/N) 23-OBSERVACAO DO EXPORTADOR: N (S/N)
-------------------------------------------------------------------------------
ENTRA=SEGUE   PF8/20=ATUALIZA    PF2/14=CORRIGE    PF6/18=MENU    PF3/15=RETORNA
PF9/21=TRANSACAO    PF1/13=SOS                                    PF12/24=ENCERRA
```

SISCOMEX - EXPORTACAO
                EXTRATO DE DECLARACAO DE DESPACHO NRO.: 2020266388/4
------------------------------------------------------------------------

SITUACAO DESPACHO: DDE CONCLUIDA          SETOR:      UNID.EMB./TRANSP: 031.7600
UNID.DESP.: 031.7600  RECINTO:
04.198.103/0001-69 PROCAPUI - PRODUTORES DE CAMAROES DE ICAPUI LTDA
USUARIO RESPONSAVEL DDE: 116.183.373-00
                                          IDENTIF.VEICULO: SS ELQUI
VIA: 01 (MARITIMA)                                    CODIGO EMBARCACAO:
NACIONALIDADE EMBARCACAO:                 DATA VALIDADE EMBARQUE: 15/06/2002 (0)

REGIMES ADUANEIROS: EXPORTACAO NORMAL
OUTROS DOC. INFORMADOS NA RECEPCAO: NAO

                            INFORMACOES PRESENCA CARGA: NAO
COND. VENDA: CFR                          QTDE. NF:   1  ('X' PARA EXIBIR):
QTDE. R.E.:   1   ('X' PARA EXIBIR)        84.087,60 (9)
VALOR TOT.COND.VENDA EM US$:    84.087,60 (9)   (220-DOLAR DOS EUA)
NA MOEDA NEGOC.:                15000,00000 (9)
PESO LIQUIDO TOTAL (KG):        21000,00000 (3)
PESO BRUTO TOTAL (KG)  :    750 (1)  ('X' PARA EXIBIR ESPECIE/QTDE./MARCACAO):
QTDE. TOTAL VOLUME:
TRATAMENTO ADMINISTRATIVO ESPECIFICO: NAO
------------------------------------------------------------------------
------------------------------------------                    T33167GL
PF3 - MENU ANTERIOR      ENTER - CONTINUA      ? - AJUDA

                   EXTRATO DE DECLARACAO DE DESPACHO NRO.: 2020266388/4
------------------------------------------------------------------------------

RELACAO DE R.E. DO DESPACHO:
    02/0368113-001

RELACAO DE NOTAS FISCAIS POR ESTABELECIMENTO:
    ESTABELECIMENTO: 04.198.103/0001-69
           00000158/1  A 00000158/1

VOLUMES POR ESPECIE/QTDE/MARCACAO:
19 CAIXA DE PAPELAO                  750    PROCAPUI/BRAZIL/GF HIGGINS/USA



------------------------------------------------------------------------------
PF3 - MENU ANTERIOR       ENTER - CONTINUA       ? - AJUDA

PROCAPUÍ PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA

APLICAÇÃO DE CAMBIO

| TIPOS | CARTÕES | LIBRAS | PESO LIQUIDO | PESO BRUTO | FOB/LB | US$ FOB |
|---|---|---|---|---|---|---|
| U-15 | | | | | | |
| 16/20 | | | | | | |
| 21/25 | 01 | 44 | 20 | 28 | 3,35 | 147.40 |
| 26/30 | | | | | | |
| 31/35 | 01 | 44 | 20 | 28 | 3,35 | 147.40 |
| 36/40 | 03 | 132 | 60 | 84 | 3,15 | 415.80 |
| 41/50 | 06 | 264 | 120 | 168 | 3,00 | 792.00 |
| 51/60 | 123 | 5.412 | 2.460 | 3.444 | 2,65 | 14.341.80 |
| 61/70 | 239 | 10.516 | 4.780 | 6.692 | 2,55 | 26.815.80 |
| 71/90 | 232 | 10.208 | 4.640 | 6.496 | 2,45 | 25.009.60 |
| 91/110 | 08 | 352 | 160 | 224 | 1,90 | 668.80 |
| 111/130 | | | | | | |
| BROKEN S 51/60-91/110 | 109 | 4.796 | 2.180 | 3.052 | 1,65 | 7.913.40 |
| BROKEN M 36/40-51/60 | 28 | 1.232 | 560 | 784 | 2,05 | 2.525.60 |
| TOTAL | 750 | 33.000 | 15.000 | 21.000 | | 78,777.60 |

5,310.00 @ FRETE

84,087.60

CONTRATOS DE CAMBIO APLICADOS

BANCO APLICADO: _____

| DATA | No. BANCO | | VR. US$ | TAXA | VR. R$ | VENCTO. |
|---|---|---|---|---|---|---|
| | | | 78,777.60 | 2,2988 | 181.093,95 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

RE No.: 02/0368113-001 ....... DATA: ................
SD No.: 2020263388/4 ....... DATA: ................
FATURA No.: CH.00402 ....... DATA: ................
NOTA FISCAL No.: 158 ....... DATA: ................
NAVIO TRANSPORTADOR: Elqui ...............
Container n: CRLU-110.243-5 / Selo DT.430094-

MERCADORIA: CAMARÃO CONGELADO: (X) SEM CABEÇA/( ) COM CABEÇA
( ) WHITE   ( ) PINK  /  ( ) MAR   (X) VIVEIRO

COMPRADOR: .G. F. HIGGINS, INC S.A ........................

DATA VENDA: 16/4/2002 ....................

DESTINO: New York/USA ...............