DE : Leal Oliveira Advocacia                FAX :+55 85 262 7550        04 JUN. 2004 08:23   Pág. 1

# PROCAPUÍ – PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA
CNPJ 04.198.103/0001-69
Mailing Address: Av. Eng. Alberto Sá, 480 – Papicu
Fortaleza – CE – Brazil   CEP: 60.175-395 – Tel. +55 (85) 262-1857

Fortaleza/CE/Brazil, June 3rd, 2004.

MESSRS
G.F. HIGGINS, INC
825 Washington Street
Pembroke, MA 02359
Tel (781) 826-8858  Fax (781) 826-4161

REF: ACKNOWLEDGMENT LETTER

WE " PROCAPUI LTDA "and "JOZEF ANAVIAN" acknowledge owing to G.F HIGGINS Inc. as of December 31st 2003 the sum of US$ 1,300,000.(one million and three hundred thousands dollars) and since that time we have been able to reduce that sum to US$ 1,150,000.(one million and one hundred fifty thousands dollars).
We will continue to work with GF HIGGINS to reduce the amount owed.

Thanking you in advance for your support,
Procapuí – Prod. de Camarões de Icapuí Ltda.

Marcial Gerald Layani
President

c/o Chris Cessara