NF- 164/1

| BORDERÔ DE EXPORTAÇÃO |
|---|

| **PROCAPUÍ PROD. CAMARÕES DE ICAPUÍ LTDA**<br>Vila Barra Grande, S/No. – Centro<br>Icapuí – Ceará – Brazil - CEP 62.810-000<br>Fone: (85)263 26 22   Fax: (85)263 33 27<br>CNPJ 04.198.103/0001-69   CGF 06.305.020-0 | PARA USO DO BANCO |
|---|---|

AO
BANK OF BOSTON
DEPARTAMENTO DE CÂMBIO
AG. FORTALEZA/CEARÁ/BRAZIL

ENTREGAMOS OS DOCUMENTOS VINCULADOS A EXPORTAÇÃO AQUI CARACTERIZADA E PEDIMOS REMETE-LOS AO EXTERIOR DE ACORDO COM AS INSTRUÇÕES INDICADAS A SEGUIR, PARA PAGTO./ACEITE.

IMPORTADOR:
G.F HIGGINS, INC. S.A.
825 WASHINGTON STREET, PEMBROKE MA 02359 - USA

| DATA DA LETRA | FATURA/SAQUE No. | VALOR | PRAZO/VENCIMENTO |
|---|---|---|---|
| 26.05.2002 | CL-002/02 | US$ 221,800.80 | A VISTA |

MERCADORIA:   CAUDAS DE LAGOSTA CONGELADA.

| EMBARCAÇÃO: CAP SAN AUGUSTIN | DATA EMBARQUE: 26/05/2002 |
|---|---|
| DE: SANTOS/SP/BRAZIL | PARA: NEW YORK/USA |

| DOCUMENTOS | SAQUE | BL/AWB | FATURA COMERC | FATURA CONSUL | CERTIF ORIGEM | CERT PESO | CERT ANAL | DECLAR EMBARQ | CERTIFC SANIDADE | RE | SD | OUTROS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUANTIDADE COPIAS | 03 | 01 | 01 | | 01 | 01 | | 01 | 01 | 01 | 01 | 02 |

| [ ] CARTA DE CREDITO   No.:<br>BANCO: NIHIL | [ ] COBRANÇA<br>ENVIAR ATRAVES DO BANCO: |
|---|---|
| UTILIZAR NOSSA CONTA No.       NESTA, AGENCIA, PARA LIQUIDACAO DO(S) CONTRATOS(S) DE CAMBIO E RESPECTIVOS LANÇAMENTOS CONTABEIS. | INSTRUIR O BANQUEIRO NO SENTIDO DE:<br>ENTREGAR DOCT.CONTRA: [ ]ACEITE   [ ]PAGTO.<br>PROTESTAR POR FALTA : [ ]ACEITE   [ ]PAGTO. |
| No.RE: 02/050702-001 | No. SD: 2020367642/4 |
| NOSSA CONTA No.: | NA AGENCIA: |

PARA ESCLARECIMENTO FALAR COM: REBOUÇAS   - FONE: 263.2622 /9990.8276

CONTRATOS A SEREM APLICADOS:

| CCP No. | MOEDA ESTRANGEIRA | TAXA R$ | IMPORTANCIA R$ |
|---|---|---|---|
| | | | |

FORTALEZA/CE, 28/05/2002.
Local e Data

