# Wire Transfers Produced by Higgins

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---|---|---|---|---|---|---|
| *Anavian* | | | | | | | |
| | 239 | 9/20/2002 | Higgins | | $60,000.00 | | $60,000.00 |
| | 7 | 1/16/2003 | Higgins | | $100,000.00 | | $100,000.00 |
| | 8 | 5/9/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| | 9 | 5/12/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| | 10 | 5/12/2004 | Higgins | | $50,000.00 | | $50,000.00 |
| *Clamyer* | | | | | | | |
| | 12 | 5/5/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| | 11 | 6/20/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| *Flammang* | | | | | | | |
| | 13 | 5/23/2003 | Higgins | | $7,000.00 | | $7,000.00 |
| *Higgins* | | | | | | | |
| | 110 | 1/3/2002 | Star | $44,813.96 | | | $44,813.96 |
| | 111 | 3/21/2002 | Star | $24,694.00 | | | $24,694.00 |
| | 122 | 6/25/2002 | Anavian | $75,000.00 | | | $75,000.00 |
| | 112 | 6/26/2002 | Star | $100,000.00 | | | $100,000.00 |
| | 125 | 7/1/2002 | Encore | $32,000.00 | | | $32,000.00 |
| | 126 | 9/27/2002 | Anavian | $50,000.00 | | | $50,000.00 |
| | 127 | 11/1/2002 | Anavian | $60,000.00 | | | $60,000.00 |
| | 2 | 12/5/2002 | Anavian | $50,000.00 | | | $50,000.00 |
| | 3 | 12/11/2002 | Anavian | $43,000.00 | | | $43,000.00 |
| | 4 | 12/27/2002 | Anavian | $75,000.00 | | | $75,000.00 |
| | 129 | 12/31/2002 | Lespan | $30,000.00 | | | $30,000.00 |
| | 5 | 12/31/2002 | Anavian | $7,500.00 | | | $7,500.00 |
| | 109 | 12/31/2002 | Rita | $17,500.00 | | | $17,500.00 |
| | 120 | 12/31/2002 | Tansy | $20,000.00 | | | $20,000.00 |
| | 114 | 2/26/2003 | Tansy | $100,000.00 | | | $100,000.00 |
| | 130 | 2/28/2003 | Lederman | $50,000.00 | | | $50,000.00 |
| | 121 | 3/31/2003 | Van Pelt | $100,000.00 | | | $100,000.00 |
| | 107 | 3/31/2003 | Lederman | $100,000.00 | | | $100,000.00 |
| | 131 | 4/28/2003 | Clamyer | $50,000.00 | | | $50,000.00 |
| | 115 | 6/12/2003 | Tansy | $22,000.00 | | | $22,000.00 |

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---|---|---|---|---|---|---|
| | 132 | 7/30/2003 | Tansy | $200,000.00 | | | $200,000.00 |
| | 116 | 9/3/2003 | Tansy | $50,000.00 | | | $50,000.00 |
| | 117 | 9/4/2003 | Tansy | $85,000.00 | | | $85,000.00 |
| | 118 | 9/9/2003 | Tansy | $60,000.00 | | | $60,000.00 |
| | 133 | 9/19/2003 | Tansy | $60,000.00 | | | $60,000.00 |
| | 119 | 9/23/2003 | Tansy | $20,000.00 | | | $20,000.00 |
| | 113 | 9/26/2003 | Tansy | $80,000.00 | | | $80,000.00 |
| | 1 | 6/28/2004 | Anavian | $15,000.00 | | | $15,000.00 |
| | 6 | 10/18/2004 | Clamyer | $50,000.00 | | | $50,000.00 |
| *Leyla* | | | | | | | |
| | 138 | 4/2/2001 | Higgins | | $3,000.00 | | $3,000.00 |
| | 139 | 4/23/2001 | Higgins | | $5,000.00 | | $5,000.00 |
| *Nash* | | | | | | | |
| | 14 | 11/4/2004 | Higgins | | $40,000.00 | | $40,000.00 |
| | 15 | 12/2/2004 | Higgins | | $5,000.00 | | $5,000.00 |
| *Piero* | | | | | | | |
| | 17 | 3/15/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| | 251 | 5/14/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| | 252 | 5/15/2003 | Higgins | | $50,000.00 | | $50,000.00 |
| *Procapui* | | | | | | | |
| | 141 | 5/16/2001 | Higgins | | | $200,000.00 | $200,000.00 |
| | 142 | 5/29/2001 | Higgins | | | $46,630.00 | $46,630.00 |
| | 143 | 6/26/2001 | Higgins | | | $50,000.00 | $50,000.00 |
| | 144 | 7/3/2001 | Higgins | | | $43,145.40 | $43,145.40 |
| | 145 | 7/17/2001 | Higgins | | | $16,368.00 | $16,368.00 |
| | 169 | 7/25/2001 | Higgins | | | $100,000.00 | $100,000.00 |
| | 146 | 8/2/2001 | Higgins | | | $71,770.00 | $71,770.00 |
| | 147 | 9/27/2001 | Higgins | | | $100,000.00 | $100,000.00 |
| | 140 | 10/5/2001 | Higgins | | | $100,000.00 | $100,000.00 |
| | 135 | 10/15/2001 | Higgins | | | $150,000.00 | $150,000.00 |
| | 212 | 2/12/2002 | Higgins | | | $60,000.00 | $60,000.00 |
| | 213 | 2/16/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 215 | 2/18/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 204 | 3/7/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 205 | 3/19/2002 | Higgins | | | $83,816.20 | $83,816.20 |

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---|---|---|---|---|---|---|
|  | 206 | 3/19/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 208 | 3/22/2002 | Higgins |  |  | $125,000.00 | $125,000.00 |
|  | 201 | 4/23/2002 | Higgins |  |  | $60,000.00 | $60,000.00 |
|  | 200 | 5/2/2002 | Higgins |  |  | $75,000.00 | $75,000.00 |
|  | 199 | 5/9/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 197 | 5/14/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 198 | 5/14/2002 | Higgins |  |  | $7,086.10 | $7,086.10 |
|  | 195 | 5/16/2002 | Higgins |  |  | $80,000.00 | $80,000.00 |
|  | 194 | 5/21/2002 | Higgins |  |  | $135,000.00 | $135,000.00 |
|  | 191 | 5/30/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 189 | 6/2/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 166 | 6/6/2002 | Higgins |  |  | $100,000.00 | $110,000.00 |
|  | 188 | 6/12/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 187 | 6/13/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 186 | 6/17/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 185 | 6/24/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 183 | 6/27/2002 | Higgins |  |  | $75,000.00 | $75,000.00 |
|  | 182 | 7/2/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 180 | 7/3/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 179 | 7/8/2002 | Higgins |  |  | $125,000.00 | $125,000.00 |
|  | 178 | 7/9/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 177 | 7/10/2002 | Higgins |  |  | $25,000.00 | $25,000.00 |
|  | 176 | 7/16/2002 | Higgins |  |  | $50,000.00 | $50,000.00 |
|  | 174 | 7/17/2002 | Higgins |  |  | $150,000.00 | $150,000.00 |
|  | 173 | 7/18/2002 | Higgins |  |  | $60,000.00 | $60,000.00 |
|  | 175 | 7/18/2002 | Higgins |  |  | $50,000.00 | $50,000.00 |
|  | 172 | 7/23/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 171 | 7/26/2002 | Higgins |  |  | $50,000.00 | $50,000.00 |
|  | 167 | 8/1/2002 | Higgins |  |  | $245,000.00 | $245,000.00 |
|  | 248 | 8/21/2002 | Higgins |  |  | $75,000.00 | $75,000.00 |
|  | 247 | 8/22/2002 | Higgins |  |  | $75,000.00 | $75,000.00 |
|  | 246 | 8/23/2002 | Higgins |  |  | $75,000.00 | $75,000.00 |
|  | 245 | 8/27/2002 | Higgins |  |  | $50,000.00 | $50,000.00 |
|  | 243 | 8/28/2002 | Higgins |  |  | $75,000.00 | $75,000.00 |
|  | 242 | 9/3/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |
|  | 241 | 9/5/2002 | Higgins |  |  | $100,000.00 | $100,000.00 |

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---:|---|---|---|---|---:|---:|
| | 240 | 9/12/2002 | Higgins | | | $75,000.00 | $75,000.00 |
| | 238 | 9/20/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 237 | 9/27/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 227 | 10/1/2002 | Higgins | | | $200,000.00 | $200,000.00 |
| | 228 | 10/2/2002 | Higgins | | | $60,000.00 | $60,000.00 |
| | 64 | 10/4/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 36 | 10/6/2002 | Higgins | | | $60,000.00 | $60,000.00 |
| | 37 | 10/7/2002 | Higgins | | | $75,000.00 | $75,000.00 |
| | 231 | 10/9/2002 | Higgins | | | $135,000.00 | $135,000.00 |
| | 38 | 10/10/2002 | Higgins | | | $135,000.00 | $135,000.00 |
| | 232 | 10/16/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 39 | 10/16/2002 | Higgins | | | $120,000.00 | $120,000.00 |
| | 230 | 10/18/2002 | Higgins | | | $165,000.00 | $165,000.00 |
| | 40 | 10/18/2002 | Higgins | | | $70,000.00 | $70,000.00 |
| | 233 | 10/21/2002 | Higgins | | | $30,000.00 | $30,000.00 |
| | 41 | 10/21/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 42 | 10/23/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 72 | 10/26/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 32 | 10/30/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 44 | 11/1/2002 | Higgins | | | $140,000.00 | $140,000.00 |
| | 47 | 11/1/2002 | Higgins | | | $120,000.00 | $120,000.00 |
| | 53 | 11/4/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 85 | 11/7/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 222 | 11/8/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 45 | 11/8/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 48 | 11/12/2002 | Higgins | | | $100,000.00 | $100,000.00 |
| | 49 | 11/13/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 50 | 11/18/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 225 | 11/19/2002 | Higgins | | | $5,000.00 | $5,000.00 |
| | 51 | 11/20/2002 | Higgins | | | $50,000.00 | $50,000.00 |
| | 84 | 11/22/2002 | Higgins | | | $30,000.00 | $30,000.00 |
| | 55 | 12/2/2002 | Higgins | | | $150,000.00 | $150,000.00 |
| | 170 | 12/2/2002 | Higgins | | | $40,000.00 | $40,000.00 |
| | 244 | 12/3/2002 | Higgins | | | $43,000.00 | $43,000.00 |
| | 181 | 12/9/2002 | Higgins | | | $75,000.00 | $75,000.00 |
| | 203 | 12/11/2002 | Higgins | | | $50,000.00 | $50,000.00 |

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---|---|---|---|---|---|---|
| | 18 | 1/2/2003 | Higgins | | | $30,500.00 | $30,500.00 |
| | 19 | 1/3/2003 | Higgins | | | $65,000.00 | $65,000.00 |
| | 20 | 1/7/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 21 | 1/13/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 254 | 1/21/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 22 | 1/22/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 23 | 2/3/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 24 | 2/19/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 25 | 3/5/2003 | Higgins | | | $20,000.00 | $20,000.00 |
| | 26 | 3/10/2003 | Higgins | | | $60,000.00 | $60,000.00 |
| | 27 | 3/13/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 28 | 4/2/2003 | Higgins | | | $150,000.00 | $150,000.00 |
| | 29 | 5/5/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 30 | 5/8/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 31 | 5/12/2003 | Higgins | | | $70,000.00 | $70,000.00 |
| | 33 | 5/14/2003 | Higgins | | | $10,000.00 | $10,000.00 |
| | 255 | 5/15/2003 | Higgins | | | $75,000.00 | $75,000.00 |
| | 256 | 5/17/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 258 | 5/23/2003 | Higgins | | | $90,000.00 | $90,000.00 |
| | 257 | 5/23/2003 | Higgins | | | $63,000.00 | $63,000.00 |
| | 259 | 6/6/2003 | Higgins | | | $35,000.00 | $35,000.00 |
| | 56 | 6/16/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 58 | 7/2/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 59 | 7/7/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 57 | 7/17/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 62 | 8/6/2003 | Higgins | | | $50,000.00 | $50,000.00 |
| | 60 | 8/12/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| | 61 | 8/18/2003 | Higgins | | | $80,000.00 | $80,000.00 |
| | 261 | 12/8/2003 | Higgins | | | $100,000.00 | $100,000.00 |
| *RIMIJO* | | | | | | | |
| | 148 | 4/2/2001 | Higgins | | $3,600.00 | $0.00 | $3,600.00 |
| | 149 | 5/23/2001 | Higgins | | $5,500.00 | | $5,500.00 |
| *Rita* | | | | | | | |
| | 87 | 1/2/2003 | Higgins | $17,500.00 | | | $17,500.00 |
| *Star* | | | | | | | |

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---|---|---|---|---|---|---|
|  | 150 | 5/23/2001 | Higgins | $4,950.20 |  |  | $4,950.20 |
|  | 151 | 8/2/2001 | Higgins | $30,610.00 |  |  | $30,610.00 |
|  | 152 | 10/1/2001 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 137 | 10/5/2001 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 134 | 10/16/2001 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 154 | 11/1/2001 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 155 | 11/8/2001 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 164 | 1/11/2002 | Higgins | $150,000.00 |  |  | $150,000.00 |
|  | 218 | 1/22/2002 | Higgins | $120,282.00 |  |  | $120,282.00 |
|  | 210 | 2/2/2002 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 209 | 2/11/2002 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 211 | 2/25/2002 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 207 | 3/19/2002 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 202 | 4/10/2002 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 196 | 5/14/2002 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 193 | 5/22/2002 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 190 | 6/4/2002 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 184 | 6/25/2002 | Higgins | $100,000.00 |  |  | $100,000.00 |
| *Tansy* |  |  |  |  |  |  |  |
|  | 214 | 2/17/2002 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 168 | 8/1/2002 | Higgins | $5,000.00 |  |  | $5,000.00 |
|  | 91 | 12/3/2002 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 192 | 12/10/2002 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 89 | 1/2/2003 | Higgins | $40,000.00 |  |  | $40,000.00 |
|  | 262 | 1/3/2003 | Higgins | $60,000.00 |  |  | $60,000.00 |
|  | 88 | 1/8/2003 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 90 | 1/24/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 250 | 1/24/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 263 | 1/31/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 264 | 2/11/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 276 | 2/19/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 265 | 3/5/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 275 | 3/13/2003 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 266 | 3/14/2003 | Higgins | $50,000.00 |  |  | $50,000.00 |
|  | 267 | 4/1/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |
|  | 268 | 4/15/2003 | Higgins | $100,000.00 |  |  | $100,000.00 |

| Receiver | Number | Date | Sender | d by Higgins | ins to Others | by Procapui | Amount |
|---|---|---|---|---|---|---|---|
| | 269 | 4/21/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 92 | 5/13/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 270 | 5/26/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 271 | 5/27/2003 | Higgins | $40,000.00 | | | $40,000.00 |
| | 272 | 6/6/2003 | Higgins | $115,000.00 | | | $115,000.00 |
| | 93 | 6/18/2003 | Higgins | $50,000.00 | | | $50,000.00 |
| | 95 | 6/20/2003 | Higgins | $50,000.00 | | | $50,000.00 |
| | 96 | 6/24/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 99 | 7/2/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 101 | 7/8/2003 | Higgins | $50,000.00 | | | $50,000.00 |
| | 97 | 7/10/2003 | Higgins | $50,000.00 | | | $50,000.00 |
| | 98 | 7/17/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 100 | 7/24/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 273 | 8/1/2003 | Higgins | $150,000.00 | | | $150,000.00 |
| | 104 | 8/5/2003 | Higgins | $100,000.00 | | | $100,000.00 |
| | 274 | 8/18/2003 | Higgins | $120,000.00 | | | $120,000.00 |
| | 102 | 9/1/2003 | Higgins | $150,000.00 | | | $150,000.00 |