| Vendor advance as of close of business 10/31/02 is $706,639.00 | | | | | | | |
|---|---|---|---|---|---|---|---|
| Wire Advances to Procapui | | | Wires from pro | Procapui | | Shipped product | |
| | | | | | | | |
| 706,639.00 | | | | | | | |
| Nov-02 | | | Nov-02 | | | Nov-02 | |
| 140,000.00 | | | (60,000.00) | | | (39,722.00) | 69033 |
| 120,000.00 | | | | | | (152,483.00) | 69034 |
| 100,000.00 | | | | | | (74,256.00) | 69066 |
| 100,000.00 | | | | | | (139,877.00) | 69067 |
| 100,000.00 | | | | | | | |
| 50,000.00 | | | | | | | |
| 100,000.00 | | | | | | | |
| 50,000.00 | | | | | | | |
| 50,000.00 | | | | | | | |
| 50,000.00 | | | | | | | |
| 30,000.00 | | | | | | | |
| Dec-02 | | | Dec-02 | | | Dec-02 | |
| 150,000.00 | | | (50,000.00) | | | (138,841.00) | 69158 |
| 50,000.00 | | | (43,000.00) | | | (62,801.00) | 69161 |
| 43,000.00 | | | (75,000.00) | | | (11,460.00) | 69162 |
| 40,000.00 | | | (20,000.00) | | | (193,484.00) | 69244 |
| 75,000.00 | | | (30,000.00) | | | (13,758.00) | |
| 50,000.00 | | | (17,500.00) | | | (51,458.00) | 69217 |
| 50,000.00 | | | (7,500.00) | | | (104,487.00) | 69204 |
| 60,000.00 | | | | | | (74,325.00) | 69203 |
| 100,000.00 | | | | | | (239,714.00) | 69307 |
| 50,000.00 | | | | | | (103,786.00) | 69315 |
| 50,000.00 | | | | | | (194,008.00) | 69317 |
| | | | | | | (239,520.00) | 68837 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Jan-03 | | | | Jabuary 2003 | | | | Jan-03 | |
| 40,000.00 | | | | (50,000.00) | | | | (28,624.00) | 69383 |
| 17,500.00 | | | | | | | | (17,778.00) | 69386 |
| 30,500.00 | | | | | | | | (40,730.00) | 69310 |
| 60,000.00 | | | | | | | | (24,807.00) | 69308 |
| 65,000.00 | | | | | | | | (26,204.00) | 69309 |
| 50,000.00 | | | | | | | | (59,239.00) | 69316 |
| 50,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | (46,644.00) | 69438 |
| 100,000.00 | | | | | | | | (10,947.00) | 69382 |
| 100,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| Feb-03 | | | | Feb-03 | | | | Feb-03 | |
| 100,000.00 | | | | (100,000.00) | | | | (77,929.00) | 69467 |
| 100,000.00 | | | | (50,000.00) | | | | (54,163.00) | 69472 |
| 50,000.00 | | | | | | | | (65,869.00) | 69550 |
| 100,000.00 | | | | | | | | (25,558.00) | 69534 |
| | | | | | | | | (81,038.00) | 69533 |
| Mar-03 | | | | Mar-03 | | | | (58,543.00) | 69576 |
| | | | | | | | | (9,504.00) | 69599 |
| 100,000.00 | | | | (100,000.00) | | | | Mar-03 | |
| 20,000.00 | | | | (100,000.00) | | | | | |
| 60,000.00 | | | | | | | | (53,191.00) | 69641 |
| 50,000.00 | | | | | | | | (73,079.00) | 69648 |
| 50,000.00 | | | | | | | | (50,110.00) | 69705 |
| | | | | | | | | (44,556.00) | 69704 |
| Apr-03 | | | | Apr-03 | | | | | |
| 100,000.00 | | | | (50,000.00) | | | | | |
| 150,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| May-03 | | | | | | | | May-03 | |
| 100,000.00 | | | | | | | | (91,245.00) | 69711 |
| 50,000.00 | | | | | | | | (79,108.00) | 69791 |
| 100,000.00 | | | | | | | | (69,345.00) | 69712 |
| 50,000.00 | | | | | | | | (46,536.00) | 69877 |
| 50,000.00 | | | | | | | | (36,320.00) | 69872 |
| 50,000.00 | | | | | | | | (65,264.00) | 69914 |
| 70,000.00 | | | | | | | | (168,020.00) | 69913 |
| 70,000.00 | | | | | | | | (38,451.00) | 70003 |
| 100,000.00 | | | | | | | | (184,793.00) | 70004 |
| 50,000.00 | | | | | | | | (80,581.00) | 69713 |
| 50,000.00 | | | | | | | | | |
| 10,000.00 | | | | | | | | | |
| 75,000.00 | | | | | | | | | |
| 25,000.00 | | | | | | | | | |
| 7,000.00 | | | | | | | | | |
| 63,000.00 | | | | | | | | | |
| 90,000.00 | | | | | | | | | |
| 40,000.00 | | | | | | | | | |
| Jun-03 | | | | Jun-03 | | | | Jun-03 | |
| 115,000.00 | | | | (22,000.00) | | | | (74,939.00) | 70083 |
| 35,000.00 | | | | | | | | (116,516.00) | 70131 |
| 100,000.00 | | | | | | | | (57,386.00) | 70164 |
| 50,000.00 | | | | | | | | (74,720.00) | 70162 |
| 50,000.00 | | | | | | | | (62,660.00) | 70087 |
| 50,000.00 | | | | | | | | (77,990.00) | 70184 |
| 50,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| Jul-03 | | | | Jul-03 | | | | Jul-03 | |
| 100,000.00 | | | | (200,000.00) | | | | (76,258.00) | 70247 |
| 100,000.00 | | | | | | | | (73,884.00) | 70300 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100,000.00 | | | | | | | | | | (67,810.00) | 70322 |
| 50,000.00 | | | | | | | | | | (70,675.00) | 70247 |
| 50,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| | | | | | | | | | | | |
| Aug-03 | | | | | | | | | | Aug-03 | |
| | | | | | | | | | | | |
| 150,000.00 | | | | | Sep-03 | | | | | (64,608.00) | 70476 |
| 100,000.00 | | | | | | | | | | (72,843.00) | 70438 |
| 50,000.00 | | | | | (50,000.00) | | | | | | |
| 100,000.00 | | | | | (85,000.00) | | | | | | |
| 120,000.00 | | | | | (60,000.00) | | | | | | |
| 80,000.00 | | | | | (20,000.00) | | | | | | |
| | | | | | (80,000.00) | | | | | | |
| Sep-03 | | | | | | | | | | | |
| | | | | | | | | | | | |
| 160,914.00 | | | | | | | | | | | |
| | | | | | | | | | | | |
| Dec-03 | | | | | | | | | | Oct-03 | |
| | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | (65,735.00) | 70723 |
| | | | | | | | | | | (40,118.00) | 70725 |
| May-04 | | | | | | | | | | (19,523.00) | 70650 |
| | | | | | | | | | | (252,967.00) | 70248 |
| 50,000.00 | | | | | | | | | | | |
| | | | | | | | | | | Nov-03 | |
| Jun-04 | | | | | Jun-04 | | | | | | |
| | | | | | | | | | | (63,045.00) | 70771 |
| 15,000.00 | | | | | (15,000.00) | | | | | | |
| | | | | | | | | | | Dec-03 | |
| Nov-04 | | | | | Oct-04 | | | | | | |
| | | | | | | | | | | (58,950.00) | 70895 |
| 40,000.00 | | | | | (50,000.00) | | | | | | |
| | | | | | | | | | | Mar-04 | |
| Dec-04 | | | | | | | | | | | |

| | | | | | | | | | (56,331.00) | 71168 |
|---|---|---|---|---|---|---|---|---|---|---|
| 5,000.00 | | | | | | | | | (45,451.00) | 71261 |
| | | | | | | | | | Decmber 2004 | |
| | | | | | | | | | (57,828.00) | 72294 |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| Total | | | | | Total | | | | Total | |
| 7,478,553.00 | | | | | (1,335,000.00) | | | | (5,034,563.00) | |