

*Hulda Chaves Lenz Cesar*
Tradutora Pública Juramentada
Rua Teatrólogo Silvano Serra, 351 – casa 17 – Papicu Dunas
60.181-530 Fortaleza – Ceará - Telefone: (085) 262.3081

*Translation # 453 /2006*

I, the undersigned, a sworn Translator in and for this State, registered at the Trade Board of Ceará under #0020602, hereby DECLARE to have received a dully certified document written in Portuguese for translation into ENGLISH, which I did faithfully, to the best of my ability, as follows: (LOGO) BANCO CENTRAL DO BRASIL (Brazilian Central Bank) – Decic/Diaco/Sucom-2005/002 – Pt. 050313742 – Brasilia, November 21st, 2005. – (letter addressed to:) To Her Excellence, Mrs. Maria de Fátima P. Jayne – District Judge – 20th Civil Court of Fortaleza Circuit Court – Rua Desembargador Floriano Benevides,220 – Água Fria District – 60811-690 – Fortaleza (CE). Madam, We hereby refer to Notice # 330/05, from 9.5.05, issued from the Files of Action at Law # 2000.013902602 (7985), through which Your Excellence ordered the retention of the amount of US$ 1,506,151.32, belonging to *Procapuí Produtores de Camarões de Icapuí*, Corporate Taxpayer (CNPJ) no. 04.198.103/0001-69. 2. For such effect, we hereby inform your Excellence that, although this Governmental Agency has no authority to retain the above mentioned amount in American dollars, we have blocked the above mentioned Enterprise to contract any export exchange operation directly through banking net, which will remain in force until further order from this Court. 3. However, we hereby emphasize that, notwithstanding the above mentioned proceeding, such order has not the magic power of restraining the Enterprise to enter debts derived from foreign loans and investments or cash kept aboard by the Enterprise itself, directly in the authorized banking net operating Foreign Exchange. 4. Finally, we inform Your Excellence that from the total exported to G.F. Higgins there are, according to our records, US$ 1,809,270.20, without evidence of exchange cover. On the other hand, there are liquidated exchange export Contracts, whose payer is G.F. Higgins, without application for export deliveries, in the amount of US$ 382,589.10. In this way, if there is any correlation between such exchange and dispatch contracts, the Exporter still has to receive



Página 1 de 2



### Hulda Chaves Lenz Cesar

Tradutora Pública Juramentada

Rua Teatrólogo Silvano Serra, 351 – casa 17 – Papicu Dunas

60.181-530 Fortaleza – Ceará - Telefone: (085) 262.3081

*Translation # 453 /2006*

from the importer only US$ 1,426,681.10.  Respectfully, (signed:) Vanildo de Freitas, 9.458.770, Head of DECIC/DIACO Sub Units. (State Supreme Court Seal of Authenticity # 1565910 affixed to the document). Overleaf one reads: ATTACHED the Petition before forwarded to filling – signed [illegible] – Translator1s Note). Nothing else of importance was contained on the aforementioned document, which I translated in this city of Fortaleza, on the twenty-ninth day of the month of June of the year two thousand and six. IN TESTIMONY WHEREOF, I hereunto set my hand and affix my Seal of Office..///////////////////// ///////////////////////////////////////////////////////////////////////////////////////

Hulda Chaves Lenz César

Sworn Translator

Emolumentos: R$51,20

Res. 001/2002-JUCEC



Página 2 de 2



# BANCO CENTRAL DO BRASIL

Decic/Diaco/Sucom-2005/002
Pt. 0501313742

Brasília, 21 de novembro de 2005.

Senhora Juíza:

     Referimo-nos ao Ofício nº 330/05, de 5.9.05, expedido nos autos do Processo nº 2000.013902602 (7985), mediante o qual V.Exa. determina que seja retida a importância no valor de USD 1.506.151,32, pertencente à Procapui Produtores de Camarões de Icapuí, CNPJ 04.198.103/0001-69.

2.      A propósito, informamos que, apesar de não ter esta Autarquia como reter referida quantia em dólares, efetuamos o bloqueio da empresa retro-mencionada para contratar qualquer operação de câmbio de exportação diretamente na rede bancária, o qual perdurará até segunda ordem desse Juízo.

3.      Todavia, salientamos que, não obstante a adoção do procedimento mencionado acima, tal medida não tem o condão de impedir a empresa de ingressar divisas oriundas de empréstimos e investimentos externos ou de disponibilidades mantidas pela própria empresa no exterior, diretamente na rede bancária autorizada a operar em câmbio.

4.      Por fim, informamos que do total exportado para a G. F. Higgins existem, consoante nossos registros, USD 1.809.270,20 sem comprovação de cobertura cambial. Por outro lado, há contratos de câmbio de exportação liquidados, cuja pagadora é a G. F. Higgins, sem aplicação a despachos de exportação, no valor de USD 382.589,10. Desse modo, se existir alguma correlação entre esses contratos de câmbio e despachos, a exportadora teria ainda a receber da importadora apenas USD 1.426.681,10.

Respeitosamente,

9.450.770-1 Vanildo de Freitas
Chefe de Subunidade
Decic/Diaco



A Sua Excelência a Senhora
Maria de Fátima P. Jayne