NF- 1641/1

# BORDERÔ DE EXPORTAÇÃO

**PROCAPUÍ PROD. CAMARÕES DE ICAPUÍ LTDA**
Vila Barra Grande, S/No. – Centro
Icapuí – Ceará – Brazil - CEP 62.810-000
Fone: (85)263 26 22   Fax: (85)263 33 27
CNPJ 04.198.103/0001-69  CGF 06.305.020-0

PARA USO DO BANCO

AO
BANK OF BOSTON
DEPARTAMENTO DE CÂMBIO
AG. FORTALEZA/CEARÁ/BRAZIL

ENTREGAMOS OS DOCUMENTOS VINCULADOS A EXPORTAÇÃO AQUI CARACTERIZADA E PEDIMOS REMETE-LOS AO EXTERIOR DE ACORDO COM AS INSTRUÇÕES INDICADAS A SEGUIR, PARA PAGTO./ACEITE.

IMPORTADOR:
G.F HIGGINS, INC. S.A.
825 WASHINGTON STREET, PEMBROKE MA 02359 – USA

| DATA DA LETRA | FATURA/SAQUE No. | VALOR | PRAZO/VENCIMENTO |
|---|---|---|---|
| 26.05.2002 | CL-002/02 | US$ 221,800.80 | A VISTA |

MERCADORIA: CAUDAS DE LAGOSTA CONGELADA.

EMBARCAÇÃO: CAP SAN AUGUSTIN        DATA EMBARQUE: 26/05/2002

DE: SANTOS/SP/BRAZIL                 PARA: NEW YORK/USA

| DOCUMENTOS | SAQUE | BL/AWB | FATURA COMERC | FATURA CONSUL | CERTIF ORIGEM | CERT PESO | CERT ANAL | DECLAR EMBARQ | CERTIFC SANIDADE | RE | SD | OUTROS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| QUANTIDADE COPIAS | 03 | 01 | 01 | | 01 | 01 | | 01 | 01 | 01 | 01 | 02 |

[ ] CARTA DE CREDITO No.:        [ ] COBRANÇA
BANCO: NIHIL                      ENVIAR ATRAVES DO BANCO:

UTILIZAR NOSSA CONTA No.           NESTA,   INSTRUIR O BANQUEIRO NO SENTIDO DE:
AGENCIA, PARA LIQUIDACAO DO(S) CONTRATOS(S)   ENTREGAR DOCT. CONTRA: [ ]ACEITE   [ ]PAGTO.
DE CAMBIO E RESPECTIVOS LANÇAMENTOS
CONTABEIS.                                    PROTESTAR POR FALTA: [ ]ACEITE   [ ]PAGTO.

No. RE: 02/0508/02-001             No. SD: 2020367642/4

NOSSA CONTA No.:                   NA AGENCIA:

PARA ESCLARECIMENTO FALAR COM: REBOUÇAS – FONE: 263.2622 /9990.8276

CONTRATOS A SEREM APLICADOS:

| CCP No. | MOEDA ESTRANGEIRA | TAXA R$ | IMPORTANCIA R$ |
|---|---|---|---|
| | | | |

FORTALEZA/CE, 28/05/2002.
Local e Data

