UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PROCAPUI-Productores de Camaroes de Icapui Ltda.,**

                              Plaintiffs,

      -against-                                  Case No.  07 Civ 6627 (BSJ)

**MARCIAL GERALD LAYANI, G.F. HIGGINS
INC.,  THERESA HIGGINS as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN**

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### PLAINTIFF'S NOTICE TO TAKE DEPOSITION OF DEFENDANT

     **TAKE NOTICE** that pursuant to Rule 30 of the Federal Rules of Civil Procedure, plaintiff, by its attorneys De Maio & Hughes, LLC., will take the deposition upon oral examination of the defendant Richard Rubin on November 20, 2007 at 10:00 a.m. and continuing from business day to business day thereafter until completion, at the offices of De Maio & Hughes, LLC., located at 330 East 30th Street, New York, NY 10016.

Dated:  New York, New York
         October 18, 2007

                                                        _____
                                                        Luigi P. De Maio (LPD 4175)
                                                        **DE MAIO & HUGHES, LLC.**
                                                        Attorneys for Plaintiff
                                                        330 East 30th Street
                                                        New York, NY 10016
                                                        (212)888-8300

TO:
John Phelan, III, Esq.
Attorney for Higgins Defendants
1285 Avenue of the Americas- Suite 3500
New York, NY 10019


Lawrence R. Lonergan, P.C.
Attorney for Richard Rubin
275 Seventh Avenue
New York, NY 10001
(212)206-9071