UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Procapui- Productores de
Camaroes de Icapui Ltda.,

V.

Layani et al.,

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/07

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 6627 (BSJ)(AJP)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

✓ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
   Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
   Particular Motion: _____

   All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
          10/23/07

                                                          Barbara S. Jones
                                                          United States District Judge