UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ x

PROCAPUI-PRODUCTORES DE CAMAROES DE
ICAPUI LTDA.,

                 Plaintiff,

              -against-

MARCIAL GERALD LAYANI, G. F. HIGGINS INC.,
THERESA HIGGINS AS EXECUTRIX OF THE ESTATE
OF GERALD FRANCIS HIGGINS, THOMAS HIGGINS,
ROBERT HIGGINS, RICHARD RUBIN & NOEL
BLACKMAN,

                 Defendants.
------------------------------------------------ x



07 Civ. 6627 (BSJ) (AJP)

ORDER SCHEDULING
STATUS CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

        IT IS HEREBY ORDERED that a status conference is scheduled for November 6, 2007 at 2:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street). Prior to the conference, counsel are to have a Rule 26(f) conference (assuming the court does not stay discovery). The parties should also discuss what discovery, if any, is needed with respect to plaintiff's complaint (and defendants' defenses) as to claims that defendants have not sought to dismiss (i.e., if only RICO-related discovery were stayed). The parties also, obviously, should be prepared to address the stay issue.

        Counsel are advised that my chambers (Room 1370, 500 Pearl Street) are to be provided with a courtesy copy of all papers hereafter filed with the Court. The parties are to

C:\ORD\Order Scheduling Status Conference

2

follow the "Individual Practices of Magistrate Judge Andrew J. Peck," a copy of which is attached.

SO ORDERED.

Dated: New York, New York
October 30, 2007

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Luigi P. De Maio, Esq.
John J. Phelan, III, Esq.
Lawrence R. Lonergan
Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference