# LAWRENCE R. LONERGAN, P.C.

## ATTORNEY AT LAW

275 SEVENTH AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10001
PHONE: (212) 206-9071
FAX: (212) 366-6950
E-mail: llonergan1@aol.com

Andrew Read
Law Clerk

November 8, 2007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/07

RECEIVED
NOV 09 2007
CHAMBERS OF
ANDREW J. PECK

**MEMO ENDORSED**

<u>Via Facsimile: (212) 805-7933</u>

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

Re:   Procapui-Productores de Camaroes de Icapui LTDA
      v. Marcial Gerald Layani, et al.
      07 Civ 6627 (BSJ) (AJP)

Dear Judge Peck:

This office is counsel for Richard Rubin, a defendant in the above-referenced matter. I write with regard to the Rule 16 Initial Pretrial Conference Order dated November 6, 2007. I respectfully request that the Court reconsider its decision to issue sanctions against me for failing to appear at the Pretrial Conference.

I received notice of the Pretrial Conference on October 30, 2007, and realized that the appearance conflicted with a long-scheduled vacation with my family to Disney World. After conferring with Your Honor's secretary and other counsel in the action, I was unable to secure an adjournment, and so arranged for another attorney to appear at the conference for my client. During the Rule 26(f) teleconference on November 2, I advised the other counsel in the matter that I would have another attorney appear on my behalf, and would not be seeking an adjournment.

This past Tuesday, however, I was stunned to learn that no one appeared for me at the conference, and that I had been sanctioned and fined as a result. There was, unfortunately, a miscommunication between my office and the office of counsel who was supposed to appear, and the wrong date for the conference was conveyed.

November 9, 2007
Page 2 of 2

    I wish to emphasize to the Court that my failure to appear was in no measure willful, as I was fully expecting an attorney to appear for my client, and meant no disrespect to the Court by my failure to appear at the conference. If at all possible, I ask that the Court rescind the fine of $1,000.00 issued against me.

    Your Honor's attention and consideration in this regard is appreciated.

                      Respectfully submitted,

                      Lawrence R. Lonergan

c:    Luigi DeMaio, Esq.
      John Phelan, Esq.

(Dictated but not read)

**MEMO ENDORSED** 11/13/07

1. [Handwritten endorsement, largely illegible] Sanctions [reduced?] to $500. Counsel [owes?] to [his own?] client. [...] to "[petty?] [cash?]" [...] by [...] [...] to be paid by 11/19 [...] [...] [...] 11/20.

2. [Defendant's?] [...] for [...] [...] of the [...] to [answer?] [...] to [quashed?] to 11/19/07. [...] [...] [...] [...] [...].

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:         (212) 805-7933
Telephone No.:   (212) 805-0036

Dated:  November 13, 2007                Total Number of Pages: 3

| TO | FAX NUMBER |
|---|---|
| Luigi P. De Maio, Esq. | 212-889-1391 |
| John J. Phelan, III, Esq. | 212-315-3028 |
| Arnold J. Ludwig, Esq. | 718-855-9124 |
| Lawrence R. Lonergan, Esq. | 212-366-6950 |

# TRANSCRIPTION:

**MEMO ENDORSED 11/13/07**

1. Sanction reduced to $500. Counsel needs to be more careful. (And if the fault was of the "other guy," maybe he'll reimburse you, but that's between the 2 of you.) Sanction to be paid by 11/19, with proof of payment to my chambers by 11/20.

2. Defendant Blackman's request for an extension of the time to answer pro se is granted, to 11/19/07. Mr. Ludwig is to supply Blackman's address, etc., to the Court.

Copy to:   Judge Barbara S. Jones