UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                    Plaintiff,

                    v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
the Estate of GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                    Defendants.
-------------------------------------------------------------x
G.F. HIGGINS, INC., THERESA HIGGINS, as
Executrix of the Estate of GERALD FRANCIS
HIGGINS, THOMAS HIGGINS and ROBERT
HIGGINS,

                    Third Party and
                    Supplemental Plaintiffs,

                    v.

JOZEF ANAVIAN,

                  Third Party and
                  Supplemental Defendant.
-------------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

CERTIFICATE OF
SERVICE OF
HIGGINS PARTIES'
INITIAL DISCLOSURES
UNDER RULE 26(a)(1)
F.R.Civ.P.

      JOHN J. PHELAN, III, attorney for the HIGGINS PARTIES, hereby

certifies that, on November 16, 2007, I served the HIGGINS PARTIES Initial Disclosures

pursuant to Rule 26(a) F.R.Civ.P. upon all counsel and parties by electronic mail and by the U.S.

Postal Service as follows:

Luigi P. DeMaio, Esq.
Attorney for Plaintiff
330 East 30th Street
New York, NY 10016
email: luigidemaio@netscape.net

Lawrence R. Lonergan, P.C.
Attorney for Defendant Rubin
275 Seventh Avenue
New York, NY 10001
email: llonergan1@aol.com

Arnold Ludwig, Esq.
on behalf of Defendant Blackman
26 Court Street
Brooklyn, NY 11242
email: ajllaw@aludwiglaw.com

Dated: November 16, 2007

Yours, etc.

/S/ John J. Phelan, III
John J. Phelan, III (JP8632)
John J. Phelan, III, P.C.
Attorney for G.F. Higgins, Inc.,
Theresa Higgins, as Executrix of the
Estate of Gerald Francis Higgins,
Thomas Higgins and Robert Higgins
1285 Avenue of the Americas,
    Suite 3500
New York, NY 10019
(212) 315-3082
jphelaniii@att.net