UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
**PROCAPUI-Productores de Camaroes de Icapui Ltda.,**

                          Plaintiffs,

      -against-                                 **Case No.**  07 Civ 6627 (BSJ)

**MARCIAL GERALD LAYANI, G.F. HIGGINS
INC.,  THERESA HIGGINS as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN**

                          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
**G.F. HIGGINS, INC.,  THERESA HIGGINS as
Executrix of  THE ESTATE OF GERALD FRANCIS
HIGGINS, THOMAS HIGGINS, ROBERT HIGGINS**,

      Third-Party and Supplemental Plaintiffs,

      -against-

**JOZEF ANAVIAN,**

      Third-Party Defendant.
-----------------------------------------------------------------------X


**PLAINTIFF'S NOTICE TO TAKE DEPOSITION OF THIRD-PARTY WITNESS**


      **TAKE NOTICE** that pursuant to Rule 30 and Rule 45 of the Federal Rules of Civil Procedure, plaintiff,  by its attorneys De Maio & Hughes, LLC., will take the deposition upon oral examination of Boston Bay Brokers, Inc. before a Certified Shorthand Reporter, on January 11, 2008 at 10:00 a.m. and continuing from business day to business day thereafter until completion, at the offices Hennessey Corp., d/b/a Robert Lange, 50 Congress Street, Boston, MA 12109

Dated: New York, New York
November 29, 2007

_____
Luigi P. De Maio (LPD 4175)
**DE MAIO & HUGHES, LLC.**
Attorneys for Plaintiff
330 East 30th Street
New York, NY 10016
(212)888-8300

TO:
John Phelan, III, Esq.
Attorney for Higgins Defendants
1285 Avenue of the Americas- Suite 3500
New York, NY 10019

Lawrence R. Lonergan, P.C.
Attorney for Richard Rubin
275 Seventh Avenue
New York, NY 10001
(212)206-9071

Noel Blackman
14706 Halwell Court
Cypress, TX 77429
RUTHBELFON@aol.com