UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                Plaintiff,

v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
the Estate of GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                Defendants.

07 Civil Action
File No. 6627-BSJ

CERTIFICATE OF
SERVICE OF
HIGGINS PARTIES'
SECOND NOTICE TO
PRODUCE UNDER
RULE 34 F.R.Civ.P.

------------------------------------------------------------x
G.F. HIGGINS, INC., THERESA HIGGINS, as
Executrix of the Estate of GERALD FRANCIS
HIGGINS, THOMAS HIGGINS and ROBERT
HIGGINS,

                Third Party and
                Supplemental Plaintiffs,

v.

JOZEF ANAVIAN,

                Third Party and
                Supplemental Defendant.
------------------------------------------------------------x

      JOHN J. PHELAN, III, attorney for the HIGGINS PARTIES, hereby

certifies that, on December 6, 2007, I served the HIGGINS PARTIES' Second Notice to

Produce Documents pursuant to Rule 34 F. R.Civ.P. upon all counsel and parties

by electronic mail and by the U.S. Postal Service as follows:

Luigi P. DeMaio, Esq.
Attorney for Plaintiff
330 East 30th Street
New York, NY 10016
email: luigidemaio@netscape.net

Lawrence R. Lonergan, P.C.
Attorney for Defendant Rubin
275 Seventh Avenue
New York, NY 10001
email: llonergan1@aol.com

Noel Blackman, pro se
14706 Hallwell Ct.
Cypress, TX 77429-2385
noelblackman@sbcglobal.net
Dated: December 10, 2007

                                        Yours, etc.

                                        /S/ John J. Phelan, III
                                        John J. Phelan, III (JP8632)
                                        John J. Phelan, III, P.C.
                                        Attorney for G.F. Higgins, Inc.,
                                        Theresa Higgins, as Executrix of the
                                        Estate of Gerald Francis Higgins,
                                        Thomas Higgins and Robert Higgins
                                        1285 Avenue of the Americas,
                                            Suite 3500
                                        New York, NY 10019
                                        (212) 315-3082
                                        jphelaniii@att.net