UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

PROCAPUI-Productores de Camaroes de Icapui Ltda.,

                              Plaintiffs,

        **-against-**                              **Case No.**  07 Civ 6627 (BSJ)

MARCIAL GERALD LAYANI, G.F. HIGGINS
INC.,  THERESA HIGGINS as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN

                              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

G.F. HIGGINS, INC.,  THERESA HIGGINS as
Executrix of  THE ESTATE OF GERALD FRANCIS
HIGGINS, THOMAS HIGGINS, ROBERT HIGGINS,

           Third-Party and Supplemental Plaintiffs,

           -against-

JOZEF ANAVIAN,

           Third-Party Defendant.

-----------------------------------------------------------------------X

**PLAINTIFF'S NOTICE TO TAKE DEPOSITION OF THIRD-PARTY WITNESS**

      **TAKE NOTICE** that pursuant to Rule 30 and Rule 45 of the Federal Rules of Civil Procedure, plaintiff,  by its attorneys De Maio & Hughes, LLC., will take the deposition upon oral examination of Gulf Bank before a Certified Shorthand Reporter, on February 5, 2008 at 10:00 a.m. and continuing from business day to business day thereafter until completion, at the offices of Kaplan , La Cour & Assoc. , 5915 Ponce de Leon Boulevard, Coral Gables, FL 33146

Dated:  New York, New York
         January 10, 2008

_____
Luigi P. De Maio (LPD 4175)
**DE MAIO & HUGHES, LLC.**
Attorneys for Plaintiff
330 East 30th Street
New York, NY 10016
(212)888-8300

TO:

John Phelan, III, Esq.
Attorney for Higgins Defendants
1285 Avenue of the Americas- Suite 3500
New York, NY 10019

Lawrence R.  Lonergan, P.C.
Attorney for Richard Rubin
275 Seventh Avenue
New York, NY 10001
(212)206-9071

Noel Blackman
14706 Halwell Court
Cypress, TX 77429
NoelBlackman@sbcglobal.net