

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/14/08

JOHN J. PHELAN, III, P.C.
ATTORNEY AT LAW
1285 AVENUE OF THE AMERICAS, Suite 3500
NEW YORK, NY 10019

PHONE (212) 315-3082
Fax (212) 315-3028

e-mail: jphelaniii@ATT.Net

January 14, 2008

Via Fax (212) 805-7933
Hon. Andrew J. Peck
U.S. Magistrate Judge
United States District Court
Southern District of New York
U.S. Courthouse, Room 1370
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED** p2

Re: Procapui v. Layani et al. 07 Civ. 6627

Dear Magistrate Judge Peck:

Acting with undue haste, I wrote to the Magistrate Judge this morning requesting a suspension of discovery in light of the Court's decision to dismiss the complaint in this action with leave to replead. In so doing, I overlooked the direction of the Court appearing on the top of page 14 of her decision that "... discovery and any other further proceedings in this matter are stayed" pending either the filing of Plaintiff's amended complaint or, in the absence thereof, a hearing on the one remaining jurisdictional issue. Accordingly, that issue has been dealt with. I apologize for any inconvenience to the Court or the other parties or counsel.

It is to be noted, however, that after writing this morning's letter to the Magistrate, I discovered that disks containing scanned copies of the documents reviewed by Plaintiff's counsel and me in Boston on Friday, have already been delivered to Mr. DeMaio. Since the Court's decision was issue and filed on Friday, although it was not published on PACER/ECF until today, the complaint had already been dismissed and the stay of discovery imposed at that point. Plaintiff's counsel should not have received and should not now benefit from the fruits of that discovery.

The Higgins parties seek a direction from the Magistrate to Mr. DeMaio directing him to return the disks, without retaining copies thereof or of any part of their contents to the respective witnesses that produced them, i.e, Sovereign Bank's documents to Sovereign and Boston Bay Broker's documents to Boston Bay where they can be retained until further notice or until the Court finally dismisses the action

Thank you very much.

Very truly yours,

[signature]

John J. Phelan, III

cc. via email

Luigi DeMaio, Esq.; luigidemaio@netscape.net
Attorney for Plaintiff

Lawrence R. Lonergan, Esq.; llonergan1@aol.com
Attorney for Defendant Rubin

Defendant Noel Blackman: noelblackman@sbcglobal.net

MEMO ENDORSED 1/14/08

1. Plaintiff's counsel is to either (a) [illegible] or (b) [illegible]

SO ORDERED:

[signature]

Hon. Andrew Jay Peck
United States Magistrate Judge

Copy [illegible]

BY FAX

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** January 14, 2008 **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| John J. Phelan, III, Esq. | 212-315-3028 |
| Luigi P. De Maio, Esq. | 212-889-1391 |
| Lawrence R. Lonergan, Esq. | 212-366-6950 |
| Noel J. Blackman | 281-256-9433 |

## TRANSCRIPTION:

**MEMO ENDORSED 1/14/08**

1. Plaintiff's counsel is to either (a) give the disks to Mr. Phelan for safekeeping or (b) place the disks in a sealed envelope, not to be opened unless Judge Jones allows discovery to proceed, and be prepared to submit a compliance aff. if needed.

2. The 2/15 conference is cancelled.

**Copy to:** Judge Barbara S. Jones