

# PROCAPUÍ

THE NOBILITY OF THE SEA.

CNPJ: 04.198.103/0001-69   CGF: 06.305.020-0

June, 24th 2005.

I, Marcial Gerald Layani, do make the following declarations.

On June 29th, 2004 I have declared, that I personally have diverted funds, profits and capital, from Procapui Ltda, Brasil. This process was partially done with the help of shareholder officers of G.F.Higgins Pembroke U.S.A. Specifically Gerry Higgins and Thomas Higgins.

Our official invoices for shipments of lobsters and shrimps from Procapui Ltda Brasil; were approximately 20-50% less than actual real value of ""same day price" of the "same type of goods". This extra 20-50% was shared between Higgins and myself, Marcial Gerald Layani.

Thomas Higgins has full knowledge of this fact. Plus the facts such as, we were shipping illegal size lobsters (sizes 2 & 3) from Brazil. (the shared profits were very high on these illegal lobsters). And also both Thomas and Gerry Higgins were well aware that the money send to various accounts-other than Procapui Ltda, in Brazil-;were for our mutual benefits and for our illegal activities. And the money send had absolutely nothing to do with Procapui Ltda., and with personal guarantee of Jozef Anavian.

As a matter of record, G.F. Higgins owes Procapui Ltda.. Brasil, over $1,000,000.00 for the actual shipments. Plus he owes Procapui Ltda ., and its shareholders one half of all the illegitimate discounts that they have received.

All these were done with total secrecy from the shareholders of Procapui Ltda., shareholders .None of the members of my family or the shareholders of Procapui Ltda., were aware of any of these illegal activities.

Marcial Gerald Layani
President and General Manager

Witnesses

Leyla Anavian

AV. ENG. ALBERTO SÁ, 480 – PAPICU – CEP 60175-395 FONE/FAX: +55 (85) 262-7550
FORTALEZA/CE - BRASIL

GF HIGGINS. INC
Bos, THOM, GERALD HIGGINS

$ 1.000.000 $\frac{00}{\phantom{00}}$



PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA.

PROCAPUÍ
THE NOBILITY OF THE SEA.

*Mike Layani*
PRESIDENT

Av. Engenheiro Alberto Sá, 480 - Papicu - Fortaleza - CE - CEP 60175-395
Fone: (85) 262.1857 - Fax: (85) 262.7550 - E-mail: mikelayani@yahoo.com

Invoices Produced by Higgins

| Num | Date | Procapui Invoice # | Procapui Inv Amt | "T" Invoice # | "T" Date | SLOTTED Reported | "T" Invoice $ |
|---|---|---|---|---|---|---|---|
| 110 | 6/20/2001 | 01 CM002-01 | $54,894.00 | | | $54,894.00 | $0.00 |
| 111 | 6/20/2001 | 01 CM-003-01 | $2,956.80 | | | $2,956.80 | $0.00 |
| 112 | 7/2/2001 | 01 CM-004-01 | $63,474.80 | | | $63,474.80 | $0.00 |
| 113 | 8/1/2001 | 01 CM-005-01 | $22,644.00 | | | $22,644.00 | $0.00 |
| 114 | 8/1/2001 | 01 CM-006-01 | $2,508.00 | | | $2,508.00 | $0.00 |
| 115 | 8/1/2001 | 01 CM-007-01 | $46,618.00 | | | $46,618.00 | $0.00 |
| 116 | 8/15/2001 | 01 CM-008-01 | $5,460.00 | | | $5,460.00 | $0.00 |
| 117 | 8/16/2001 | 01 CM-009-01 | $30,555.80 | | | $30,555.80 | $0.00 |
| 118 | 8/30/2001 | 01 CM-010-01 | $19,690.00 | | | $19,690.00 | $0.00 |
| 119 | 8/30/2001 | 01 CM-011-01 | $65,700.80 | | | $65,700.80 | $0.00 |
| 120 | | 01 CM-012-01 | $0.00 | CM-012-01T | 8/30/2001 | $40,664.00 | $40,664.00 |
| 121 | 9/30/2001 | 01 CM-013-01 | $27,170.00 | | | $27,170.00 | $0.00 |
| 122 | | 01 CM-014-01 | $0.00 | CM-014-01T | 8/30/2001 | $104,154.00 | $104,154.00 |
| 123 | 9/26/2001 | 01 CM-015-01 | $201,714.00 | CM-015-01T | 10/2/2001 | $259,930.00 | $259,930.00 |
| 124 | 10/10/2001 | 01 CM-016-01 | $57,120.80 | | | $57,120.80 | $0.00 |
| 125 | | 01 CM-017-01 | $0.00 | CM-017-01T | 0/10/2001 | $148,154.00 | $148,154.00 |
| 126 | | 01 CM-018-01 | $0.00 | CM-018-01T | 0/29/2001 | $60,266.00 | $60,266.00 |
| 128 | | 01 CM-019-01 | $0.00 | CM-019-01T | 0/29/2001 | $175,144.00 | $175,144.00 |
| 127 | | 01 CM-020-01 | $0.00 | CM-019-01T | 0/29/2001 | $160,770.00 | $160,770.00 |
| 129 | 10/29/2001 | 01 CM-021-01 | $33,250.00 | | | $33,250.00 | $0.00 |
| 130 | 10/29/2001 | 01 CM-021-01 | $20,193.36 | | | $20,193.36 | $0.00 |
| 131 | | 01 CM-022-01 | $0.00 | CM-022-01 | 1/19/2001 | $95,186.00 | $95,186.00 |
| 132 | 11/19/2001 | 01 CM-023-01 | $42,459.12 | | | $42,459.12 | $0.00 |
| 133 | 11/19/2001 | 01 CM-024-01 | $17,425.00 | | | $17,425.00 | $0.00 |
| 134 | 11/27/2001 | 01 CM-025-01 | $171,332.00 | CM-025-01T | 1/27/2001 | $171,384.00 | $171,384.00 |
| 135 | 11/21/2001 | 01 CM-026-01 | $3,901.92 | | | $3,901.92 | $0.00 |
| 136 | 12/3/2001 | 01 CM-027-01 | $38,300.00 | CM-025-01T | 12/5/2001 | $41,630.00 | $41,630.00 |
| 137 | 12/5/2001 | 01 CM-028-01 | $60,638.60 | | | $60,638.60 | $0.00 |
| 109 | 6/6/2001 | 01CM-001-01 | $46,959.00 | | | $46,959.00 | $0.00 |
| 4 | 5/10/2002 | 02 CL-001-02 | $100,800.00 | CL-001-02T | 5/8/2002 | $108,660.00 | $108,660.00 |
| 5 | 5/26/2002 | 02 CL-002-02 | $221,800.00 | CL-002-02T | 5/26/2002 | $241,554.00 | $241,554.00 |
| 6 | 5/24/2002 | 02 CL-003-02 | $223,259.80 | CL-003-02T | 5/22/2002 | $264,947.80 | $264,947.80 |
| 7 | 6/8/2002 | 02 CL-004-02 | $204,167.00 | | | $204,167.00 | $0.00 |

2/20/2008

| Num | Date | Procapui Invoice # | Procapui Inv Amt | "T" Invoice # | "T" Date | SLOTTED | Reported | "T" Invoice $ |
|---|---|---|---|---|---|---|---|---|
| 8 | 6/24/2002 | 02 CL-005-02 | $206,220.00 | CL-005-02T | 6/11/2002 | $248,672.00 | | $248,672.00 |
| 9 | 6/25/2002 | 02 CL-006-02 PRO | $113,562.30 | CL-006-02T | 6/21/2002 | $134,442.30 | | $134,442.30 |
| 10 | 7/7/2002 | 02 CL-007-02 | $163,520.00 | | | $163,520.00 | | $0.00 |
| 11 | | 02 CL-008-02 | $0.00 | CL-008-02T | 6/28/2002 | $165,000.00 | | $165,000.00 |
| 12 | 7/23/2002 | 02 CL-009-02 | $140,378.28 | CL-009-02T | 7/24/2002 | $165,498.29 | | $165,498.29 |
| 13 | 7/31/2002 | 02 CL-010-02 | $175,617.08 | CL-010-02T( | 7/23/2002 | $251,168.00 | | $251,168.00 |
| 14 | 7/31/2002 | 02 CL-010-02 | $175,617.08 | CL-010-02T | 7/31/2002 | $202,589.08 | | $202,589.08 |
| 15 | 8/6/2002 | 02 CL-011-02 | $176,767.00 | CL-011-02T | 7/24/2002 | $120,368.00 | | $120,368.00 |
| 16 | 8/16/2002 | 02 CL-012-02 | $206,163.36 | CL-012-02T | 8/14/2002 | $234,171.36 | | $234,171.36 |
| 17 | 8/26/2002 | 02 CL-013-02 | $221,550.00 | CL-013-02T | 8/23/2002 | $241,470.00 | | $241,470.00 |
| 18 | 8/26/2002 | 02 CL-014-02 | $94,441.25 | CL-014-02T | 8/30/2002 | $113,889.25 | | $113,889.25 |
| 19 | 9/12/2002 | 02 CL-015-02 | $137,520.00 | CL-015-02T | 9/10/2002 | $155,484.00 | | $155,484.00 |
| 20 | 9/16/2002 | 02 CL-016-02 | $239,760.00 | CL-016-02T | 9/13/2002 | $281,144.00 | | $281,144.00 |
| 21 | 10/13/2002 | 02 CL-017-02 PRO | $241,160.00 | CL-017-02T | 9/30/2002 | $280,928.00 | | $280,928.00 |
| 22 | 10/15/2002 | 02 CL-018-02 | $102,155.49 | CL-018-02T | 0/14/2002 | $120,455.49 | | $120,455.49 |
| 23 | 10/25/2002 | 02 CL-019-02 DIFFER | $179,422.24 | CL-019-02T | 0/22/2002 | $211,930.35 | | $211,930.35 |
| 24 | 10/28/2002 | 02 CL-020-02 | $144,593.00 | CL-020-02T | 0/28/2002 | $166,305.00 | | $166,305.00 |
| 25 | 11/9/2002 | 02 CL-021-02 | $138,211.00 | CL-021-02T | 11/7/2002 | $160,427.00 | | $160,427.00 |
| 26 | 11/13/2002 | 02 CL-022-02 | $119,040.26 | CL-022-02T | 1/12/2002 | $139,941.26 | | $139,941.26 |
| 27 | | 02 CL-023-02 | $0.00 | CL-023-02T | | | | $0.00 |
| 28 | | 02 CL-024-02 | $0.00 | CL-024-02T | 1/30/2002 | $217,200.00 | | $217,200.00 |
| 29 | 11/30/2002 | 02 CL-025-02 | $118,753.11 | CL-025-02T | 1/30/2002 | $137,533.11 | $138,841.00 | $137,533.11 |
| 30 | 12/9/2002 | 02 CL-026-02 | $90,023.89 | CL-026-02T | 12/9/2002 | $104,487.89 | | $104,487.89 |
| 31 | 12/21/2002 | 02 CL-027-02 | $167,620.00 | CL-027-02T | 2/16/2002 | $196,372.00 | | $196,372.00 |
| 32 | 12/30/2002 | 02 CL-028-02 | $221,200.00 | CL-028-02T | 2/30/2002 | $246,640.00 | | $246,640.00 |
| 33 | | 02 CL-029-02 | | | | | | $0.00 |
| 34 | 1/13/2003 | 02 CL-030-02 | $165,430.00 | | | $165,430.00 | | $0.00 |
| 35 | 3/19/2002 | 02 CM-004-02 | $77,838.20 | | | $77,838.20 | | $0.00 |
| 36 | 3/18/2002 | 02 CM-005-02 | $14,071.20 | | | $14,071.20 | | $0.00 |
| 37 | 3/25/2002 | 02 CM-006-02 | $83,707.80 | | | $83,707.80 | | $0.00 |
| 38 | 4/5/2002 | 02 CM-007-02 | $123,819.60 | | | $123,819.60 | | $0.00 |
| 39 | 4/8/2002 | 02 CM-008-02 PRO | $40,453.00 | | | $40,453.00 | | $0.00 |
| 40 | 5/8/2002 | 02 CM-009-02 | $36,746.60 | | | $36,746.60 | | $0.00 |

| Num | Date | Procapui Invoice # | Procapui Inv Amt | "T" Invoice # | "T" Date | SLOTTED | Reported | "T" Invoice $ |
|---|---|---|---|---|---|---|---|---|
| 41 | 5/22/2002 | 02 CM-010-02 | $18,122.30 | | | $18,122.30 | | $0.00 |
| 42 | 6/4/2002 | 02 CM-011-02 | $25,659.80 | | | $25,659.80 | | $0.00 |
| 43 | 6/21/2002 | 02 CM-012-02 | $53,436.55 | | | $53,436.55 | | $0.00 |
| 44 | 7/7/2002 | 02 CM-013-02 | $68,578.40 | | | $68,578.40 | | $0.00 |
| 45 | 7/11/2002 | 02 CM-014-02 | $49,924.60 | | | $49,924.60 | | $0.00 |
| 46 | 7/19/2002 | 02 CM-015-02 | $63,561.20 | | | $63,561.20 | | $0.00 |
| 47 | 7/24/2002 | 02 CM-016-02 | $57,895.20 | | | $57,895.20 | | $0.00 |
| 48 | 8/6/2002 | 02 CM-017-02 | $33,364.06 | | | $33,364.06 | | $0.00 |
| 49 | 8/14/2002 | 02 CM-018-02 | $45,988.30 | | | $45,988.30 | | $0.00 |
| 50 | 8/28/2002 | 02 CM-019-02 | $56,825.91 | | | $56,825.91 | | $0.00 |
| 51 | 8/28/2002 | 02 CM-020-02 | $28,842.69 | | | $28,842.69 | | $0.00 |
| 52 | 8/30/2002 | 02 CM-021-02 | $29,742.35 | | | $29,742.35 | | $0.00 |
| 53 | 9/25/2002 | 02 CM-022-02 | $59,630.20 | | | $59,630.20 | | $0.00 |
| 54 | 10/14/2002 | 02 CM-023-02 | $40,272.61 | | | $40,272.61 | | $0.00 |
| 55 | 10/13/2002 | 02 CM-024-02 | $28,243.21 | | | $28,243.21 | | $0.00 |
| 56 | 10/25/2002 | 02 CM-025-02 | $37,297.82 | | | $37,297.82 | | $0.00 |
| 57 | 10/28/2002 | 02 CM-026-02 | $20,207.40 | | | $20,207.40 | | $0.00 |
| 58 | 11/7/2002 | 02 CM-027-02 | $44,412.60 | | | $44,412.60 | | $0.00 |
| 59 | 11/13/2002 | 02 CM-028-02 | $80,896.70 | | | $80,896.70 | | $0.00 |
| 60 | | 02 CM-029-02 | $0.00 | | | | | |
| 61 | | 02 CM-030-02 | | | | | | |
| 62 | 11/30/2002 | 02 CM-031-02 | $11,005.00 | | | $11,005.00 | $11,460.00 | $0.00 |
| 63 | 11/30/2002 | 02 CM-032-02 | $66,625.70 | | | $66,625.70 | | $0.00 |
| 64 | 12/2/2002 | 02 CM-033-02 | $80,771.22 | | | $80,771.22 | | $0.00 |
| 65 | 12/12/2002 | 02 CM-034-02 | $55,286.20 | | | $55,286.20 | | $0.00 |
| 66 | 12/30/2002 | 02 CM-035-02 | $27,038.76 | | | $27,038.76 | | $0.00 |
| 67 | 12/30/2002 | 02 CM-036-02 | $27,169.90 | | | $27,169.90 | | $0.00 |
| 68 | 12/30/2002 | 02 CM-037-02 | $36,276.34 | | | $36,276.34 | | $0.00 |
| 69 | 1/13/2003 | 02 CM-038-02 | $97,490.00 | | | $97,490.00 | | $0.00 |
| 70 | 1/16/2003 | 02 CM-039-02 | $84,358.00 | | | $84,358.00 | | $0.00 |
| 71 | 1/13/2003 | 02 CM-040-02 | $17,778.60 | | | $17,778.60 | | $0.00 |
| 106 | 2/2/2002 | 02 CM-001-02 | $116,180.40 | | | $116,180.40 | | $0.00 |
| 107 | 3/5/2002 | 02 CM-002-02 PRO | $113,570.60 | | | $113,570.60 | | $0.00 |

Invoices Produced by Higgins

| Num | Date | Procapui Invoice # | Procapui Inv Amt | "T" Invoice # | "T" Date | SLOTTED | Reported | "T" Invoice $ |
|---|---|---|---|---|---|---|---|---|
| 108 | 3/20/2002 | CM-003-02 PRO | $122,907.40 | | | $122,907.40 | | $0.00 |
| 72 | 5/7/2003 | CM-001-03 | $48,356.00 | | | $48,356.00 | | $0.00 |
| 73 | 5/13/2002 | CL-002-03 | $164,268.00 | CL-002-03T | 5/12/2003 | $168,100.00 | $168,020.00 | $0.00 |
| 74 | 5/22/2003 | CL-003-03 | $174,725.00 | CL003-03T | 5/22/2003 | $184,805.00 | | $184,805.00 |
| 75 | 5/30/2003 | CL-004-03 | $70,748.00 | CL-004-03T | 5/30/2003 | $75,548.00 | $74,720.00 | $75,548.00 |
| 76 | 2/14/2003 | CL-005-03 | $70,346.40 | CL-005-03T | 6/7/2003 | $116,564.00 | $116,516.00 | $116,564.00 |
| 77 | 6/14/2003 | CL-006-03 | $73,640.00 | CL-006-03T | 6/11/2003 | $79,376.00 | $77,990.00 | $79,376.00 |
| 78 | 03 | CL-007-03 | $0.00 | CL-007-03T | 7/7/2003 | $200,918.00 | | $200,918.00 |
| 79 | 1/31/2003 | CM-001-03 | $87,277.20 | | | $87,277.20 | $77,929.00 | $0.00 |
| 80 | 1/31/2003 | CM-002-03 | $61,123.60 | | | $61,123.60 | | $0.00 |
| 81 | 2/14/2003 | CM-003-03 | $83,363.50 | | | $83,363.50 | | $0.00 |
| 82 | 2/10/2003 | CM-004-03 | $27,656.00 | CM-004-03T | 5/29/2003 | $75,548.00 | | $75,548.00 |
| 83 | 2/14/2003 | CM-005-03 | $70,346.40 | | | $70,346.40 | | $0.00 |
| 84 | 2/18/2003 | CM-006-03 | $70,548.80 | | | $70,548.80 | $65,869.00 | $0.00 |
| 85 | 2/28/2003 | CM-007-03 | $58,676.00 | | | $58,676.00 | | $0.00 |
| 86 | 3/15/2003 | CM-008-03 | $86,177.60 | | | $86,177.60 | $73,079.00 | $0.00 |
| 87 | 4/11/2003 | CM-009-03 | $49,971.60 | | | $49,971.60 | $44,556.00 | $0.00 |
| 88 | 4/11/2003 | CM-010-03 | $50,776.50 | | | $50,776.50 | | $0.00 |
| 89 | 4/11/2003 | CM-011-03 | $91,933.00 | | | $91,933.00 | | $0.00 |
| 90 | 4/12/2003 | CM-012-03 | $86,393.00 | | | $86,383.00 | | $0.00 |
| 91 | 4/12/2003 | CM-013-03 | $101,305.00 | | | $101,305.00 | $91,245.00 | $0.00 |
| 92 | 4/26/2003 | CM-014-03 | $95,167.00 | | | $95,167.00 | $79,108.00 | $0.00 |
| 93 | 4/29/2003 | CM-015-03 | $45,253.20 | | | $45,253.20 | $36,320.00 | $0.00 |
| 94 | 5/13/2003 | CM-016-03 | $70,656.40 | | | $70,656.40 | | $0.00 |
| 95 | 5/22/2003 | CM-017-03 | $36,742.00 | | | $36,742.00 | $38,451.00 | $0.00 |
| 96 | 5/30/2003 | CM-018-03 | $67,167.40 | | | $67,167.40 | $57,386.00 | $0.00 |
| 97 | 6/4/2003 | CM-019-03 | $84,694.00 | | | $84,694.00 | $74,939.00 | $0.00 |
| 98 | 6/9/2003 | CM-020-03 | $70,350.00 | | | $70,350.00 | $62,660.00 | $0.00 |
| 99 | 6/20/2003 | CM-021-03 | $79,448.00 | | | $79,448.00 | $67,810.00 | $0.00 |
| 100 | 6/30/2003 | CM-022-03 | $88,030.20 | | | $88,030.20 | $73,884.00 | $0.00 |
| 101 | 7/18/2003 | CM-023-03 | $90,626.20 | | | $90,626.20 | $76,258.00 | $0.00 |
| 102 | 7/22/2003 | CM-024-03 | $88,677.00 | | | $88,677.00 | $64,606.00 | $0.00 |
| 103 | 7/25/2003 | CM-025-03 | $75,076.60 | | | $75,076.60 | | $0.00 |

Invoices Produced by Higgins

| Num | Date | Procapui Invoice # | Procapui Inv Amt | "T" Invoice # | "T" Date | SLOTTED | Reported | "T" Invoice $ |
|---|---|---|---|---|---|---|---|---|
| 104 | 7/31/2003 | 03 CM-026-03 COMPA | $27,535.00 | | | $27,535.00 | $65,735.00 | $0.00 |
| 308 | 8/1/2003 | 03 CM-026-03 | $0.00 | | | $66,735.00 | $66,735.00 | $0.00 |
| 309 | 8/1/2003 | 03 CM-027-03 | $0.00 | | | $40,118.00 | $40,118.00 | $0.00 |
| 310 | 8/1/2003 | 03 CM-028-03 | $0.00 | | | $63,045.00 | $63,045.00 | $0.00 |
| 311 | 8/1/2003 | 03 CM-029-03 | $0.00 | | | $58,950.00 | $58,950.00 | $0.00 |
| 312 | 3/1/2004 | 04 CM-001-04 NP | $0.00 | | | $56,331.00 | $56,331.00 | $0.00 |
| 314 | 12/1/2004 | NOT PRODUCED | $0.00 | | | $57,828.00 | $57,828.00 | $0.00 |
| 313 | 3/1/2004 | NOT PRODUCED | $0.00 | | | $45,451.00 | $45,451.00 | $0.00 |
| 141 | 7/26/2001 | PROCAPUI | $57,581.20 | | | $57,581.20 | | $0.00 |

2/20/2008

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 138 | 4/2/2001 | Higgins | Leyla | | | $3,000.00 | | $3,000.00 |
| 148 | 4/2/2001 | Higgins | RIMJO | | | $3,600.00 | $0.00 | $3,600.00 |
| 139 | 4/23/2001 | Higgins | Leyla | | | $5,000.00 | | $5,000.00 |
| 141 | 5/16/2001 | Higgins | Procapui | | | | $200,000.00 | $200,000.00 |
| 149 | 5/23/2001 | Higgins | RIMJO | | | $5,500.00 | | $5,500.00 |
| 150 | 5/23/2001 | Star | | | | $4,950.20 | | $4,950.20 |
| 142 | 5/29/2001 | Higgins | Procapui | | | | $46,630.00 | $46,630.00 |
| 143 | 6/26/2001 | Higgins | Procapui | | | | $50,000.00 | $50,000.00 |
| 144 | 7/3/2001 | Higgins | Procapui | | | | $43,145.40 | $43,145.40 |
| 145 | 7/17/2001 | Higgins | Procapui | | | | $16,368.00 | $16,368.00 |
| 169 | 7/25/2001 | Higgins | Procapui | | | | $100,000.00 | $100,000.00 |
| 151 | 8/2/2001 | Higgins | Star | | | $30,610.00 | | $30,610.00 |
| 146 | 8/2/2001 | Higgins | Procapui | | | | $71,770.00 | $71,770.00 |
| 147 | 9/27/2001 | Higgins | Procapui | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 152 | 10/1/2001 | Higgins | Star | | | $100,000.00 | | $100,000.00 |
| 137 | 10/5/2001 | Higgins | Star | | | $100,000.00 | | $100,000.00 |
| 140 | 10/5/2001 | Higgins | Procapui | | | | $100,000.00 | $100,000.00 |
| 135 | 10/15/2001 | Higgins | Procapui | | | | $150,000.00 | $150,000.00 |
| 134 | 10/16/2001 | Higgins | Star | | | $50,000.00 | | $50,000.00 |
| 154 | 11/1/2001 | Higgins | Star | | | $100,000.00 | | $100,000.00 |
| 155 | 11/8/2001 | Higgins | Star | | | $100,000.00 | | $100,000.00 |
| 110 | 1/3/2002 | Star | Higgins | x | $44,813.96 | | | $44,813.96 |
| 164 | 1/11/2002 | Higgins | Star | x | | $150,000.00 | | $150,000.00 |
| 218 | 1/22/2002 | Higgins | Star | x | | $120,282.00 | | $120,282.00 |
| 210 | 2/2/2002 | Higgins | Star | x | | $50,000.00 | | $50,000.00 |
| 209 | 2/11/2002 | Higgins | Star | x | | $100,000.00 | | $100,000.00 |
| 212 | 2/12/2002 | Higgins | Procapui | | | | $60,000.00 | $60,000.00 |
| 213 | 2/16/2002 | Higgins | Procapui | | | | $100,000.00 | $100,000.00 |
| 214 | 2/17/2002 | Higgins | Tansy | | | $50,000.00 | $50,000.00 | $50,000.00 |
| 215 | 2/18/2002 | Higgins | Procapui | | | | $50,000.00 | $50,000.00 |
| 211 | 2/25/2002 | Higgins | Star | x | | $100,000.00 | | $100,000.00 |
| 204 | 3/7/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 205 | 3/19/2002 | Higgins | Procapui | x | | | $83,816.20 | $83,816.20 |

Wire Transfers Produced by Higgins

| Number | Date | Sender | Receiver | Verified | Received by Higgins | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 206 | 3/19/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 207 | 3/19/2002 | Higgins | Star | | | $50,000.00 | $50,000.00 | $50,000.00 |
| 111 | 3/21/2002 | Star | Higgins | x | $24,694.00 | | $24,694.00 | $24,694.00 |
| 208 | 3/22/2002 | Higgins | Procapui | x | | | $125,000.00 | $125,000.00 |
| 202 | 4/10/2002 | Higgins | Star | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 201 | 4/23/2002 | Higgins | Procapui | x | | | $60,000.00 | $60,000.00 |
| 200 | 5/2/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 199 | 5/9/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 197 | 5/14/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 198 | 5/14/2002 | Higgins | Procapui | x | | | $80,000.00 | $80,000.00 |
| 196 | 5/14/2002 | Higgins | Star | | | | $7,086.10 | $7,086.10 |
| 195 | 5/16/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 194 | 5/21/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 193 | 5/22/2002 | Higgins | Star | | | $100,000.00 | $135,000.00 | $135,000.00 |
| 191 | 5/30/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 189 | 6/2/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 190 | 6/4/2002 | Higgins | Star | | | $50,000.00 | $100,000.00 | $50,000.00 |
| 166 | 6/6/2002 | Higgins | Procapui | x | | | $110,000.00 | $110,000.00 |
| 188 | 6/12/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 187 | 6/13/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 186 | 6/17/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 185 | 6/24/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 122 | 6/25/2002 | Anavian | Higgins | x | $75,000.00 | | $75,000.00 | $75,000.00 |
| 184 | 6/25/2002 | Higgins | Star | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 112 | 6/26/2002 | Star | Higgins | x | $100,000.00 | | $100,000.00 | $100,000.00 |
| 183 | 6/27/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 125 | 7/1/2002 | Encore | Higgins | x | $32,000.00 | | $32,000.00 | $32,000.00 |
| 182 | 7/2/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 180 | 7/3/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 179 | 7/8/2002 | Higgins | Procapui | x | | | $125,000.00 | $125,000.00 |
| 178 | 7/9/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 177 | 7/10/2002 | Higgins | Procapui | x | | | $25,000.00 | $25,000.00 |
| 176 | 7/16/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to | Received by Proc | Amount |
|---|---|---|---|---|---|---|---|---|
| 174 | 7/17/2002 | Higgins | Procapui | x | | | $150,000.00 | $150,000.00 |
| 175 | 7/18/2002 | Higgins | Procapui | | | | $50,000.00 | $50,000.00 |
| 173 | 7/18/2002 | Higgins | Procapui | x | | | $60,000.00 | $60,000.00 |
| 172 | 7/23/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 171 | 7/26/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 167 | 8/1/2002 | Higgins | Procapui | x | | | $245,000.00 | $245,000.00 |
| 168 | 8/1/2002 | Higgins | Tansy | x | $5,000.00 | | | $5,000.00 |
| 248 | 8/21/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 247 | 8/22/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 246 | 8/23/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 245 | 8/27/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 243 | 8/28/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 242 | 9/3/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 241 | 9/5/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 240 | 9/12/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 238 | 9/20/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 239 | 9/20/2002 | Higgins | Anavian | | | $60,000.00 | | $60,000.00 |
| 237 | 9/27/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 126 | 9/27/2002 | Anavian | Higgins | | $50,000.00 | | | $50,000.00 |
| 227 | 10/1/2002 | Higgins | Procapui | x | | | $200,000.00 | $200,000.00 |
| 228 | 10/2/2002 | Higgins | Procapui | x | | | $60,000.00 | $60,000.00 |
| 64 | 10/4/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 36 | 10/6/2002 | Higgins | Procapui | | | | $60,000.00 | $60,000.00 |
| 37 | 10/7/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 230 | 10/8/2002 | Higgins | Procapui | x | | | $165,000.00 | $165,000.00 |
| 231 | 10/9/2002 | Higgins | Procapui | x | | | $135,000.00 | $135,000.00 |
| 38 | 10/10/2002 | Higgins | Procapui | | | | $135,000.00 | $135,000.00 |
| 232 | 10/16/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 39 | 10/16/2002 | Higgins | Procapui | | | | $120,000.00 | $120,000.00 |
| 40 | 10/18/2002 | Higgins | Procapui | | | | $70,000.00 | $70,000.00 |
| 41 | 10/21/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 233 | 10/21/2002 | Higgins | Procapui | | | | $30,000.00 | $30,000.00 |
| 42 | 10/23/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 72 | 10/26/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 32 | 10/30/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 47 | 11/1/2002 | Higgins | Procapui | x | | | $120,000.00 | $120,000.00 |
| 44 | 11/1/2002 | Higgins | Procapui | x | | | $140,000.00 | $140,000.00 |
| 127 | 11/1/2002 | Anavian | Higgins | x | $60,000.00 | | $60,000.00 | $60,000.00 |
| 53 | 11/4/2002 | Higgins | Procapui | x | | $100,000.00 | $100,000.00 | $100,000.00 |
| 85 | 11/7/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 45 | 11/8/2002 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 222 | 11/8/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 48 | 11/12/2002 | Higgins | Procapui | x | | $100,000.00 | $100,000.00 | $100,000.00 |
| 49 | 11/13/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 50 | 11/18/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 225 | 11/19/2002 | Higgins | Procapui | x | | | $5,000.00 | $5,000.00 |
| 51 | 11/20/2002 | Higgins | Procapui | x | | $50,000.00 | $50,000.00 | $50,000.00 |
| 84 | 11/22/2002 | Higgins | Procapui | x | | | $30,000.00 | $30,000.00 |
| 55 | 12/2/2002 | Higgins | Procapui | x | | | $150,000.00 | $150,000.00 |
| 91 | 12/3/2002 | Higgins | Tansy | x | | $50,000.00 | $50,000.00 | $50,000.00 |
| 244 | 12/3/2002 | Higgins | Procapui | x | | | $43,000.00 | $43,000.00 |
| 170 | 12/5/2002 | Higgins | Procapui | x | | | $40,000.00 | $40,000.00 |
| 2 | 12/5/2002 | Anavian | Higgins | x | $50,000.00 | | $50,000.00 | $50,000.00 |
| 181 | 12/9/2002 | Higgins | Procapui | x | | | $75,000.00 | $75,000.00 |
| 192 | 12/10/2002 | Higgins | Tansy | x | | $50,000.00 | $50,000.00 | $50,000.00 |
| 203 | 12/11/2002 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 3 | 12/11/2002 | Anavian | Higgins | x | $43,000.00 | | $43,000.00 | $43,000.00 |
| 277 | 12/12/2002 | Higgins | Procapui | x | | $60,000.00 | $60,000.00 | $60,000.00 |
| 278 | 12/16/2002 | Higgins | Procapui | x | | $100,000.00 | $100,000.00 | $100,000.00 |
| 4 | 12/27/2002 | Anavian | Higgins | x | $75,000.00 | | $75,000.00 | $75,000.00 |
| 120 | 12/31/2002 | Tansy | Higgins | x | $20,000.00 | | $20,000.00 | $20,000.00 |
| 109 | 12/31/2002 | Rita | Higgins | x | $17,500.00 | | $17,500.00 | $17,500.00 |
| 5 | 12/31/2002 | Anavian | Higgins | x | $7,500.00 | | $7,500.00 | $7,500.00 |
| 129 | 12/31/2002 | Lespan | Higgins | x | $30,000.00 | | $30,000.00 | $30,000.00 |
| 18 | 1/2/2003 | Higgins | Procapui | x | | $30,500.00 | $30,500.00 | $30,500.00 |
| 87 | 1/2/2003 | Higgins | Rita | x | $17,500.00 | | $17,500.00 | $17,500.00 |

Page 4

2/20/2008

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 89 | 1/2/2003 | Higgins | Tansy | x | $40,000.00 | | | $40,000.00 |
| 262 | 1/3/2003 | Higgins | Tansy | x | $60,000.00 | | | $60,000.00 |
| 19 | 1/3/2003 | Higgins | Procapui | x | | | $65,000.00 | $65,000.00 |
| 20 | 1/7/2003 | Higgins | Procapui | | | $50,000.00 | $50,000.00 | $50,000.00 |
| 88 | 1/8/2003 | Higgins | Tansy | | $50,000.00 | | | $50,000.00 |
| 21 | 1/13/2003 | Higgins | Procapui | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 7 | 1/16/2003 | Higgins | Anavian | | $100,000.00 | | | $100,000.00 |
| 254 | 1/21/2003 | Higgins | Procapui | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 22 | 1/22/2003 | Higgins | Procapui | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 250 | 1/24/2003 | Higgins | Tansy | | $100,000.00 | | | $100,000.00 |
| 90 | 1/24/2003 | Higgins | Tansy | | $100,000.00 | | | $100,000.00 |
| 263 | 1/31/2003 | Higgins | Tansy | | $100,000.00 | | | $100,000.00 |
| 23 | 2/3/2003 | Higgins | Procapui | | | $100,000.00 | $100,000.00 | $100,000.00 |
| 264 | 2/11/2003 | Higgins | Tansy | | $100,000.00 | | | $100,000.00 |
| 276 | 2/19/2003 | Higgins | Tansy | | $100,000.00 | | | $100,000.00 |
| 24 | 2/19/2003 | Higgins | Procapui | | | $50,000.00 | $50,000.00 | $50,000.00 |
| 114 | 2/26/2003 | Tansy | Higgins | | $100,000.00 | | | $100,000.00 |
| 130 | 2/28/2003 | Lederman | Higgins | | $50,000.00 | | | $50,000.00 |
| 265 | 3/5/2003 | Higgins | Tansy | x | $100,000.00 | | | $100,000.00 |
| 25 | 3/5/2003 | Higgins | Procapui | x | | $20,000.00 | $20,000.00 | $20,000.00 |
| 26 | 3/10/2003 | Higgins | Procapui | x | | $60,000.00 | $60,000.00 | $60,000.00 |
| 275 | 3/13/2003 | Higgins | Tansy | | $50,000.00 | | | $50,000.00 |
| 27 | 3/13/2003 | Higgins | Procapui | | | $50,000.00 | $50,000.00 | $50,000.00 |
| 266 | 3/14/2003 | Higgins | Tansy | x | $50,000.00 | | | $50,000.00 |
| 17 | 3/15/2003 | Higgins | Piero | | $100,000.00 | | | $100,000.00 |
| 121 | 3/31/2003 | Van Pelt | Higgins | x | $100,000.00 | | | $100,000.00 |
| 107 | 3/31/2003 | Lederman | Higgins | x | $100,000.00 | | | $100,000.00 |
| 267 | 4/1/2003 | Higgins | Tansy | x | | | $150,000.00 | $150,000.00 |
| 28 | 4/2/2003 | Higgins | Procapui | x | | $100,000.00 | $100,000.00 | $100,000.00 |
| 268 | 4/15/2003 | Higgins | Tansy | x | | | $100,000.00 | $100,000.00 |
| 269 | 4/21/2003 | Higgins | Tansy | x | | | $100,000.00 | $100,000.00 |
| 131 | 4/28/2003 | Clamyer | Higgins | x | $50,000.00 | | | $50,000.00 |
| 12 | 5/5/2003 | Higgins | Clamyer | | | $50,000.00 | $50,000.00 | $50,000.00 |

2/20/2008

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 29 | 5/5/2003 | Higgins | Procapui | | | | $100,000.00 | $100,000.00 |
| 30 | 5/8/2003 | Higgins | Procapui | | | | $50,000.00 | $50,000.00 |
| 8 | 5/9/2003 | Higgins | Anavian | x | | $50,000.00 | | $50,000.00 |
| 9 | 5/12/2003 | Higgins | Anavian | | | $50,000.00 | | $50,000.00 |
| 31 | 5/12/2003 | Higgins | Procapui | | | | $70,000.00 | $70,000.00 |
| 92 | 5/13/2003 | Higgins | Tansy | x | | | $100,000.00 | $100,000.00 |
| 251 | 5/14/2003 | Higgins | Piero | x | | | $50,000.00 | $50,000.00 |
| 33 | 5/14/2003 | Higgins | Procapui | | | | $10,000.00 | $10,000.00 |
| 252 | 5/15/2003 | Higgins | Piero | x | | | $75,000.00 | $75,000.00 |
| 255 | 5/15/2003 | Higgins | Procapui | | | $50,000.00 | $50,000.00 | $50,000.00 |
| 256 | 5/17/2003 | Higgins | Procapui | | | | $50,000.00 | $50,000.00 |
| 13 | 5/23/2003 | Higgins | Flammang | x | | $7,000.00 | | $7,000.00 |
| 257 | 5/23/2003 | Higgins | Procapui | | | | $63,000.00 | $63,000.00 |
| 258 | 5/23/2003 | Higgins | Procapui | | | | $90,000.00 | $90,000.00 |
| 270 | 5/26/2003 | Higgins | Tansy | | | $100,000.00 | | $100,000.00 |
| 271 | 5/27/2003 | Higgins | Tansy | | | $40,000.00 | | $40,000.00 |
| 259 | 6/6/2003 | Higgins | Procapui | | | | $35,000.00 | $35,000.00 |
| 272 | 6/6/2003 | Higgins | Tansy | x | | $115,000.00 | | $115,000.00 |
| 115 | 6/12/2003 | Tansy | Higgins | | $22,000.00 | | | $22,000.00 |
| 56 | 6/16/2003 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 93 | 6/18/2003 | Higgins | Tansy | x | | $50,000.00 | | $50,000.00 |
| 95 | 6/20/2003 | Higgins | Tansy | x | | $50,000.00 | | $50,000.00 |
| 11 | 6/20/2003 | Higgins | Clamyer | x | | $50,000.00 | | $50,000.00 |
| 96 | 6/24/2003 | Higgins | Tansy | x | | $100,000.00 | | $100,000.00 |
| 99 | 7/2/2003 | Higgins | Tansy | x | | $100,000.00 | | $100,000.00 |
| 58 | 7/2/2003 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 59 | 7/7/2003 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 101 | 7/8/2003 | Higgins | Tansy | x | | $50,000.00 | | $50,000.00 |
| 97 | 7/10/2003 | Higgins | Tansy | x | | $50,000.00 | | $50,000.00 |
| 98 | 7/17/2003 | Higgins | Tansy | x | | $100,000.00 | | $100,000.00 |
| 57 | 7/17/2003 | Higgins | Procapui | x | | | $100,000.00 | $100,000.00 |
| 100 | 7/24/2003 | Higgins | Tansy | x | | $100,000.00 | | $100,000.00 |
| 132 | 7/30/2003 | Tansy | Higgins | | $200,000.00 | | | $200,000.00 |

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 273 | 8/1/2003 | Higgins | Tansy | x | $150,000.00 | | | $150,000.00 |
| 104 | 8/5/2003 | Higgins | Tansy | x | $100,000.00 | | | $100,000.00 |
| 62 | 8/6/2003 | Higgins | Procapui | x | | | $50,000.00 | $50,000.00 |
| 60 | 8/12/2003 | Higgins | Waxtrade | x | $100,000.00 | | | $100,000.00 |
| 274 | 8/18/2003 | Higgins | Tansy | x | $120,000.00 | | | $120,000.00 |
| 61 | 8/18/2003 | Higgins | Procapui | x | | | $80,000.00 | $80,000.00 |
| 102 | 9/1/2003 | Higgins | Tansy | | $150,000.00 | | | $150,000.00 |
| 116 | 9/3/2003 | Tansy | Higgins | | $50,000.00 | | | $50,000.00 |
| 117 | 9/4/2003 | Tansy | Higgins | | $85,000.00 | | | $85,000.00 |
| 118 | 9/9/2003 | Tansy | Higgins | | $60,000.00 | | | $60,000.00 |
| 133 | 9/19/2003 | Tansy | Higgins | | $60,000.00 | | | $60,000.00 |
| 119 | 9/23/2003 | Tansy | Higgins | | $20,000.00 | | | $20,000.00 |
| 113 | 9/26/2003 | Tansy | Higgins | | $80,000.00 | | | $80,000.00 |
| 261 | 12/8/2003 | Higgins | Procapui | x | | $100,000.00 | | $100,000.00 |
| 10 | 5/12/2004 | Anavian | Anavian | x | | $50,000.00 | | $50,000.00 |
| 1 | 6/28/2004 | Anavian | Higgins | | $15,000.00 | | | $15,000.00 |
| 6 | 10/18/2004 | Clamyer | Higgins | | $50,000.00 | | | $50,000.00 |
| 14 | 11/4/2004 | Higgins | Nash | x | | $40,000.00 | | $40,000.00 |
| 15 | 12/2/2004 | Higgins | Nash | | | $5,000.00 | | $5,000.00 |

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higgins | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 184 | 6/25/2002 | Higgins | Star | x | | | | $100,000.00 |
| 190 | 6/4/2002 | Higgins | Star | x | | | | $50,000.00 |
| 193 | 5/22/2002 | Higgins | Star | | | | | $100,000.00 |
| 196 | 5/14/2002 | Higgins | Star | x | | | | $100,000.00 |
| 202 | 4/10/2002 | Higgins | Star | | | | | $100,000.00 |
| 207 | 3/19/2002 | Higgins | Star | | | | | $50,000.00 |
| 209 | 2/11/2002 | Higgins | Star | x | | | | $100,000.00 |
| 210 | 2/2/2002 | Higgins | Star | x | | | | $50,000.00 |
| 211 | 2/25/2002 | Higgins | Star | x | | | | $100,000.00 |
| 218 | 1/22/2002 | Higgins | Star | x | | | | $120,282.00 |
| 134 | 10/16/2001 | Higgins | Star | | | | | $50,000.00 |
| 137 | 10/5/2001 | Higgins | Star | | | | | $100,000.00 |
| 150 | 5/23/2001 | Higgins | Star | | | | | $4,950.20 |
| 151 | 8/2/2001 | Higgins | Star | | | | | $30,610.00 |
| 152 | 10/1/2001 | Higgins | Star | | | | | $100,000.00 |
| 154 | 11/1/2001 | Higgins | Star | | | | | $100,000.00 |
| 155 | 11/8/2001 | Higgins | Star | | | | | $100,000.00 |
| 164 | 1/11/2002 | Higgins | Star | x | | | | $150,000.00 |
| 262 | 1/3/2003 | Higgins | Tansy | x | | | | $60,000.00 |
| 263 | 1/31/2003 | Higgins | Tansy | | | | | $100,000.00 |
| 264 | 2/11/2003 | Higgins | Tansy | | | | | $100,000.00 |
| 265 | 3/5/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 266 | 3/14/2003 | Higgins | Tansy | x | | | | $50,000.00 |
| 267 | 4/1/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 268 | 4/15/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 269 | 4/21/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 270 | 5/26/2003 | Higgins | Tansy | | | | | $100,000.00 |
| 271 | 5/27/2003 | Higgins | Tansy | | | | | $40,000.00 |
| 272 | 6/6/2003 | Higgins | Tansy | x | | | | $115,000.00 |
| 273 | 8/1/2003 | Higgins | Tansy | x | | | | $150,000.00 |
| 274 | 8/18/2003 | Higgins | Tansy | x | | | | $120,000.00 |
| 275 | 3/13/2003 | Higgins | Tansy | | | | | $50,000.00 |
| 276 | 2/19/2003 | Higgins | Tansy | | | | | $100,000.00 |

2/20/2008

Wire Transfers Produced by Higgins

| Number | Date | Sender | Receiver | Verified | Received by Higgins | Sent by Higgins to | Received by Prod | Amount |
|---|---|---|---|---|---|---|---|---|
| 192 | 12/10/2002 | Higgins | Tansy | x | | | | $50,000.00 |
| 88 | 1/8/2003 | Higgins | Tansy | | | | | $50,000.00 |
| 89 | 1/2/2003 | Higgins | Tansy | x | | | | $40,000.00 |
| 90 | 1/24/2003 | Higgins | Tansy | | | | | $100,000.00 |
| 91 | 12/3/2002 | Higgins | Tansy | x | | | | $50,000.00 |
| 92 | 5/13/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 93 | 6/18/2003 | Higgins | Tansy | x | | | | $50,000.00 |
| 95 | 6/20/2003 | Higgins | Tansy | x | | | | $50,000.00 |
| 96 | 6/24/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 97 | 7/10/2003 | Higgins | Tansy | x | | | | $50,000.00 |
| 98 | 7/17/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 99 | 7/2/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 100 | 7/24/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 101 | 7/8/2003 | Higgins | Tansy | x | | | | $50,000.00 |
| 102 | 9/1/2003 | Higgins | Tansy | | | | | $150,000.00 |
| 104 | 8/5/2003 | Higgins | Tansy | x | | | | $100,000.00 |
| 214 | 2/17/2002 | Higgins | Tansy | | | | | $50,000.00 |
| 168 | 8/1/2002 | Higgins | Tansy | x | | | | $5,000.00 |
| 250 | 1/24/2003 | Higgins | Tansy | | | | | $100,000.00 |