UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                 07 Civil Action
       Plaintiff,       File No. 6627-BSJ

    v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of    CERTIFICATE
THE ESTATE OF GERALD FRANCIS HIGGINS,  OF SERVICE
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

       Defendants.
------------------------------------------------------------x

JOHN J. PHELAN, III, hereby certifies as follows:

 1.  I am attorney of record for The Higgins Defendants in the within action and am a member of the bar of this Court.

 2.  On March 6, 2008, I served (i) the within Notice of Motion to Dismiss the Amended Complaint herein and for Other Relief, (ii) the Memorandum of Law in Support thereof, Luigi DeMaio, Esq, DeMaio & Hughes, 330 East 30th Street, New York, NY 10016, attorneys for Plaintiff, upon Lawrence R. Lonergan, Esq., Attorney for Defendant Rubin, 275 Seventh Avenue, New York, NY 10001 by filing such papers with the Clerk by electronic means on the Court's CM/ECF system and upon Noel Blackman, Defendant *pro se,* by U.S. mail addressed to

14706 Hallwell Ct., Cypress, TX 77429-2385.

Dated: New York, NY
       March 6, 2008

                                      Yours, etc.
                                      John J. Phelan, III, P.C.


                                    By /S/_____
                                        John J. Phelan, III (JP8632)
                                    Attorney for Higgins Defendants
                                    1285 Avenue of the Americas, # 3500
                                    New York, NY 10019
                                    Tel: (212) 315-3082
                                    Fax: (212) 315-3028
                                    email: jphelaniii@att.net