# DE MAIO & HUGHES, LLC.

Attorneys and Counselors at Law

Hon. Aniello De Maio (1878-1945)*

Luigi Biaggio Maria De Maio (1879-1967)*

John Henry De Maio (1912-1967)

Hon. Thomas J. Hughes (1912-1996)

Louis Victor De Maio (1916 - 1965)

Luigi P. De Maio

330 East 30th Street

NEW YORK, N.Y. 10016

TELEPHONE: (212) 888-8300
FACSIMILE: (212) 889-1391
E-mail: luigidemaio@netscape.net

Columbia County Office:
2540 State Route 82
Ancram, NY 12502
Tel: (518)329-2962
Facsimile: (518) 329-0852

*not admitted in New York

March 17, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 3/19/08

**BY TELECOPIER (212)805-6191**
Hon. Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY 10007

**Procapui Productores de Camaraoes de Icapui, Ltda. v. G.F. Higgins, Inc., et al.
File No. 07 Civ. 6627 (BSJ, AJP)**

Dear Judge Jones:

We are the attorneys for plaintiff herein.

By Notice of Motion dated March 6, 2008 defendants moved for an order dismissing the Amended Complaint together with other ancillary relief.

Said motion was made returnable on March 31, 2008

Counsel have agreed, subject to your approval, to extend plaintiff's time within which to respond to said motion to and including and April 15, 2008 with defendants' Reply papers, if any due fourteen (14) days thereafter which would make the motion returnable on April 30, 2008.

By copy of this letter I am confirming the above with counsel for defendants.

Application GRANTED.

SO ORDERED.
Dated: 3/18/08
BARBARA S. JONES
U.S.D.J.

Respectfully,

Luigi P. De Maio