# DE MAIO & HUGHES, P.C.
Attorneys and Counselors at Law

Hon. Aniello De Maio (1878-1945)*

Luigi Biaggio Maria De Maio (1879-1967)*

John Henry De Maio (1912-1967)

Hon. Thomas J. Hughes (1912-1996)

Louis Victor De Maio (1916 - 1965)

Luigi P. De Maio

330 East 30th Street
NEW YORK, N.Y. 10016
TELEPHONE: (212) 888-8300
FACSIMILE: (212) 889-1391
E-mail:luigidemaio@netscape.net

Columbia County Office:
2540 State Route 82
Ancram, NY 12502
Tel: (518)329-2962
Facsimile: (518) 329-0852

*not admitted in New York



April 11, 2008

**BY TELECOPIER (212)805-6191**
Hon. Barbara S. Jones
United States District Court
500 Pearl Street
New York, NY 10007

**Procapui Productores de Camaraoes de Icapui, Ltda. v. G.F. Higgins, Inc., et al.
File No. 07 Civ. 6627 (BSJ, AJP)**

Dear Judge Jones:

    We are the attorneys for plaintiff herein.

    As you are aware, defendants moved for an order dismissing the Amended Complaint together with other ancillary relief.

    Said motion is presently returnable April 30, 2008.

    As a result of each of our schedules, counsel have agreed, subject to your approval, to extend plaintiff's time within which to respond to said motion to and including and April 18, 2008 with defendants' Reply papers, if any, due fourteen (14) days thereafter which would make the motion returnable on May 2, 2008.

    By copy of this letter I am confirming the above with counsel for defendants.

Respectfully,

Luigi P. De Maio

cc:
**BY TELECOPIER (212)315-3028**
John Phelan, III, Esq.
Attorney for G.F. Higgins, Inc. Theresa Higgins,
Robert Higgins and Thomas Higgins
1285 Avenue of the Americas- Suite 3500
New York, NY 10019

Application GRANTED.

SO ORDERED
Dated:

BARBARA S. JONES
U.S.D.J.