# JOHN J. PHELAN, III, P.C.

ATTORNEY AT LAW

1285 AVENUE OF THE AMERICAS, Suite 3500

NEW YORK, NY 10019

———

PHONE (212) 315-3082
Fax (212) 315-3028

e-mail: jphelaniii@ATT.Net

July 31, 2007

Luigi P. DeMaio, Esq.
Crocco & DeMaio, P.C.
330 East 30th Street
New York, NY 10016

    Re: Procapui v. Layani et al.; USDC, SDNY; 07CV6627

Dear Mr. DeMaio:

    I have reviewed the complaint filed in the above action which is virtually identical with the draft complaint transmitted earlier. Please see my letter of July 12 which is incorporated herein by reference.

                                     Very truly yours,

                                       John J. Phelan, III