L) and that Layani specifically gave Anavian that authority (Exhibit M).