


# PEDRO VALLADÃO CATUNDA
Tradutor Público e Intérprete Comercial - Idioma: Inglês
Matr. na Junta Comercial do Estado de São Paulo JUCESP sob No. 1562
CPF 598.452.878/91 — RG 3.908.209/SSP-SP — CCM 19780
Tel/Fax (55 11) 4153-4317
E-mail: pcatunda@attglobal.net
End.: AL Catanduva 77, A-4, Santana de Parnaíba, SP, CEP-06542-035

Tradução No. 660     Livro No. 04     Folha No.     00174

I, PEDRO VALLADAO CATUNDA, CERTIFIED PUBLIC TRANSLATOR, UNDERSIGNED, HEREBY CERTIFY THAT THE SWORN TRANSLATION INTO ENGLISH OF ORIGINAL DOCUMENT IN PORTUGUESE PRESENTED OFFICIALLY TO ME CONTAINING ONE (01) PAGE WITH BLANK REVERSE SIDE, IS AS FOLLOWS:

---

[Logo] CENTRAL BANK OF BRAZIL
DECEC/GTREC/COAUT-2005/238
0201172273

Recife City, May 18, 2005

To
PROCAPUI - Produtores de Camaroes de Icapui Ltda.
Avenida Santos Dumont 5335 - Sala 809 - Papicu
60150-800 - Fortaleza City - Ceara State

Subject: Irregularities in Export Transactions

Dear Sirs:

Based on fact-finding performed by us we hereby and herein confirm the existence of irregularities in export transactions performed by your company consistent with the relevant listing annexed hereto. The updated report on your export transaction pendencies can be obtained through "Rede de Informacoes de Capitais Estrangeiros e Cambio - RedeCEC" established in accordance with Administrative Rule No. 3208 dated October 30, 2003 and Notice No. 11564 dated November 03, 2003, available on the website www.bcb.gov.br.

2. Considering the above, we hereby demand that you settle the abovementioned pendencies through your customs' broker and/or your mediator bankers and that you update us on the subject matter, providing us with the relevant explanation and describing your steps already taken or planned for the settlement of each and every pendency hereunder.

3. Additionally, we warn you that non-observance of the demand mentioned in item No. 2 hereinabove within thirty (30) days after receipt of this letter might result without the need for further notice in your being barred from entering into exchange contracts without prior shipment and/or issuing any Export Registration (RE) without prior Exchange Contract.

4. Finally, we inform you that we remain at your disposal for any additional clarification your company may need through phone numbers (81) 2125-4262, 2125-4252 and 2125-4204 in addition to fax number (81) 2125-4271.

Regards,

**DEPARTMENT OF FOREIGN CAPITAL AND EXCHANGE - DECEC**
**TECHNICAL MANAGEMENT IN RECIFE CITY - GTREC/COAUT**

[ Illegible Signature ]                              [ Illegible Signature ]
MIGUEL LONGO NETO                                    MIGUEL LONGO NETO
Coordinator                                          Analyst

DECEC SIMONEF
Rua da Aurora 1259 - 5o Andar - Santo Amaro - Recife City - Pernambuco State - CEP 50040-090
Phone: (81) 2125-4262 - Fax: (81) 2125-4271

---

IN WITNESS WHEREOF I HEREUNTO SIGN MY NAME AND AFFIX MY SEAL
THIS 4th DAY OF OCTOBER, 2005.
PEDRO VALLADAO CATUNDA

Fee: R$ 109,98
Receipt 00366






# PEDRO VALLADÃO CATUNDA

Tradutor Público e Intérprete Comercial - Idioma: Inglês
Matr. na Junta Comercial do Estado de São Paulo JUCESP sob No. 1562
CPF 598.452.878/91 — RG 3.908.209/SSP-SP — CCM 19780
Tel/Fax (55 11) 4153-4317
E-mail: pcatunda@attglobal.net
End.: AL. Catanduva 77, A-4, Santana de Parnaíba, SP, CEP-06542-035



Tradução No. 662    Livro No. 04    Folha No.    00176

I, PEDRO VALLADAO CATUNDA, CERTIFIED PUBLIC TRANSLATOR, UNDERSIGNED, HEREBY CERTIFY THAT THE SWORN TRANSLATION INTO ENGLISH OF ORIGINAL DOCUMENT IN PORTUGUESE PRESENTED OFFICIALLY TO ME CONTAINING ONE (01) PAGE WITH BLANK REVERSE SIDE, IS AS FOLLOWS:

[logo] **CENTRAL BANK OF BRAZIL** • EXCHANGE CONTROL ON IMPORTS
04.198.103 - PROCAPIN Produtores de Conservas de Inapoi Ltda. ▶ INSTRUCTIONS REGARDING CONTRACTS CLOSED AND NOT APPLIED:

| # | CNPJ/CPF # | INSTRUCTION # | SHIPMENT DATE | CURRENCY CODE # | AMOUNT IN US DOLLARS TO APPLY | CONSIGNMENT CONTRACT |
|---|---|---|---|---|---|---|
| 1 | 04198103/0001-69 | 2020932031-1 | Nov 30 2002 | 220 | 128,575.35 | [BLANK] |
| 2 | 04198103/0001-69 | 2020943058-0 | Dec 01 2002 | 220 | 11,905.00 | [BLANK] |
| 3 | 04198103/0001-69 | 2020943073-7 | Dec 01 2002 | 220 | 38,035.95 | [BLANK] |
| 4 | 04198103/0001-69 | 2020932582-0 | Jan 11 2003 | 220 | 32,272.00 | [BLANK] |
| 5 | 04198103/0001-69 | 2030050747-4 | Jan 31 2003 | 220 | 28,086.46 | [BLANK] |
| 6 | 04198103/0001-69 | 2030172774-0 | Mar 01 2003 | 220 | 3,415.68 | [BLANK] |
| 7 | 04198103/0001-69 | 2030210418-3 | Mar 15 2003 | 220 | 48,545.50 | [BLANK] |
| 8 | 04198103/0001-69 | 2030252757-2 | Apr 11 2003 | 220 | 9,971.60 | [BLANK] |
| 9 | 04198103/0001-69 | 2030312829-1 | Apr 14 2003 | 220 | 19,631.00 | [BLANK] |
| 10 | 04198103/0001-69 | 2030339972-4 | Apr 26 2003 | 220 | 35,167.00 | [BLANK] |
| 11 | 04198103/0001-69 | 2030353174-6 | Apr 29 2003 | 220 | 45,253.20 | [BLANK] |
| 12 | 04198103/0001-69 | 2030383031-0 | May 07 2003 | 220 | 8,356.00 | [BLANK] |
| 13 | 04198103/0001-69 | 2030404439-4 | May 16 2003 | 220 | 164,268.00 | [BLANK] |
| 14 | 04198103/0001-69 | 2030436709-5 | May 24 2003 | 220 | 38,742.00 | [BLANK] |
| 15 | 04198103/0001-69 | 2030436725-5 | May 24 2003 | 220 | 174,725.00 | [BLANK] |
| 16 | 04198103/0001-69 | 2030464837-0 | Jun 02 2003 | 220 | 67,167.40 | [BLANK] |
| 17 | 04198103/0001-69 | 2030464840-0 | Jun 02 2003 | 220 | 70,748.00 | [BLANK] |
| 18 | 04198103/0001-69 | 2030464823-0 | Jun 02 2003 | 978 | 7,073.45 | [BLANK] |
| 19 | 04198103/0001-69 | 2030488748-0 | Jun 05 2003 | 220 | 108,168.00 | [BLANK] |
| 20 | 04198103/0001-69 | 2030493489-7 | Jun 08 2003 | 220 | 84,830.20 | [BLANK] |
| 21 | 04198103/0001-69 | 2030515728-4 | Jun 16 2003 | 220 | 48,000.00 | [BLANK] |
| 22 | 04198103/0001-69 | 2030516190-0 | Jun 16 2003 | 220 | 73,640.00 | [BLANK] |
| 23 | 04198103/0001-69 | 2030534516-0 | Jun 21 2003 | 220 | 79,448.00 | [BLANK] |
| 24 | 04198103/0001-69 | 2030565067-0 | Jul 07 2003 | 220 | 68,030.20 | [BLANK] |
| 25 | 04198103/0001-69 | 2030629131-2 | Jul 19 2003 | 220 | 58,525.20 | [BLANK] |
| 26 | 04198103/0001-69 | 2030629138-0 | Aug 02 2003 | 220 | 88,677.00 | [BLANK] |
| 27 | 04198103/0001-69 | 2030672006-0 | Aug 02 2003 | 220 | 27,535.00 | [BLANK] |
| 28 | 04198103/0001-69 | 2030779691-4 | Sep 02 2003 | 978 | 11,850.00 | [BLANK] |
| 29 | 04198103/0001-69 | 2030800146-3 | Sep 08 2003 | 978 | 9,244.40 | [BLANK] |
| 30 | 04198103/0001-69 | 2030827372-9 | Sep 14 2003 | 978 | 38,871.98 | [BLANK] |
| 31 | 04198103/0001-69 | 2030694710-6 | Sep 25 2003 | 978 | 47,725.00 | [BLANK] |
| 32 | 04198103/0001-69 | 2030894877-2 | Sep 30 2003 | 220 | 71,910.80 | [BLANK] |
| 33 | 04198103/0001-69 | 2030690602-0 | Sep 30 2003 | 220 | 44,179.60 | [BLANK] |
| 34 | 04198103/0001-69 | 2030933133-1 | Oct 16 2003 | 978 | 763.54 | [BLANK] |
| 35 | 04198103/0001-69 | 2030998051-4 | Oct 26 2003 | 220 | 89,185.00 | [BLANK] |
| 36 | 04198103/0001-69 | 2031119443-6 | Dec 07 2003 | 220 | 64,909.00 | [BLANK] |
| 37 | 04198103/0001-69 | 2031217626-0 | Dec 29 2003 | 978 | 56,850.00 | [BLANK] |
| 38 | 04198103/0001-69 | 2040039129-9 | Jan 26 2004 | 978 | 38,130.80 | [BLANK] |
| 39 | 04198103/0001-69 | 2040101944-6 | Feb 09 2004 | 220 | 56,344.20 | [BLANK] |
| 40 | 04198103/0001-69 | 2040188267-6 | Feb 22 2004 | 220 | 55,336.00 | [BLANK] |
| 41 | 04198103/0001-69 | 2040172646-0 | Mar 02 2004 | 220 | 45,950.20 | [BLANK] |

▶ **TOTAL UNSETTLED AMOUNT: USD 2,319,787.15** (Two Million Three Hundred And Nineteen Thousand Seven Hundred And Eighty-Seven US Dollars And Fifteen Cents)

IN WITNESS WHEREOF I HEREUNTO SIGN MY NAME AND AFFIX MY SEAL
THIS 4th DAY OF OCTOBER, 2005.
PEDRO VALLADAO CATUNDA

Fee: R$ 144,52
Receipt 00366






## PEDRO VALLADÃO CATUNDA
Tradutor Público e Intérprete Comercial - Idioma: inglês
Matr. na Junta Comercial do Estado de São Paulo JUCESP sob No. 1562
CPF 598.452.878/91 — RG 3.908.209/SSP-SP — CCM 19780
Tel/Fax (55 11) 4153-4317
E-mail: pcatunda@attglobal.net
End.: Al. Catanduva 77, A-4, Santana de Parnaíba, SP, CEP-06542-035



Tradução No. 661     Livro No. 04     Folha No.    00175

I, PEDRO VALLADAO CATUNDA, CERTIFIED PUBLIC TRANSLATOR, UNDERSIGNED, HEREBY CERTIFY THAT THE SWORN TRANSLATION INTO ENGLISH OF ORIGINAL DOCUMENT IN PORTUGUESE PRESENTED OFFICIALLY TO ME CONTAINING ONE (01) PAGE WITH BLANK REVERSE SIDE, IS AS FOLLOWS:

### [logo] CENTRAL BANK OF BRAZIL
#### EXCHANGE CONTROL ON IMPORTS

04.198.103 - PROCAPU Produtores de Camarues do Itapui Ltda.

► **EXPORT CONTRACTS CLOSED AND NOT APPLIED:**

|  | CNPJ/CPF # | BANK/CITY CODE # | CONTRACT # | TRANSACTION DATE: | CURRENCY CODE # | AMOUNT IN CURRENCY TO APPLY: | AMOUNT IN US DOLLARS TO APPLY: |
|---|---|---|---|---|---|---|---|
| 1 | 04198103/0001-69 | 06479/5885 | 02/024161 | Dec 02 2002 | 220 | 43,000.00 | 43,000.00 |
| 2 | 04198103/0001-69 | 07754/5885 | 02/029695 | Oct 08 2002 | 220 | 94,441.25 | 94,441.25 |
| 3 | 04198103/0001-69 | 06479/5885 | 03/008257 | Mar 05 2003 | 220 | 7,289.78 | 7,289.78 |
| 4 | 04198103/0001-69 | 05422/5885 | 03/019143 | Jun 13 2003 | 978 | 60,000.00 | 70,596.60 |
| 5 | 04198103/0001-69 | 06479/5885 | 03/020225 | May 25 2003 | 220 | 63,000.00 | 63,000.00 |
| 6 | 04198103/0001-69 | 06479/5885 | 03/027986 | Jul 17 2003 | 220 | 95,621.40 | 95,621.40 |
| 7 | 04198103/0001-69 | 06479/5885 | 03/033198 | Aug 18 2003 | 220 | 197.50 | 197.50 |
| 8 | 04198103/0001-69 | 06479/5885 | 03/034975 | Aug 28 2003 | 978 | 95,587.45 | 103,733.58 |
| 9 | 04198103/0001-69 | 06479/5885 | 03/036106 | Sep 03 2003 | 220 | 100,000.00 | 100,000.00 |
| 10 | 04198103/0001-69 | 06479/5885 | 03/036611 | Sep 05 2003 | 978 | 50,000.00 | 55,649.00 |
| 11 | 04198103/0001-69 | 06479/5885 | 03/040142 | Sep 09 2003 | 978 | 100,000.00 | 114,903.00 |
| 12 | 04198103/0001-69 | 06479/5885 | 03/041831 | Oct 02 2003 | 978 | 60,000.00 | 70,308.60 |
| 13 | 04198103/0001-69 | 06479/5885 | 03/042784 | Oct 08 2003 | 978 | 75,000.00 | 88,200.75 |
| 14 | 04198103/0001-69 | 06479/5885 | 03/044720 | Oct 17 2003 | 978 | 75,000.00 | 85,851.50 |
| 15 | 04198103/0001-69 | 06479/5885 | 03/050101 | Nov 18 2003 | 220 | 15,416.00 | 15,416.00 |
| 16 | 04198103/0001-69 | 06479/5885 | 03/052726 | Nov 25 2003 | 978 | 92,000.00 | 108,282.12 |
| 17 | 04198103/0001-69 | 05422/5885 | 04/008328 | Apr 06 2004 | 220 | 58,000.00 | 58,000.00 |
| 18 | 04198103/0001-69 | 05422/5885 | 04/000990 | Apr 23 2004 | 220 | 58,000.00 | 58,000.00 |
| 19 | 04198103/0001-69 | 06479/5885 | 04/013449 | Mar 05 2004 | 220 | 24,584.00 | 24,584.00 |
| 20 | 04198103/0001-69 | 06479/5885 | 04/024007 | Apr 29 2004 | 220 | 20,950.00 | 20,050.00 |
| 21 | 04198103/0001-69 | 06479/5885 | 04/024883 | Apr 30 2004 | 220 | 11,950.00 | 11,950.00 |

► **TOTAL UNSETTLED AMOUNT:** USD 1,301,901.08 (One Million Three Hundred And One Thousand Nine Hundred And One US Dollars And Eight Cents)

IN WITNESS WHEREOF I HEREUNTO SIGN MY NAME AND AFFIX MY SEAL
THIS 4th DAY OF OCTOBER, 2005.
PEDRO VALLADAO CATUNDA

Fee: R$ 101,61
Receipt 00366



# BANCO CENTRAL DO BRASIL

DECEC/GTREC/COAUT - 2005/238
0201172273

Recife(PE), 18 de maio de 2005.

À
PROCAPUI - PRODUTORES DE CAMAROES DE ICAPUI LTDA
AVENIDA SANTOS DUMONT 5335 SALA 809 PAPICU
60190-800 - FORTALEZA - CE

Assunto: Exportação – Irregularidades.

Prezados Senhores,

Com base em levantamento efetuado, constatamos que existem pendências cambiais de exportação de responsabilidade dessa empresa, conforme listagem(ens) anexa(s). O relatório atualizado de pendências poderá ser obtido por meio da Rede de Informações de Capitais Estrangeiros e Câmbio - RedeCEC, instituída pela Circular 3.206, de 30.10.2003, e Comunicado 11.564, de 03.11.2003, no endereço www.bcb.gov.br.

2. Diante do exposto, solicitamos o obséquio de regularizar as pendências atuando junto ao seu despachante e/ou ao(s) banco(s) interveniente(s) e informar-nos o que se apresentar a respeito do assunto, esclarecendo o motivo, quais a providências que foram adotadas e a previsão de solução de cada pendência.

3. A propósito, alertamos que a não observação ao disposto no item 2 acima no prazo de 30 (trinta) dias a partir do recebimento desta, poderá ensejar, sem out comunicação, o impedimento de contratar câmbio de exportação sem embarque prév e/ou emitir RE sem câmbio prévio.

4. Finalmente, informamos que estamos à disposição dessa empresa p quaisquer esclarecimentos adicionais, através dos telefones (81) 2125-4262, 21 4252 e 2125-4204 e fax (81) 2125-4271.

Atenciosamente,

DEPARTAMENTO DE CAPITAIS ESTRANGEIROS E CÂMBIO - DECEC
Gerência Técnica em Recife - GTREC/COAUT

Miguel Longo Neto
Coordenador

Gelis Zarzar Melo Marchesini
Analista

DECEC SIMONE
Rua da Aurora, 1258 - 5º andar - Santo Amaro

Fone: (81) 2125-4262 - Fax: (81) 212

## BANCO CENTRAL DO BRASIL
### CONTROLE CAMBIAL DE EXPORTAÇÃO

04.196.103 - PROCAPUI - PRODUTORES DE CAMAROES DE ICAPUI LTDA

**DESPACHOS DE EXPORTAÇÃO PENDENTES DE APLICAÇ**

| # | CNPJ/CPF | Despacho | Data Embarque | Moeda | Valor a Aplicar Moeda | Valor a Aplicar US$ | Consignaç |
|---|----------|----------|---------------|-------|----------------------|---------------------|-----------|
| 1 | 04.196.103/0001-69 | 2020932031-1 | 30/11/2002 | 220 | 129.575,35 | 129.575,35 | |
| 2 | 04.196.103/0001-69 | 2020943068-0 | 1/12/2002 | 220 | 11.005,00 | 11.005,00 | |
| 3 | 04.196.103/0001-69 | 2020945073-7 | 1/12/2002 | 220 | 38.033,95 | 38.033,95 | |
| 4 | 04.196.103/0001-69 | 2021032502-0 | 15/1/2003 | 220 | 22.272,00 | 22.272,00 | |
| 5 | 04.196.103/0001-69 | 2030050747-4 | 31/1/2003 | 220 | 28.086,46 | 28.086,46 | |
| 6 | 04.196.103/0001-69 | 2030172774-0 | 1/3/2003 | 220 | 3.416,69 | 3.416,69 | |
| 7 | 04.196.103/0001-69 | 2030215418-5 | 15/3/2003 | 220 | 46.545,50 | 46.545,50 | |
| 8 | 04.196.103/0001-69 | 2030252787-3 | 11/4/2003 | 220 | 9.971,60 | 9.971,60 | |
| 9 | 04.196.103/0001-69 | 2030312829-1 | 17/4/2003 | 220 | 19.831,00 | 19.831,00 | |
| 10 | 04.196.103/0001-69 | 2030339372-4 | 28/4/2003 | 220 | 95.167,00 | 95.167,00 | |
| 11 | 04.196.103/0001-69 | 2030353174-6 | 29/4/2003 | 220 | 45.253,20 | 45.253,20 | |
| 12 | 04.196.103/0001-69 | 2030393031-0 | 7/5/2003 | 220 | 8.356,00 | 8.356,00 | |
| 13 | 04.196.103/0001-69 | 2030404433-4 | 16/5/2003 | 220 | 164.268,90 | 164.268,90 | |
| 14 | 04.196.103/0001-69 | 2030435709-6 | 24/5/2003 | 220 | 38.742,00 | 38.742,00 | |
| 15 | 04.196.103/0001-69 | 2030436725-5 | 24/5/2003 | 220 | 174.725,00 | 174.725,00 | |
| 16 | 04.196.103/0001-69 | 2030464637-0 | 2/6/2003 | 220 | 67.167,40 | 67.167,40 | |
| 17 | 04.196.103/0001-69 | 2030464640-0 | 2/6/2003 | 220 | 70.746,00 | 70.746,00 | |
| 18 | 04.196.103/0001-69 | 2030469686-0 | 2/6/2003 | 978 | 7.073,45 | 8.325,77 | |
| 19 | 04.196.103/0001-69 | 2030488746-0 | 8/6/2003 | 220 | 106.188,00 | 106.188,00 | |
| 20 | 04.196.103/0001-69 | 2030493460-7 | 8/6/2003 | 220 | 84.630,20 | 84.630,20 | |
| 21 | 04.196.103/0001-69 | 2030515720-4 | 18/6/2003 | 220 | 40.000,00 | 40.000,00 | |
| 22 | 04.196.103/0001-69 | 2030516130-0 | 18/6/2003 | 220 | 73.840,00 | 73.840,00 | |
| 23 | 04.196.103/0001-69 | 2030534515-0 | 21/6/2003 | 220 | 79.448,00 | 79.448,00 | |
| 24 | 04.196.103/0001-69 | 2030565067-0 | 7/7/2003 | 220 | 88.030,20 | 88.030,20 | |
| 25 | 04.196.103/0001-69 | 2030629131-2 | 19/7/2003 | 220 | 90.828,20 | 90.828,20 | |
| 26 | 04.196.103/0001-69 | 2030629132-0 | 2/8/2003 | 220 | 88.677,00 | 88.677,00 | |
| 27 | 04.196.103/0001-69 | 2030672005-0 | 2/8/2003 | 220 | 27.535,00 | 27.535,00 | |
| 28 | 04.196.103/0001-69 | 2030779681-4 | 2/9/2003 | 978 | 11.856,00 | 12.989,38 | |
| 29 | 04.196.103/0001-69 | 2030800144-3 | 2/9/2003 | 978 | 9.244,40 | 10.114,76 | |
| 30 | 04.196.103/0001-69 | 2030827372-8 | 14/9/2003 | 978 | 30.871,98 | 34.521,74 | |
| 31 | 04.196.103/0001-69 | 2030864710-6 | 25/9/2003 | 978 | 47.736,00 | 54.648,96 | |
| 32 | 04.196.103/0001-69 | 2030684877-2 | 30/9/2003 | 220 | 71.910,80 | 71.910,80 | |
| 33 | 04.196.103/0001-69 | 2030690902-0 | 30/9/2003 | 220 | 44.179,50 | 44.179,50 | |
| 34 | 04.196.103/0001-69 | 2030937133-1 | 15/10/2003 | 978 | 763,34 | 862,89 | |
| 35 | 04.196.103/0001-69 | 2030988051-4 | 28/10/2003 | 220 | 89.185,00 | 89.185,00 | |
| 36 | 04.196.103/0001-69 | 2031115443-5 | 7/12/2003 | 220 | 64.809,00 | 64.809,00 | |
| 37 | 04.196.103/0001-69 | 2031217626-0 | 29/12/2003 | 978 | 56.650,00 | 70.346,84 | |
| 38 | 04.196.103/0001-69 | 2040099129-9 | 28/1/2004 | 978 | 39.130,00 | 47.569,27 | |
| 39 | 04.196.103/0001-69 | 2040101944-6 | 9/2/2004 | 220 | 56.344,20 | 56.344,20 | |
| 40 | 04.196.103/0001-69 | 2040188267-5 | 22/2/2004 | 220 | 65.335,00 | 65.335,00 | |
| 41 | 04.196.103/0001-69 | 2040172948-0 | 2/3/2004 | 220 | 45.850,20 | 45.850,20 | |

(*) Indicador de Exportação em Consignação

**Total Pendente US$:    2.319.787,15**

# BANCO CENTRAL DO BRASIL
## CONTROLE CAMBIAL DE EXPORTAÇÃO

### 04.198.103 - PROCAPUI - PRODUTORES DE CAMAROES DE ICAPUI LTDA

#### CONTRATOS DE EXPORTAÇÃO LIQUIDADOS E NÃO APLICADOS

| # | CNPJ/CPF | Banco/Praça | Contrato | Data Operação | Moeda | Valor a Aplicar Moeda | Valor a Aplicar US$ |
|---|---|---|---|---|---|---|---|
| 1 | 04.198.103/0001-69 | 06.479/5885 | 02/024161 | 3/12/2002 | 220 | 43.000,00 | 43.000,00 |
| 2 | 04.198.103/0001-69 | 07.744/5885 | 02/029686 | 8/10/2002 | 220 | 94.441,25 | 94.441,25 |
| 3 | 04.198.103/0001-69 | 06.479/5885 | 03/008257 | 5/3/2003 | 220 | 7.289,78 | 7.289,78 |
| 4 | 04.198.103/0001-69 | 05.422/5885 | 03/015143 | 13/6/2003 | 978 | 60.000,00 | 70.596,60 |
| 5 | 04.198.103/0001-69 | 06.479/5885 | 03/020225 | 23/6/2003 | 220 | 63.000,00 | 63.000,00 |
| 6 | 04.198.103/0001-69 | 06.479/5885 | 03/027986 | 17/7/2003 | 220 | 95.621,40 | 95.621,40 |
| 7 | 04.198.103/0001-69 | 06.479/5885 | 03/033188 | 18/8/2003 | 220 | 197,50 | 197,50 |
| 8 | 04.198.103/0001-69 | 06.479/5885 | 03/034975 | 28/8/2003 | 978 | 95.387,45 | 103.739,58 |
| 9 | 04.198.103/0001-69 | 06.479/5885 | 03/036106 | 3/9/2003 | 220 | 100.000,00 | 100.000,00 |
| 10 | 04.198.103/0001-69 | 06.479/5885 | 03/036611 | 5/9/2003 | 978 | 60.000,00 | 65.649,00 |
| 11 | 04.198.103/0001-69 | 06.479/5885 | 03/040142 | 25/9/2003 | 978 | 100.000,00 | 114.903,00 |
| 12 | 04.198.103/0001-69 | 06.479/5885 | 03/041691 | 2/10/2003 | 978 | 60.000,00 | 70.309,80 |
| 13 | 04.198.103/0001-69 | 06.479/5885 | 03/042784 | 8/10/2003 | 978 | 75.000,00 | 88.200,75 |
| 14 | 04.198.103/0001-69 | 06.479/5885 | 03/044720 | 17/10/2003 | 978 | 75.000,00 | 86.851,50 |
| 15 | 04.198.103/0001-69 | 06.479/5885 | 03/051181 | 18/11/2003 | 220 | 15.416,00 | 15.416,00 |
| 16 | 04.198.103/0001-69 | 06.479/5885 | 03/052725 | 25/11/2003 | 978 | 92.000,00 | 108.202,12 |
| 17 | 04.198.103/0001-69 | 05.422/5885 | 04/009320 | 8/4/2004 | 220 | 58.000,00 | 58.000,00 |
| 18 | 04.198.103/0001-69 | 05.422/5885 | 04/010990 | 23/4/2004 | 220 | 50.000,00 | 50.000,00 |
| 19 | 04.198.103/0001-69 | 06.479/5885 | 04/013449 | 5/3/2004 | 220 | 24.584,00 | 24.584,00 |
| 20 | 04.198.103/0001-69 | 06.479/5885 | 04/024007 | 28/4/2004 | 220 | 29.950,00 | 29.950,00 |
| 21 | 04.198.103/0001-69 | 06.479/5885 | 04/024883 | 30/4/2004 | 220 | 11.950,00 | 11.950,00 |

**Total Pendente US$: 1.301.901,08**

# *HULDA CHAVES LENZ CÉSAR*
**Tradutora Pública Juramentada**
Rua: Teatrólogo Silvano Serra, 351- casa 17
Papicu – Dunas 60.181.530
Fortaleza – Ceará – Telefone (085)3262.3081

## RECIBO

### R$86,00

Recebi do Sr. JOZEF ANAVIAN a importância supra de R$86,00 (OITENTA E SEIS REAIS), correspondente à VERSÃO do PORTUGUÊS para o INGLÊS de documento de seu interesse, a saber

Tradução nº 596/2006............................................................................R$ 86,00

Emolumentos estabelecidos conforme Portaria 017/2006 da Junta Comercial do Estado do Ceará.

Fortaleza, 06 de SETEMBRO de 2006

*Hulda Chaves Lenz Cesar*
Hulda Chaves Lenz Cesar

Tradutora Pública e Intérprete Comercial

ISS – PMF154990-1/ INSS – 11645203705 / CPF 000175663-04