

# PEDRO VALLADÃO CATUNDA
Tradutor Público e Intérprete Comercial – Idioma: Inglês
Matr. na Junta Comercial do Estado de São Paulo JUCESP sob. No. 1562
CPF 688.462.878/91 — RG 3.908.209/SSP-SP — CCM 19760
Tel/Fax: (55 11) 4153-4317
E-mail: pcatunda@attglobal.net
End.: Al. Catanduva 77, A-4, Santana de Parnaíba, SP, CEP-06542-035



Tradução No. 652   Livro No. 04   Folha No. 00166

I, PEDRO VALLADAO CATUNDA, CERTIFIED PUBLIC TRANSLATOR, UNDERSIGNED, HEREBY CERTIFY THAT THE SWORN TRANSLATION INTO ENGLISH OF DOCUMENT IN PORTUGUESE PRESENTED OFFICIALLY TO ME CONTAINING ONE (01) PAGE IS AS FOLLOWS:

---

[ Logo ] **PROCAPUI BRAVO**
"THE NOBILITY OF THE SEA"   CEP-06.305.829-0
Registration in Brazil's Internal Revenue Service Under # CNPJ-04199103/0008-66
**EXPORT DEPARTMENT • DOCUMENT CONTROL**

**FORTALEZA CITY, AUGUST 31, 2005**
**REPORT ON SHIPMENTS WITH PENDING APPLICATIONS ON A PER-IMPORTER BASIS: IMPORTER - B. F. HIGGINS**

| # | Instruction | Shipment Date | Invoice No. | Unsettled Principal Amount in US Dollars | Number Of Days In Arrears | Contractual Interest (12% per year) | Principal Amount Plus Interest | Current Debt in US Dollars (PTAX Official Exchange Rate 2.3025) |
|---|---|---|---|---|---|---|---|---|
| 1 | 2030312829-1 | 17/04/2003 | CM-013/03 | USD 12,341.22 | 777 | USD 4,794.56 | USD 17,135.78 | R$ 40,450.14 |
| 2 | 2030359972-4 | 25/04/2003 | CM-014/03 | USD 65,167.00 | 768 | USD 25,544.15 | USD 90,711.15 | R$ 311,220.22 |
| 3 | 2030358174-5 | 29/04/2003 | CM-015/03 | USD 45,253.20 | 765 | USD 17,308.35 | USD 62,562.55 | R$ 147,828.05 |
| 4 | 2030383031-0 | 07/05/2003 | CL-001/03 | USD 6,256.00 | 757 | USD 3,662.75 | USD 9,918.75 | R$ 27,217.64 |
| 5 | 2030404459-4 | 15/05/2003 | CL-002/03 | USD 164,268.00 | 749 | USD 61,436.23 | USD 225,704.23 | R$ 598,566.53 |
| 6 | 2030435726-5 | 24/05/2003 | CL-003/03 | USD 148,467.00 | 740 | USD 54,852.79 | USD 203,359.79 | R$ 456,013.36 |
| 7 | 2030464837-0 | 02/06/2003 | CM-018/03 | USD 57,167.40 | 731 | USD 24,548.60 | USD 81,717.98 | R$ 216,718.80 |
| 8 | 2030464840-0 | 02/06/2003 | CL-004/03 | USD 70,748.00 | 731 | USD 25,858.39 | USD 96,606.39 | R$ 228,271.25 |
| 9 | 2030488748-0 | 08/06/2003 | CL-005/03 | USD 108,188.00 | 725 | USD 39,218.16 | USD 147,406.15 | R$ 346,305.99 |
| 10 | 2030493488-7 | 08/06/2003 | CM-019/03 | USD 84,630.20 | 725 | USD 30,678.45 | USD 115,308.65 | R$ 272,462.80 |
| 11 | 2030516726-4 | 15/06/2003 | CM-020/03 | USD 40,000.00 | 717 | USD 14,340.00 | USD 54,340.00 | R$ 128,399.93 |
| 12 | 2030516130-0 | 15/06/2003 | CL-006/03 | USD 73,840.00 | 717 | USD 26,398.94 | USD 100,039.84 | R$ 236,354.37 |
| 13 | 2030554515-0 | 21/06/2003 | CM-021/03 | USD 79,448.00 | 712 | USD 28,283.49 | USD 107,731.49 | R$ 254,558.73 |
| 14 | 2030585067-0 | 07/07/2003 | CM-022/03 | USD 88,030.20 | 696 | USD 30,634.51 | USD 118,694.71 | R$ 280,397.84 |
| 15 | 2030629138-0 | 02/08/2003 | CM-024/03 | USD 63,681.80 | 670 | USD 28,023.40 | USD 91,765.20 | R$ 263,371.86 |
| 16 | 2030654877-2 | 30/08/2003 | CM-025/03 | USD 71,713.30 | 611 | USD 21,898.41 | USD 93,621.71 | R$ 221,218.75 |
| 17 | 2030880802-0 | 30/09/2003 | CM-027/03 | USD 44,770.60 | 611 | USD 13,486.87 | USD 57,676.47 | R$ 132,263.73 |
| 18 | 2030960851-4 | 28/10/2003 | CM-028/03 | USD 68,185.00 | 585 | USD 20,236.61 | USD 88,421.61 | R$ 211,294.33 |
| 19 | 2031119443-5 | 07/12/2003 | CM-029/03 | USD 48,463.00 | 543 | USD 13,437.35 | USD 62,850.35 | R$ 148,698.12 |
| 20 | 2040101944-5 | 09/12/2004 | CM-001/04 | USD 56,344.20 | 478 | USD 12,484.44 | USD 68,838.64 | R$ 165,021.71 |
| 21 | 2040172846-0 | 02/03/2004 | CM-002/04 | USD 45,856.20 | 457 | USD 10,476.77 | USD 56,326.87 | R$ 133,085.88 |
| | ➤ **TOTAL - B. F. Higgins:** | | | USD 1,506,161.32 | | USD 519,226.29 | USD 2,025,377.60 | R$ 4,765,754.72 |

[ Illegible Signature ]
**MICHAEL OLIVEIRA DONNELLY**
Registered in Brazil's Internal Revenue
Service under No. CPF-80330933-68
**DOCUMENT CONTROL**

Note # 1: Days in arrears counted commencing ninety (90) days after shipment date consistent with payment terms set forth in each export invoice.

Note # 2: Stipulated Contractual Interest Rate of 12 percent per year.

Av. Santos Dumont 5335 - Sala 808 - Papicu - Fortaleza - Ceará - Brasil - CEP 60190-906   •   Phone: +(55) 85 3264-3934

---

IN WITNESS WHEREOF I HEREUNTO SIGN MY NAME AND AFFIX MY SEAL THIS 10th DAY OF SEPTEMBER, 2005.
PEDRO VALLADÃO CATUNDA

Fee: R$ 151.14
Receipt 00359






**PROCAPUI**
THE NOBILITY OF THE SEA

CNPJ: 04.198.103/0001-69   CGF: 06.305.020-0

Setor de exportação
- Controle de documentos

RELATÓRIO, POR IMPORTADOR, DE DESPACHOS PENDENTES DE APLICAÇÃO COM ATUALIZAÇÃO MONETÁRIA

Fortaleza, 31 de agosto de 2005.

IMPORTADOR: G. F. HIGGINS

| | Despacho | Data Embarque | Fatura nro. | Valor Pendente | | Dias em Atraso | Juros (18% a.a.) | | Principal + Juros | | Valor em R$ Atual (PTAX 2.3629) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 2030312820-1 | 17/4/2003 | CM-013/03 | USD | 12.341,22 | 777 | USD | 4.794,56 | USD | 17.135,78 | R$ | 40.490,14 |
| 2 | 2030339972-4 | 29/4/2003 | CM-014/03 | USD | 95.167,00 | 766 | USD | 36.544,13 | USD | 131.711,13 | R$ | 311.220,22 |
| 3 | 2030353174-6 | 29/4/2003 | CM-015/03 | USD | 45.253,20 | 765 | USD | 17.309,35 | USD | 62.562,55 | R$ | 147.829,05 |
| 4 | 2030383031-0 | 7/5/2003 | CL-001/03 | USD | 8.356,00 | 757 | USD | 3.162,75 | USD | 11.518,75 | R$ | 27.217,64 |
| 5 | 2030404453-4 | 16/5/2003 | CL-002/03 | USD | 164.268,00 | 748 | USD | 61.436,23 | USD | 225.704,23 | R$ | 533.316,93 |
| 6 | 2030436726-6 | 24/5/2003 | CL-003/03 | USD | 148.467,00 | 740 | USD | 54.932,75 | USD | 203.399,79 | R$ | 480.813,30 |
| 7 | 2030454837-0 | 2/6/2003 | CM-018/03 | USD | 67.167,40 | 731 | USD | 24.549,68 | USD | 91.717,08 | R$ | 216.719,30 |
| 8 | 2030454840-0 | 2/6/2003 | CL-004/03 | USD | 70.748,00 | 731 | USD | 25.858,39 | USD | 96.606,39 | R$ | 228.271,25 |
| 9 | 2030488743-0 | 8/6/2003 | CL-005/03 | USD | 108.188,00 | 725 | USD | 39.218,15 | USD | 147.406,15 | R$ | 348.303,99 |
| 10 | 2030493460-7 | 8/6/2003 | CM-019/03 | USD | 84.680,20 | 725 | USD | 30.678,45 | USD | 115.358,65 | R$ | 272.462,80 |
| 11 | 2030515725-4 | 18/6/2003 | CM-020/03 | USD | 40.000,00 | 714 | USD | 14.340,08 | USD | 54.340,08 | R$ | 128.398,59 |
| 12 | 2030516190-0 | 18/6/2003 | CL-006/03 | USD | 73.640,00 | 717 | USD | 26.399,94 | USD | 100.039,94 | R$ | 235.384,27 |
| 13 | 2030534515-0 | 21/6/2003 | CM-021/03 | USD | 71.449,00 | 713 | USD | 26.285,49 | USD | 101.731,49 | R$ | 204.506,75 |
| 14 | 2030565067-0 | 7/7/2003 | CM-022/03 | USD | 80.030,20 | 696 | USD | 30.634,51 | USD | 110.664,71 | R$ | 260.392,84 |
| 15 | 2030628138-0 | 2/8/2003 | CM-024/03 | USD | 83.681,80 | 670 | USD | 28.033,40 | USD | 111.715,20 | R$ | 263.971,85 |
| 16 | 2030664877-2 | 30/9/2003 | CM-026/03 | USD | 71.713,30 | 611 | USD | 21.908,41 | USD | 93.621,71 | R$ | 221.218,75 |
| 17 | 2030690902-0 | 30/9/2003 | CM-027/03 | USD | 44.179,60 | 611 | USD | 13.496,87 | USD | 57.676,47 | R$ | 136.283,73 |
| 18 | 2030968051-4 | 26/10/2003 | CM-028/03 | USD | 69.185,00 | 585 | USD | 20.236,61 | USD | 89.421,61 | R$ | 211.294,33 |
| 19 | 2031119443-5 | 7/12/2003 | CM-029/03 | USD | 49.493,00 | 543 | USD | 13.437,35 | USD | 62.930,35 | R$ | 148.698,12 |
| 20 | 2040191944-5 | 9/2/2004 | CM-001/04 | USD | 56.344,20 | 479 | USD | 13.494,44 | USD | 69.838,64 | R$ | 165.021,71 |
| 21 | 2040172946-0 | 2/3/2004 | CM-002/04 | USD | 45.850,20 | 457 | USD | 10.476,77 | USD | 56.326,97 | R$ | 133.095,00 |
| | TOTAL G.F. HIGGINS >>>>> | | | USD | 1.506.151,32 | | USD | 519.226,28 | USD | 2.025.377,60 | R$ | 4.785.764,72 |

Obs 1: Dias de atraso contados após 90 dias da data de embarque, de acordo com o prazo para pagamento que consta nas faturas de exportação.
Obs 2: Taxa de juros aplicada de 18% ao ano, conforme contrato assinado entre as partes

Michael O. Donnelly
CPF: 803.301.933-68
Controle de Documentos

Av. Santos Dumont, 5335 - sala 809 - Papicu
Fortaleza - Ceará - Brasil - CEP: 60.190-800
Fone: +55 85 3264 3634