| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to |
|---|---|---|---|---|---|---|
| 239 | 9/20/2002 | Higgins | Anavian | | | $60,000.00 |
| 7 | 1/16/2003 | Higgins | Anavian | | | $100,000.00 |
| 8 | 5/9/2003 | Higgins | Anavian | x | | $50,000.00 |
| 9 | 5/12/2003 | Higgins | Anavian | | | $50,000.00 |
| 10 | 5/12/2004 | Higgins | Anavian | x | | $50,000.00 |
| 11 | 6/20/2003 | Higgins | Clamyer | x | | $50,000.00 |
| 12 | 5/5/2003 | Higgins | Clamyer | | | $50,000.00 |
| 13 | 5/23/2003 | Higgins | Flammang | x | | $7,000.00 |
| 119 | 9/23/2003 | Tansy | Higgins | | $20,000.00 | |
| 120 | 12/31/2002 | Tansy | Higgins | x | $20,000.00 | |
| 121 | 3/31/2003 | Van Pelt | Higgins | x | $100,000.00 | |
| 122 | 6/25/2002 | Anavian | Higgins | x | $75,000.00 | |
| 125 | 7/1/2002 | Encore | Higgins | x | $32,000.00 | |
| 126 | 9/27/2002 | Anavian | Higgins | x | $50,000.00 | |
| 127 | 11/1/2002 | Anavian | Higgins | x | $60,000.00 | |
| 107 | 3/31/2003 | Lederman | Higgins | x | $100,000.00 | |
| 109 | 12/31/2002 | Rita | Higgins | x | $17,500.00 | |
| 110 | 1/3/2002 | Star | Higgins | x | $44,813.96 | |
| 111 | 3/21/2002 | Star | Higgins | x | $24,694.00 | |
| 112 | 6/26/2002 | Star | Higgins | x | $100,000.00 | |
| 113 | 9/26/2003 | Tansy | Higgins | | $80,000.00 | |
| 114 | 2/26/2003 | Tansy | Higgins | | $100,000.00 | |
| 115 | 6/12/2003 | Tansy | Higgins | x | $22,000.00 | |
| 116 | 9/3/2003 | Tansy | Higgins | | $50,000.00 | |
| 117 | 9/4/2003 | Tansy | Higgins | | $85,000.00 | |
| 118 | 9/9/2003 | Tansy | Higgins | | $60,000.00 | |
| 1 | 6/28/2004 | Anavian | Higgins | | $15,000.00 | |
| 2 | 12/5/2002 | Anavian | Higgins | x | $50,000.00 | |
| 3 | 12/11/2002 | Anavian | Higgins | x | $43,000.00 | |
| 4 | 12/27/2002 | Anavian | Higgins | x | $75,000.00 | |
| 5 | 12/31/2002 | Anavian | Higgins | x | $7,500.00 | |
| 6 | 10/18/2004 | Clamyer | Higgins | | $50,000.00 | |
| 129 | 12/31/2002 | Lespan | Higgins | x | $30,000.00 | |
| 130 | 2/28/2003 | Lederman | Higgins | | $50,000.00 | |
| 131 | 4/28/2003 | Clamyer | Higgins | x | $50,000.00 | |
| 132 | 7/30/2003 | Tansy | Higgins | | $200,000.00 | |
| 133 | 9/19/2003 | Tansy | Higgins | | $60,000.00 | |
| 138 | 4/2/2001 | Higgins | Leyla | | | $3,000.00 |
| 139 | 4/23/2001 | Higgins | Leyla | | | $5,000.00 |
| 14 | 11/4/2004 | Higgins | Nash | x | | $40,000.00 |
| 15 | 12/2/2004 | Higgins | Nash | | | $5,000.00 |
| 252 | 5/15/2003 | Higgins | Piero | x | | $50,000.00 |
| 17 | 3/15/2003 | Higgins | Piero | | | $50,000.00 |
| 251 | 5/14/2003 | Higgins | Piero | x | | $50,000.00 |
| 254 | 1/21/2003 | Higgins | Procapui | | | |
| 255 | 5/15/2003 | Higgins | Procapui | | | |

| Received by Prod | Amount |
|---|---|
| | $60,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $7,000.00 |
| | $20,000.00 |
| | $20,000.00 |
| | $100,000.00 |
| | $75,000.00 |
| | $32,000.00 |
| | $50,000.00 |
| | $60,000.00 |
| | $100,000.00 |
| | $17,500.00 |
| | $44,813.96 |
| | $24,694.00 |
| | $100,000.00 |
| | $80,000.00 |
| | $100,000.00 |
| | $22,000.00 |
| | $50,000.00 |
| | $85,000.00 |
| | $60,000.00 |
| | $15,000.00 |
| | $50,000.00 |
| | $43,000.00 |
| | $75,000.00 |
| | $7,500.00 |
| | $50,000.00 |
| | $30,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $200,000.00 |
| | $60,000.00 |
| | $3,000.00 |
| | $5,000.00 |
| | $40,000.00 |
| | $5,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| $100,000.00 | $100,000.00 |
| $75,000.00 | $75,000.00 |

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to |
|---|---|---|---|---|---|---|
| 256 | 5/17/2003 | Higgins | Procapui | | | |
| 257 | 5/23/2003 | Higgins | Procapui | | | |
| 258 | 5/23/2003 | Higgins | Procapui | | | |
| 259 | 6/6/2003 | Higgins | Procapui | | | |
| 261 | 12/8/2003 | Higgins | Procapui | x | | |
| 277 | 12/12/2002 | Higgins | Procapui | x | | $60,000.00 |
| 278 | 12/16/2002 | Higgins | Procapui | x | | $100,000.00 |
| 175 | 7/18/2002 | Higgins | Procapui | | | |
| 176 | 7/16/2002 | Higgins | Procapui | x | | |
| 177 | 7/10/2002 | Higgins | Procapui | x | | |
| 178 | 7/9/2002 | Higgins | Procapui | x | | |
| 179 | 7/8/2002 | Higgins | Procapui | x | | |
| 180 | 7/3/2002 | Higgins | Procapui | x | | |
| 181 | 12/9/2002 | Higgins | Procapui | x | | |
| 182 | 7/2/2002 | Higgins | Procapui | x | | |
| 183 | 6/27/2002 | Higgins | Procapui | x | | |
| 185 | 6/24/2002 | Higgins | Procapui | x | | |
| 186 | 6/17/2002 | Higgins | Procapui | x | | |
| 187 | 6/13/2002 | Higgins | Procapui | x | | |
| 188 | 6/12/2002 | Higgins | Procapui | x | | |
| 189 | 6/2/2002 | Higgins | Procapui | | | |
| 191 | 5/30/2002 | Higgins | Procapui | x | | |
| 194 | 5/21/2002 | Higgins | Procapui | x | | |
| 195 | 5/16/2002 | Higgins | Procapui | x | | |
| 197 | 5/14/2002 | Higgins | Procapui | x | | |
| 198 | 5/14/2002 | Higgins | Procapui | x | | |
| 199 | 5/9/2002 | Higgins | Procapui | | | |
| 200 | 5/2/2002 | Higgins | Procapui | | | |
| 201 | 4/23/2002 | Higgins | Procapui | | | |
| 203 | 12/11/2002 | Higgins | Procapui | x | | |
| 204 | 3/7/2002 | Higgins | Procapui | x | | |
| 205 | 3/19/2002 | Higgins | Procapui | x | | |
| 206 | 3/19/2002 | Higgins | Procapui | x | | |
| 208 | 3/22/2002 | Higgins | Procapui | x | | |
| 212 | 2/12/2002 | Higgins | Procapui | | | |
| 84 | 11/22/2002 | Higgins | Procapui | x | | |
| 85 | 11/7/2002 | Higgins | Procapui | x | | |
| 213 | 2/16/2002 | Higgins | Procapui | | | |
| 215 | 2/18/2002 | Higgins | Procapui | | | |
| 222 | 11/8/2002 | Higgins | Procapui | x | | |
| 225 | 11/19/2002 | Higgins | Procapui | x | | |
| 227 | 10/1/2002 | Higgins | Procapui | x | | |
| 228 | 10/2/2002 | Higgins | Procapui | x | | |
| 230 | 10/8/2002 | Higgins | Procapui | x | | |
| 231 | 10/9/2002 | Higgins | Procapui | x | | |
| 232 | 10/16/2002 | Higgins | Procapui | x | | |

| Received by Prod | Amount |
|---|---|
| $50,000.00 | $50,000.00 |
| $63,000.00 | $63,000.00 |
| $90,000.00 | $90,000.00 |
| $35,000.00 | $35,000.00 |
| $100,000.00 | $100,000.00 |
| $60,000.00 | $60,000.00 |
| $100,000.00 | $100,000.00 |
| $50,000.00 | $50,000.00 |
| $50,000.00 | $50,000.00 |
| $25,000.00 | $25,000.00 |
| $100,000.00 | $100,000.00 |
| $125,000.00 | $125,000.00 |
| $100,000.00 | $100,000.00 |
| $75,000.00 | $75,000.00 |
| $100,000.00 | $100,000.00 |
| $75,000.00 | $75,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $135,000.00 | $135,000.00 |
| $80,000.00 | $80,000.00 |
| $100,000.00 | $100,000.00 |
| $7,086.10 | $7,086.10 |
| $100,000.00 | $100,000.00 |
| $75,000.00 | $75,000.00 |
| $60,000.00 | $60,000.00 |
| $50,000.00 | $50,000.00 |
| $50,000.00 | $50,000.00 |
| $83,816.20 | $83,816.20 |
| $100,000.00 | $100,000.00 |
| $125,000.00 | $125,000.00 |
| $60,000.00 | $60,000.00 |
| $30,000.00 | $30,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $50,000.00 | $50,000.00 |
| $50,000.00 | $50,000.00 |
| $5,000.00 | $5,000.00 |
| $200,000.00 | $200,000.00 |
| $60,000.00 | $60,000.00 |
| $165,000.00 | $165,000.00 |
| $135,000.00 | $135,000.00 |
| $50,000.00 | $50,000.00 |

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to |
|---|---|---|---|---|---|---|
| 233 | 10/21/2002 | Higgins | Procapui | | | |
| 237 | 9/27/2002 | Higgins | Procapui | x | | |
| 238 | 9/20/2002 | Higgins | Procapui | x | | |
| 240 | 9/12/2002 | Higgins | Procapui | x | | |
| 241 | 9/5/2002 | Higgins | Procapui | x | | |
| 242 | 9/3/2002 | Higgins | Procapui | x | | |
| 243 | 8/28/2002 | Higgins | Procapui | x | | |
| 244 | 12/3/2002 | Higgins | Procapui | x | | |
| 245 | 8/27/2002 | Higgins | Procapui | x | | |
| 246 | 8/23/2002 | Higgins | Procapui | x | | |
| 247 | 8/22/2002 | Higgins | Procapui | x | | |
| 248 | 8/21/2002 | Higgins | Procapui | x | | |
| 18 | 1/2/2003 | Higgins | Procapui | x | | |
| 19 | 1/3/2003 | Higgins | Procapui | x | | |
| 20 | 1/7/2003 | Higgins | Procapui | | | |
| 21 | 1/13/2003 | Higgins | Procapui | | | |
| 22 | 1/22/2003 | Higgins | Procapui | | | |
| 23 | 2/3/2003 | Higgins | Procapui | | | |
| 24 | 2/19/2003 | Higgins | Procapui | | | |
| 25 | 3/5/2003 | Higgins | Procapui | x | | |
| 26 | 3/10/2003 | Higgins | Procapui | x | | |
| 27 | 3/13/2003 | Higgins | Procapui | | | |
| 28 | 4/2/2003 | Higgins | Procapui | x | | |
| 29 | 5/5/2003 | Higgins | Procapui | | | |
| 30 | 5/8/2003 | Higgins | Procapui | | | |
| 31 | 5/12/2003 | Higgins | Procapui | | | |
| 32 | 10/30/2002 | Higgins | Procapui | x | | |
| 33 | 5/14/2003 | Higgins | Procapui | | | |
| 36 | 10/6/2002 | Higgins | Procapui | | | |
| 37 | 10/7/2002 | Higgins | Procapui | x | | |
| 38 | 10/10/2002 | Higgins | Procapui | x | | |
| 39 | 10/16/2002 | Higgins | Procapui | x | | |
| 40 | 10/18/2002 | Higgins | Procapui | x | | |
| 41 | 10/21/2002 | Higgins | Procapui | x | | |
| 42 | 10/23/2002 | Higgins | Procapui | x | | |
| 44 | 11/1/2002 | Higgins | Procapui | x | | |
| 45 | 11/8/2002 | Higgins | Procapui | x | | |
| 47 | 11/1/2002 | Higgins | Procapui | x | | |
| 48 | 11/12/2002 | Higgins | Procapui | x | | |
| 49 | 11/13/2002 | Higgins | Procapui | x | | |
| 50 | 11/18/2002 | Higgins | Procapui | x | | |
| 51 | 11/20/2002 | Higgins | Procapui | x | | |
| 53 | 11/4/2002 | Higgins | Procapui | x | | |
| 55 | 12/2/2002 | Higgins | Procapui | x | | |
| 56 | 6/16/2003 | Higgins | Procapui | x | | |
| 57 | 7/17/2003 | Higgins | Procapui | x | | |

| Received by Prod | Amount |
|---|---|
| $30,000.00 | $30,000.00 |
| $50,000.00 | $50,000.00 |
| $50,000.00 | $50,000.00 |
| $75,000.00 | $75,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $75,000.00 | $75,000.00 |
| $43,000.00 | $43,000.00 |
| $50,000.00 | $50,000.00 |
| $75,000.00 | $75,000.00 |
| $75,000.00 | $75,000.00 |
| $75,000.00 | $75,000.00 |
| $30,500.00 | $30,500.00 |
| $65,000.00 | $65,000.00 |
| $50,000.00 | $50,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $50,000.00 | $50,000.00 |
| $20,000.00 | $20,000.00 |
| $60,000.00 | $60,000.00 |
| $50,000.00 | $50,000.00 |
| $150,000.00 | $150,000.00 |
| $100,000.00 | $100,000.00 |
| $50,000.00 | $50,000.00 |
| $70,000.00 | $70,000.00 |
| $50,000.00 | $50,000.00 |
| $10,000.00 | $10,000.00 |
| $60,000.00 | $60,000.00 |
| $75,000.00 | $75,000.00 |
| $135,000.00 | $135,000.00 |
| $120,000.00 | $120,000.00 |
| $70,000.00 | $70,000.00 |
| $50,000.00 | $50,000.00 |
| $100,000.00 | $100,000.00 |
| $140,000.00 | $140,000.00 |
| $100,000.00 | $100,000.00 |
| $120,000.00 | $120,000.00 |
| $100,000.00 | $100,000.00 |
| $50,000.00 | $50,000.00 |
| $50,000.00 | $50,000.00 |
| $50,000.00 | $50,000.00 |
| $100,000.00 | $100,000.00 |
| $150,000.00 | $150,000.00 |
| $50,000.00 | $50,000.00 |
| $100,000.00 | $100,000.00 |

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to |
|---|---|---|---|---|---|---|
| 58 | 7/2/2003 | Higgins | Procapui | x | | |
| 59 | 7/7/2003 | Higgins | Procapui | x | | |
| 61 | 8/18/2003 | Higgins | Procapui | x | | |
| 62 | 8/6/2003 | Higgins | Procapui | x | | |
| 64 | 10/4/2002 | Higgins | Procapui | x | | |
| 72 | 10/26/2002 | Higgins | Procapui | | | |
| 135 | 10/15/2001 | Higgins | Procapui | | | |
| 140 | 10/5/2001 | Higgins | Procapui | | | |
| 141 | 5/16/2001 | Higgins | Procapui | | | |
| 142 | 5/29/2001 | Higgins | Procapui | | | |
| 143 | 6/26/2001 | Higgins | Procapui | | | |
| 144 | 7/3/2001 | Higgins | Procapui | | | |
| 145 | 7/17/2001 | Higgins | Procapui | | | |
| 146 | 8/2/2001 | Higgins | Procapui | | | |
| 147 | 9/27/2001 | Higgins | Procapui | | | |
| 166 | 6/6/2002 | Higgins | Procapui | x | | |
| 167 | 8/1/2002 | Higgins | Procapui | x | | |
| 169 | 7/25/2001 | Higgins | Procapui | | | |
| 170 | 12/5/2002 | Higgins | Procapui | x | | |
| 171 | 7/26/2002 | Higgins | Procapui | x | | |
| 172 | 7/23/2002 | Higgins | Procapui | x | | |
| 173 | 7/18/2002 | Higgins | Procapui | x | | |
| 174 | 7/17/2002 | Higgins | Procapui | x | | |
| 148 | 4/2/2001 | Higgins | RIMIJO | | | $3,600.00 |
| 149 | 5/23/2001 | Higgins | RIMIJO | | | $5,500.00 |
| 87 | 1/2/2003 | Higgins | Rita | x | $17,500.00 | |
| 184 | 6/25/2002 | Higgins | Star | x | | $100,000.00 |
| 190 | 6/4/2002 | Higgins | Star | x | | $50,000.00 |
| 193 | 5/22/2002 | Higgins | Star | | | $100,000.00 |
| 196 | 5/14/2002 | Higgins | Star | x | | $100,000.00 |
| 202 | 4/10/2002 | Higgins | Star | | | $100,000.00 |
| 207 | 3/19/2002 | Higgins | Star | | | $50,000.00 |
| 209 | 2/11/2002 | Higgins | Star | x | | $100,000.00 |
| 210 | 2/2/2002 | Higgins | Star | x | | $50,000.00 |
| 211 | 2/25/2002 | Higgins | Star | x | | $100,000.00 |
| 218 | 1/22/2002 | Higgins | Star | x | | $120,282.00 |
| 134 | 10/16/2001 | Higgins | Star | | | $50,000.00 |
| 137 | 10/5/2001 | Higgins | Star | | | $100,000.00 |
| 150 | 5/23/2001 | Higgins | Star | | | $4,950.20 |
| 151 | 8/2/2001 | Higgins | Star | | | $30,610.00 |
| 152 | 10/1/2001 | Higgins | Star | | | $100,000.00 |
| 154 | 11/1/2001 | Higgins | Star | | | $100,000.00 |
| 155 | 11/8/2001 | Higgins | Star | | | $100,000.00 |
| 164 | 1/11/2002 | Higgins | Star | x | | $150,000.00 |
| 262 | 1/3/2003 | Higgins | Tansy | x | | $60,000.00 |
| 263 | 1/31/2003 | Higgins | Tansy | | | $100,000.00 |

| Received by Prod | Amount |
|---|---|
| $100,000.00 | $100,000.00 |
| $100,000.00 | $100,000.00 |
| $80,000.00 | $80,000.00 |
| $50,000.00 | $50,000.00 |
| $100,000.00 | $100,000.00 |
| $50,000.00 | $50,000.00 |
| $150,000.00 | $150,000.00 |
| $100,000.00 | $100,000.00 |
| $200,000.00 | $200,000.00 |
| $46,630.00 | $46,630.00 |
| $50,000.00 | $50,000.00 |
| $43,145.40 | $43,145.40 |
| $16,368.00 | $16,368.00 |
| $71,770.00 | $71,770.00 |
| $100,000.00 | $100,000.00 |
| $100,000.00 | $110,000.00 |
| $245,000.00 | $245,000.00 |
| $100,000.00 | $100,000.00 |
| $40,000.00 | $40,000.00 |
| $50,000.00 | $50,000.00 |
| $100,000.00 | $100,000.00 |
| $60,000.00 | $60,000.00 |
| $150,000.00 | $150,000.00 |
| $0.00 | $3,600.00 |
|  | $5,500.00 |
|  | $17,500.00 |
|  | $100,000.00 |
|  | $50,000.00 |
|  | $100,000.00 |
|  | $100,000.00 |
|  | $100,000.00 |
|  | $50,000.00 |
|  | $100,000.00 |
|  | $50,000.00 |
|  | $100,000.00 |
|  | $120,282.00 |
|  | $50,000.00 |
|  | $100,000.00 |
|  | $4,950.20 |
|  | $30,610.00 |
|  | $100,000.00 |
|  | $100,000.00 |
|  | $100,000.00 |
|  | $150,000.00 |
|  | $60,000.00 |
|  | $100,000.00 |

Wire Transfers Produced by Higgins

| Numb | Date | Sender | Receiver | Verified | Received by Higg | Sent by Higgins to |
|---|---|---|---|---|---|---|
| 264 | 2/11/2003 | Higgins | Tansy | | | $100,000.00 |
| 265 | 3/5/2003 | Higgins | Tansy | x | | $100,000.00 |
| 266 | 3/14/2003 | Higgins | Tansy | x | | $50,000.00 |
| 267 | 4/1/2003 | Higgins | Tansy | x | | $100,000.00 |
| 268 | 4/15/2003 | Higgins | Tansy | x | | $100,000.00 |
| 269 | 4/21/2003 | Higgins | Tansy | x | | $100,000.00 |
| 270 | 5/26/2003 | Higgins | Tansy | | | $100,000.00 |
| 271 | 5/27/2003 | Higgins | Tansy | | | $40,000.00 |
| 272 | 6/6/2003 | Higgins | Tansy | x | | $115,000.00 |
| 273 | 8/1/2003 | Higgins | Tansy | x | | $150,000.00 |
| 274 | 8/18/2003 | Higgins | Tansy | x | | $120,000.00 |
| 275 | 3/13/2003 | Higgins | Tansy | | | $50,000.00 |
| 276 | 2/19/2003 | Higgins | Tansy | | | $100,000.00 |
| 192 | 12/10/2002 | Higgins | Tansy | x | | $50,000.00 |
| 88 | 1/8/2003 | Higgins | Tansy | | | $50,000.00 |
| 89 | 1/2/2003 | Higgins | Tansy | x | | $40,000.00 |
| 90 | 1/24/2003 | Higgins | Tansy | | | $100,000.00 |
| 91 | 12/3/2002 | Higgins | Tansy | x | | $50,000.00 |
| 92 | 5/13/2003 | Higgins | Tansy | x | | $100,000.00 |
| 93 | 6/18/2003 | Higgins | Tansy | x | | $50,000.00 |
| 95 | 6/20/2003 | Higgins | Tansy | x | | $50,000.00 |
| 96 | 6/24/2003 | Higgins | Tansy | x | | $100,000.00 |
| 97 | 7/10/2003 | Higgins | Tansy | x | | $50,000.00 |
| 98 | 7/17/2003 | Higgins | Tansy | x | | $100,000.00 |
| 99 | 7/2/2003 | Higgins | Tansy | x | | $100,000.00 |
| 100 | 7/24/2003 | Higgins | Tansy | x | | $100,000.00 |
| 101 | 7/8/2003 | Higgins | Tansy | x | | $50,000.00 |
| 102 | 9/1/2003 | Higgins | Tansy | | | $150,000.00 |
| 104 | 8/5/2003 | Higgins | Tansy | x | | $100,000.00 |
| 214 | 2/17/2002 | Higgins | Tansy | | | $50,000.00 |
| 168 | 8/1/2002 | Higgins | Tansy | x | | $5,000.00 |
| 250 | 1/24/2003 | Higgins | Tansy | | | $100,000.00 |
| 60 | 8/12/2003 | Higgins | Waxtrade | x | | $100,000.00 |

| Received by Prod | Amount |
| --- | --- |
| | $100,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $100,000.00 |
| | $100,000.00 |
| | $100,000.00 |
| | $100,000.00 |
| | $40,000.00 |
| | $115,000.00 |
| | $150,000.00 |
| | $120,000.00 |
| | $50,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $40,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $50,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $100,000.00 |
| | $100,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $150,000.00 |
| | $100,000.00 |
| | $50,000.00 |
| | $5,000.00 |
| | $100,000.00 |
| | $100,000.00 |