Date:     Wed, 27 Oct 2004 18:40:13 -0700 (PDT)
From:     "Mike Layani" <mikelayani@yahoo.com>
Subject:  shipment & doc for bank
To:       "tom higgins" <thg555@yahoo.com>

Hi Thom

the company that will ship the products is:
NASH LTDA
RUA PASQUAL DE CASTRO ALVES ,409
FOTALEZA CEARA BRASIL
WE ARE JUST WAITING FOR THE ACCOUNTANT TO FINISH
REGISTERING THE CIE FOR EXPORTATION WITH THE BANK
CENTRAL AND THE STIKE OF IBAMA TO FINISH.

THE DOC. THAT I NEED IS A KIND OF STATEMENT STATING
THE FOLLOWING.
BETWEEN GF HIGGINS INC AND IMA LTDA
                    VILA BARRA GRANDE S/N
                    ICAPUI CEARA BRAZIL

YOUR COMPANY WILL BY FROM IMA LTDA 400T OF SHRIMP AT
THE FARM
ALL TO BE DEHEADED WICH WILL GIVE A TOTAL OF 260 T.
OR 572 000 LBS ALL TO BE PACKED FROZEN FRESH IN 2KG
BOXES & 20KG MASTERS THE SIZES WILL 71-90 & 91-110
AVERAGE PRICE FOB BRASIL US$2.75/LBS
TOTALING US$1 573 000.00
PRICE WILL BE REVEWED EVERY 1ST OF THE MONTH AND BE
ESTABLISHED WITH MARKET PRICE EITHER UP OR DOWN.

THIS ALL FICTICE IT IS FOR OUR BANK, WE ARE TRYING TO
GET A LOAN FOR THE FARM AND WE HAVE TO SHOW THAT WE
HAVE A STRONG MARKET.
I WILL TALK TO YOU DURING THE DAY AND TO BOBBY.

THANKS
MIKE
THANKS

---

Do You Yahoo!?
Tired of spam?  Yahoo! Mail has the best spam protection around
http://mail.yahoo.com