**RECONCILIATION OF HIGGINS PROCAPUI MONTHLY ACCOUNT BALANCES AS PER HIGGINS STATEMENTS OF ADVANCES AND PAYMENTS**
**[SEE DOCUMENT 81]**

| Month/Year | Higgins Advances | Procapui Payments | Procapui Shipments | BALANCE |
|---|---|---|---|---|
| 10/31/02 | $706,639. | Opening Balance | | $706,639. |
| 11/02 | $890,000 | $60,000 | $407,228 | $1,129,411 |
| 12/02 | $768,000 | $243,000 | $1,427,642 | $226,769 |
| 01/03 | $813,000 | $50,000 | $264.973 | $724,796 |
| 02/03 | $350,000 | $150,000 | $372,604 | $552,192 |
| 03/03 | $280,000 | $200,000 | $220,936 | $411,256 |
| 04/03 | $950,000 | | $138,485 | $1,222,771 |
| 05/03 | $1,050,000 | | $861,663 | $1,411,108 |
| 06/03 | $550,000 | $22,000 | $464,211 | $1,494,697 |
| 07/03 | $700,000 | $200,000 | $288,627 | $1,706,070 |
| 08/03 | $500,000 | | $137,449 | $2,068,621 |
| 09/03 | $160,914 | $295,000 | | $1,934,535 |
| 10/03 | | | $378,343 | $1,556,192 |
| 11/03 | | | $63,045 | $1,493,147 |
| 12/03 | $100,000 | | $58,950 | $1,534,197 |
| 01/04 | 0 | | 0 | $1,534,197 |
| 02/04 | 0 | | 0 | $1,534,197 |
| 03/04 | 0 | | $101,782 | $1,432,415 |
| 04/04 | 0 | | 0 | $1,432,415 |
| 05/04 | $50,000 | | 0 | $1,492,415. |
| 06/04 | $15,000 | $15,000 | 0 | $1,492,415. |
| 07/04 | 0 | 0 | 0 | $1,492,415 |
| 08/04 | 0 | 0 | 0 | $1,492,415 |
| 09/04 | 0 | 0 | 0 | $1,492,415 |
| 10/04 | 0 | $50,000 | 0 | $1,442,415 |
| 11/04 | $40,000 | 0 | 0 | $1,482,415 |
| 12/04 | $5,000 | 0 | $57,828 | $1,429,587 |