From: rjcostello@levytolman.com



Page 1 of 2

[Print] [Close]

From: rjcostello@levytolman.com
To: "John Phelan" <jphelaniii@ATT.Net>
Subject: Re: Procopui
Date: Sat, 10 Nov 2007 18:48:28 +0000

No truth is I had the cover sheet and the exhibit ready to go and I guess I forgot to it. I send it monday.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "John J. Phelan III" <jphelaniii@att.net>

Date: Sat, 10 Nov 2007 13:31:06
To:"Robert J. Costello" <Rjcostello@levytolman.com>
Subject: Re: Procopui


Bob:  Thanks for this and for your help.  I did not receive a fax.  I assume you have decided to email the rest.
--
John J. Phelan, III
John J. Phelan, III, P.C.
1285 Avenue of the Americas
Suite 3500
New York, NY 10019

Tel: (212) 315-3082
Fax: (212) 315-3028
------------------------------------
THIS MESSAGE IS CONFIDENTIAL
AND/OR LEGALLY PRIVILEGED
--------------- Original message from "Robert J. Costello" <Rjcostello@levytolman.com
---------------


John,
    With Mr. Leyani's specific permission, I am attaching two documents in portugese Brazil which allegedly show that Mr. Leyani is the 99.9% shareholder in Procopui and Mr. Anavian has not been a owner/shareholder in Procopui since December 26, 2002.  Th signatures of Anavian and Zahabian mon the December 2002 documents were made by Leyan with the Brazilian equivalent of our "Power of Attorney" called a Procuator (phonetic spelling).  I have asked Mr. Leyani to secure a copy of that power of attorney from Brazil.  Allegedly the second document executed in June 2004, removes Zahabian form t corporation.  That document was signed by Zahabian.  It is therefore Mr. Leyani's pos that Mr. Anavian is acting withoiut authority in bringing this lawsuit on behalf of t corporate entity known as Procapui.
    On a related note, Mr. Leyani states that he has never been served in France or anywhere else.  By separate email I will be sending you a copy of a letter in french French counsel attesting to Mr. Leyani's position.  I will also send you the rough dr of the english translation of the French lawyers letter.

Bob Costello

7110