

**PROCAPUÍ**

THE NOBILITY OF THE SEA.

CNPJ: 04.198.103/0001-69   CGF: 06.305.020-0

I, ADAUTO SOUSA RIBEIRO, Address Rua ei,Tiburcio,666, Camocim,Ceara Brasil. CPF # 298.732.583-53; ID # 16.410.134. Partner of Procapui Ltda. Ceara, Brasil; do make the following declarations.

Jozef Anavian has full authority to represent Procapui Ltda of Brazil in all civil and criminal court cases v.s. G.F. Higgins Inc. S.A. of 825 Washington Street. Pembroke MA. USA..Also he has full authority to represent Procapui Ltda Brasil ; in any action against the officers and shareholders of G.F. Higgins, . Thomas Higgins and Robert Higgins

Jozef Anavian has full authority to collect $1,533,307.27 from G.F. Higgins, the amount due to Procapui Ltda , Brasil.

Jozef Anavian is aauthorized to collect the balance of over USA$ 1,700,000.00 which was sent to G.F. Higgins Inc.as a loan . Marcial Layani and Higgins had promised to return the amounts sent, as soon as their financial condition had improved. Part of this money

ADAUTO SOUSA RIBEIRO
PARTNER PROCAPUI LTDA BRASIL
FORTALEZA: FEBRUARY 6TH, 2006

