

# PROCAPUÍ
### THE NOBILITY OF THE SEA∴

CNPJ: 04.198.103/0001-69   CGF: 06.305.020-0

June, 24th 2005.

I MARCIAL GERALD LAYANI, as president of PROCAPUI LTDA. appoint JOZEF ANAVIAN to be the officer representing PROCAPUI LTDA. in the USA Supreme Court case number 603300/05 and any subsequence court cases.

_____
Marcial Gerald Layani
President and General Manager

Witnesses

_____
Leyla Anavian

AV. ENG. ALBERTO SÁ, 480 – PAPICU – CEP 60175-395 FONE/FAX: +55 (85) 262-7550
FORTALEZA/CE - BRASIL