UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                Plaintiff,

v)

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
THE ESTATE OF GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                Defendants.
-----------------------------------------------------------x

G.F. HIGGINS, INC., THERESA HIGGINS, as
Executrix of the Estate of GERALD FRANCIS
HIGGINS, THOMAS HIGGINS and ROBERT
HIGGINS,

                Third Party and
                Supplemental Plaintiffs,

        v.

JOZEF ANAVIAN,

                Third Party and
                Supplemental Defendant.
-----------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

DECLARATION OF
   MARCIAL
GERALD LAYANI

      MARCIAL GERALD LAYANI, declares the following under penalty of perjury under the laws of the United States of America:

      1. I am the person who was named as a Defendant in the original dismissed action although I have not been served with any process nor have I appeared or otherwise

