I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on April _29_ , 2008

MARCIAL GERALD LAYANI