

# PROCAPUÍ
### THE NOBILITY OF THE SEA

CNPJ: 04.198.103/0001-69    CGF: 06.305.020-0

June, 24th 2005.

I MARCIAL GERALD LAYANI, as president of PROCAPUI LTDA. appoint JOZEF ANAVIAN to be the officer representing PROCAPUI LTDA. in the USA Supreme Court case number 603300/05 and any subsequence court cases.

Marcial Gerald Layani
President and General Manager

Witnesses

Leyla Anavian