MINISTÉRIO DO DESENVOLVIMENTO, INDÚSTRIA E COMÉRCIO EXTERIOR
SECRETARIA DE COMÉRCIO E SERVIÇOS
DEPARTAMENTO NACIONAL DE REGISTRO DO COMÉRCIO
JUNTA COMERCIAL DO ESTADO DO CEARÁ

## CERTIDÃO SIMPLIFICADA

Página: 001/001

Certificamos que as informações abaixo constam dos documentos arquivados nesta Junta Comercial e são vigentes na data da sua expedição.

Nome Empresarial
PROCAPUI PRODUTORES DE CAMARÕES DE ICAPUI LTDA

Natureza Jurídica: SOCIEDADE EMPRESÁRIA LIMITADA

| Número de Identificação do Registro de Empresas - NIRE (Sede) | CNPJ | Data de Arquivamento do Ato Constitutivo | Data de Início de Atividade |
|---|---|---|---|
| 23 2 0066601-0 | 04.188.103/0001-89 | 18/12/2000 | 11/12/2000 |

Endereço Completo (Logradouro, Nº e Complemento, Bairro, Cidade, UF, CEP)
AV SANTOS DUMONT, 5335 e SALA 509, PAPICU, FORTALEZA, CE, 60.190-800

Objeto Social
COMERCIALIZAÇÃO NO ATACADO DE CAMARÃO, PEIXES E OUTROS CRUSTÁCEOS; PRODUÇÃO DE CAMARÃO EM CATIVEIRO, PEIXES E OUTROS CRUSTÁCEOS; INDUSTRIALIZAÇÃO E COMERCIALIZAÇÃO DE PRODUTOS AGRÍCOLAS E ALIMENTÍCIOS; IMPORTAÇÃO E EXPORTAÇÃO.

| Capital | Microempresa ou Empresa de Pequeno Porte (Lei nº 9.841/99) | Prazo de Duração |
|---|---|---|
| Capital: R$ 3.328.973,00 (TRES MILHOES TREZENTOS E VINTE E OITO MIL NOVECENTOS E SETENTA E TRES REAIS)<br>Capital Integralizado: R$ 3.328.973,00 (TRES MILHOES TREZENTOS E VINTE E OITO MIL NOVECENTOS E SETENTA E TRES REAIS) | NÃO | Indeterminado |

Sócios/Participação no Capital/Espécie de Sócio/Administrador/Término do Mandato

| Nome/CPF ou CNPJ | Participação no capital (R$) | Espécie de Sócio | Administrador | Término do Mandato |
|---|---|---|---|---|
| ADAUTO SOUSA RIBEIRO<br>398.732.083-03 | 600,00 | SÓCIO | | XXXXXXXXXX |
| MARCIAL GERALD LAYANI<br>828.898.013-34 | 3.328.473,00 | SÓCIO | Administrador | XXXXXXXXXX |

Último Arquivamento
Data: 07/01/2006
Número: 20060003079
Ato: ALTERAÇÃO
Evento (s): ALTERACAO DE DADOS (EXCETO NOME EMPRESARIAL)

Situação
REGISTRO ATIVO

Status
COM IMPEDIMENTO JUDICIAL

Observações:
BLOQUEIO(S)
JUDICIAL: IMPEDIMENTO JUDICIAL: OF. S/N, PROC. Nº 2005.0017.6416-9 (8404) DA 21ª VARA CIVEL DE FORTALEZA-CE, DATA DA JUCEC, 07 DE NOVEMBRO DE 2005.

FORTALEZA - CE, 29 de novembro de 2007

07/091590-2

LENIRA CARDOSO DE A SERAINE
SECRETÁRIO-GERAL

JUCEC

031139

04/25/2008 16:33 IFAX scanner@levytolman.com → RJC 002/002

031132

JUCEC

MINISTÉRIO DO DESENVOLVIMENTO, INDÚSTRIA E COMÉRCIO EXTERIOR
SECRETARIA DE COMÉRCIO E SERVIÇOS
DEPARTAMENTO NACIONAL DE REGISTRO DO COMÉRCIO
JUNTA COMERCIAL DO ESTADO DO CEARÁ

**CERTIDÃO SIMPLIFICADA** Página: 001/001

Certificamos que as informações abaixo constam dos documentos arquivados nesta Junta Comercial e são vigentes na data da sua expedição.

Nome Empresarial
PROCAPUI PRODUTORES DE CAMARÕES DE ICAPUI LTDA

Natureza Jurídica: SOCIEDADE EMPRESÁRIA LIMITADA

| Número de Identificação do Registro de Empresas - NIRE (Sede) | CNPJ | Data de Arquivamento do Ato Constitutivo | Data de Início da Atividade |
|---|---|---|---|
| 23 2 0036601-0 | 04.198.103/0001-89 | 16/12/2000 | 11/12/2000 |

Endereço Completo (Logradouro, Nº e Complemento, Bairro, Cidade, UF, CEP)
AV SANTOS DUMONT, 5335 e SALA 809, PAPICU, FORTALEZA, CE, 60.150-600

Objeto Social
COMERCIALIZAÇÃO NO ATACADO DE CAMARÃO, PEIXES E OUTROS CRUSTÁCEOS; PRODUÇÃO DE CAMARÃO EM CATIVEIRO, PEIXES E OUTROS CRUSTÁCEOS; INDUSTRIALIZAÇÃO E COMERCIALIZAÇÃO DE PRODUTOS AGRÍCOLAS E ALIMENTÍCIOS; IMPORTAÇÃO E EXPORTAÇÃO.

| Capital | Microempresa ou Empresa de Pequeno Porte (Lei nº 9.841/99) | Prazo de Duração |
|---|---|---|
| Capital: R$ 3.328.973,00 (TRES MILHOES TREZENTOS E VINTE E OITO MIL NOVECENTOS E SETENTA E TRES REAIS)<br>Capital Integralizado: R$ 3.328.973,00 (TRES MILHOES TREZENTOS E VINTE E OITO MIL NOVECENTOS E SETENTA E TRES REAIS) | NÃO | Indeterminado |

Sócios/Participação no Capital/Espécie de Sócio/Administrador/Término do Mandato

| Nome/CPF ou CNPJ | Participação no capital (R$) | Espécie de Sócio | Administrador | Término do Mandato |
|---|---|---|---|---|
| ADAUTO SOUSA RIBEIRO<br>288.732.583-53 | 500,00 | SOCIO | | XXXXXXXXXX |
| MARCIAL GERALD LAYANI<br>528.898.012-34 | 3.328.473,00 | SOCIO | Administrador | XXXXXXXXXX |

| Último Arquivamento | Situação / Status |
|---|---|
| Data: 07/01/2005 Número: 20050003879<br>Ato: ALTERACAO<br>Evento (s): ALTERACAO DE DADOS (EXCETO NOME EMPRESARIAL) | Situação: REGISTRO ATIVO<br>Status: COM IMPEDIMENTO JUDICIAL |

Observações:
BLOQUEIO(S)
JUDICIAL: IMPEDIMENTO JUDICIAL: OF. S/N, PROC. Nº 2005.0017.8418-9 (8404) DA 21ª VARA CIVEL DE FORTALEZA-CE. DATA DA JUCEC, 07 DE NOVEMBRO DE 2005.

07/091890-2

FORTALEZA - CE, 29 de novembro de 2007

LENIRA CARDOSO DE A SERAINE
SECRETARIO-GERAL

Junta Comercial do Estado do Ceará JUCEC

