# GREENE STREET ANTIQUES

June 1st, 2002

Mr. Higgins

Hope things are well; you're feeling much better.

Enclosed copy of appraisal done by the bank "First Union". The pictures in the appraisal report are not so clear. I send some pictures which I had handy. These are only from one section of the house.

Will see Bob next week in Brazil. Hopefully you will follow soon.

Things are going much better with us

65 Greene Street, Soho, NYC 10012 • Tel. (212) 274-1076 • Fax (212) 941-6081

P 01918