# GREENE STREET ANTIQUES

in Brazil. I was able to release some of our own funds. (Thanks to Almighty!)

Again thank you very much for your guidance and all your trust & help.

My prayers are always for your full recovery.

Regards to family.

See you soon.

Joey —