```
     CCOAMINI              SUPREME COURT - STATE OF NEW YORK        DATE: 01/17/2007
INDEX NO: 603300 2005 OFFICE OF THE COUNTY CLERK - NEW YORK COUNTY  TIME: 09:26:39
PURCHASE: 09152005           CIVIL INDEX MINUTE BOOK INQUIRY

PLAINTIFF NAME: G F HIGGINS INC       DEFENDANT NAME: PROCAPUI PRODUCTORE
        ATTORNEY: RATTNER & ASSOCIATE      ATTORNEY: UNKNOWN
                  144 ROUTE 59, STE.
                  SUFFERN, N.Y.
                  845-369-3232
SEQ  DATE                   MINUTES
0001 09152005               SUMMONS/NOTICE OF MOTION


0001 01092006               ORDER IAS PART 36, SEQ. #01. MOTION IS
                            DENIED.

0001 07032006               SHORT FORM ORDER IAS PART 62/36


0001 10162006               SHORT FORM ORDER IAS PART 36 SEQ 02


0001 12072006               ORDER IAS PART 36 SEQ 002 RESOLVED IN
                            ACCORD. WITH ATTACHED STIPULATION
                            DATED 11/30/06

                    PAGE -   1
```