

RECEIVED JUN 10 2008 CHAMBERS OF ANDREW J. PECK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/10/08

# DE MAIO & HUGHES, LLC.
Attorneys and Counselors at Law

Hon. Aniello De Maio (1878-1945)*

Luigi Biaggio Maria De Maio (1879-1967)*

John Henry De Maio (1912-1967)

Hon. Thomas J. Hughes (1912-1996)

Louis Victor De Maio (1916 - 1965)

Luigi P. De Maio

330 East 30th Street
NEW YORK, N.Y. 10016
TELEPHONE: (212) 888-8300
FACSIMILE: (212) 889-1391
E-mail: luigidemaio@netscape.net

Columbia County Office:
2540 State Route 82
Ancram, NY 12502
Tel: (518)329-2962
Facsimile: (518) 329-0852

*not admitted in New York

June 10, 2008

**BY TELECOPIER (212)805-6191**
Hon. Barbara S. Jones
U. S. District Judge
U. S. Courthouse, Room 620
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

**Procapui-Produtores, etc. v. G.F. Higgins, Inc., et al.;**
**07 CV 6627 (BSJ)**

Dear Judge Jones:

We are the attorneys for plaintiff herein and respond to the letter of the Higgins defendants dated June 9, 2008.

Firstly, plaintiff has no objection to completing the review and exchange of documents. That process was interrupted by your order dismissing the Complaint and Magistrate Judge Peck's resultant order sealing the documents already produced pending the filing of the Amended Complaint.

Given the amount of documents already either produced by the parties or obtained from third-parties, I do not necessarily disagree with counsel for defendants that depositions could be deferred until all of those documents have been reviewed. Plaintiff has not unsealed the documents ordered by Magistrate Judge Peck to have been sealed, pending communication with the Court on that issue, despite the fact that the Amended Complaint was filed.

There are literally thousands of pages of documents which must be reviewed and it would be more productive to complete that review and obtain and review the remaining documents

prior to the resumption of depositions.

Therefore, plaintiff requests that the court order the resumption of document production and review to be completed within 30 days at which time we will communicate with the Court further on the issue of depositions.

Respectfully,

Luigi P. De Maio

cc:
All counsel

BY TELECOPIER (212)805-7933
Hon. Andrew Peck
United States Magistrate Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

BY FAX

**MEMO ENDORSED** 6/10/08

After conferring with [illegible], based on the parties apparently document [illegible] and dates [illegible] "paper" discovery (including PPAs) due to go forward. The stay remains in effect at this time for depositions. Counsel are to jointly report to me by 7/11/08 as to next steps [illegible] and any agreement as to next steps.

SO ORDERED:

Hon. Andrew J. Peck
United States Magistrate Judge

[additional illegible handwriting]

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:       (212) 805-7933
Telephone No.: (212) 805-0036

Dated:   June 10, 2008                                    Total Number of Pages:   3

| TO | FAX NUMBER |
|---|---|
| Luigi P. De Maio, Esq. | 212-889-1391 |
| John J. Phelan, III, Esq. | 212-315-3028 |
|  |  |

# TRANSCRIPTION:

MEMO ENDORSED 6/10/08

After conferring with Judge Jones, based on the parties agreement, document discovery and other "paper" discovery (including RFAs) are to go forward. The stay remains in effect at this time for depositions. Counsel are to jointly report to me by 7/11/08 as to the status of discovery and any agreement as to next steps.

Copy to:   Judge Barbara S. Jones