UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                Plaintiff,

              v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
the Estate of GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

              Defendants.
-------------------------------------------------------------------x
G.F. HIGGINS, INC., THERESA HIGGINS, as
Executrix of the Estate of GERALD FRANCIS
HIGGINS, THOMAS HIGGINS and ROBERT
HIGGINS,

              Third Party and
               Supplemental Plaintiffs,

            v.

JOZEF ANAVIAN,

              Third Party and
               Supplemental Defendant.
-------------------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

CERTIFICATE OF
SERVICE OF
HIGGINS PARTIES'
SUBPOENAS DUCES
TECUM ON THIRD
PARTY WITNESSES

      JOHN J. PHELAN, III, attorney for the HIGGINS PARTIES, hereby certifies

that, I served the HIGGINS PARTIES' Subpoenas Duces Tecum pursuant to Rule

45 F.R.Civ.P., together with a description of the documents sought, upon the

following institutions as follows:

1. First Union National Bank
Wachovia Bank
by personal delivery to
Don Ranghelli, Officer
at the Wachovia branch at 1775 Broadway
New York, NY 10019
on June 16, 2008

and

by mail to
Wachovia Bank,
Legal Orders Department
401 Market Street
Philadelphia, PA 19106
on June 18, 2008

2. Merrill Lynch
by personal delivery to
Jenny Lee, paralegal
Merrill Lynch Legal Department
222 Broadway
New York, NY
on June 16, 2008

3. Chase Manhattan Bank
J.P. Morgan Chase Bank
by personal delivery to
Gary S. Bakal, vice president
1251 Avenue of the Americas
on June 16, 2008

and

by mail to
Chase Manhattan Bank
Legal Department
One Chase Manhattan Plaza
New York, NY 10005
on June 18, 2008

4. HSBC Bank
by personal delivery to Donna M. Little
1790 Broadway
New York, NY 10019
on June 16, 2008

and

by mail to
HSBC Bank
Legal Department
452 Fifth Avenue
New York, NY 10018
on June 18, 2008

5. Capital One Bank
Green Point Bank
by personal delivery to
David Guerrero, an officer
1745 Broadway
New York, NY 10019
on June 16, 2008

and

by mail to
Capital One Bank
Legal Department
1680 Capital One Drive
McLean, VA 22102

5. On June 16, 2008, prior to making the above personal service of the subpoenas, I served copies of the above subpoenas and document riders and notices pursuant to Rule 45(b)(1) F.R.Civ.P. upon the following:

Luigi P. DeMaio, Esq.
Attorney for Plaintiff
330 East 30th Street
New York, NY 10016
email: luigidemaio@netscape.net

Lawrence R. Lonergan, P.C.
Attorney for Defendant Rubin
275 Seventh Avenue
New York, NY 10001
email: llonergan1@aol.com

Noel Blackman, pro se
14706 Hallwell Ct.
Cypress, TX 77429-2385
email: noelblackman@sbcglobal.net

by placing copies thereof in properly addressed, postage paid wrappers and placing them in a facility under the exclusive care and custody of the United States Postal Service.

Dated: July 3, 2008

Yours, etc.

/S/ John J. Phelan, III
John J. Phelan, III (JP8632)
John J. Phelan, III, P.C.
Attorney for G.F. Higgins, Inc.,
Theresa Higgins, as Executrix of the
Estate of Gerald Francis Higgins,
Thomas Higgins and Robert Higgins
1285 Avenue of the Americas, #3500
New York, NY 10019
(212) 315-3082
jphelaniii@att.net