UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                 Plaintiff,

                    v.

MARCIAL GERALD LAYANI, G. F. HIGGINS,
INC., THERESA HIGGINS, as Executrix of
the Estate of GERALD FRANCIS HIGGINS,
THOMAS HIGGINS, ROBERT HIGGINS,
RICHARD RUBIN and NOEL BLACKMAN,

                 Defendants.
-------------------------------------------------------------------x
G.F. HIGGINS, INC., THERESA HIGGINS, as
Executrix of the Estate of GERALD FRANCIS
HIGGINS, THOMAS HIGGINS and ROBERT
HIGGINS,

                 Third Party and
                  Supplemental Plaintiffs,

                    v.

JOZEF ANAVIAN,

                 Third Party and
                  Supplemental Defendant.
-------------------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

CERTIFICATE OF
SERVICE OF
HIGGINS PARTIES'
FOURTH NOTICE
UNDER RULE 34
F.R.Civ.P.

       JOHN J. PHELAN, III, attorney for the HIGGINS PARTIES, hereby certifies

that, on June 21, 2008, I served the HIGGINS PARTIES' Fourth Notice to Produce

Documents pursuant to Rule 34 F.R.Civ.P. upon all counsel and parties by electronic mail and by

the U.S. Postal Service as follows:

Luigi P. DeMaio, Esq.
Attorney for Plaintiff
330 East 30th Street
New York, NY 10016
email: luigidemaio@netscape.net

Lawrence R. Lonergan, P.C.
Attorney for Defendant Rubin
275 Seventh Avenue
New York, NY 10001
email: llonergan1@aol.com

Noel Blackman, pro se
14706 Hallwell Ct.
Cypress, TX 77429-2385
email: noelblackman@sbcglobal.net

Dated: July 3, 2008

                                                                   Yours, etc.

                                                                   /S/ John J. Phelan, III
John J. Phelan, III (JP8632)
John J. Phelan, III, P.C.
Attorney for G.F. Higgins, Inc.,
Theresa Higgins, as Executrix of the
Estate of Gerald Francis Higgins,
Thomas Higgins and Robert Higgins
1285 Avenue of the Americas,
   Suite 3500
New York, NY 10019
(212) 315-3082
jphelaniii@att.net