UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/22/08

------------------------------------x

PROCAPUI-PRODUCTORES DE CAMAROES DE
ICAPUI LTDA.,

        Plaintiff,

        -against-

MARCIAL GERALD LAYANI, et al.,

        Defendants.

------------------------------------x

07 Civ. 6627 (BSJ) (AJP)

ORDER SCHEDULING
DISCOVERY CONFERENCE

**ANDREW J. PECK, United States Magistrate Judge:**

IT IS HEREBY ORDERED that a conference is scheduled for Thursday, July 24, 2008 at 3:00 p.m. before the undersigned in Courtroom 20D (500 Pearl Street).

SO ORDERED.

Dated:    New York, New York
           July 22, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:   Luigi P. De Maio, Esq.
                                 John J. Phelan, III, Esq.
                                 Judge Barbara S. Jones

C:\ORD\Order Scheduling Status Conference