# LAWRENCE R. LONERGAN, P.C.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 7/23/08

*ATTORNEY AT LAW*

275 SEVENTH AVENUE, 25TH FLOOR
NEW YORK, NEW YORK 10001
PHONE: (212) 206-9071
FAX: (212) 366-6950
E-mail: llonergan1@aol.com

Andrew Read
Law Clerk

BY FAX

MEMO ENDORSED 7/23/08

July 22, 2008

**Via Fax: 212-805-7933**

Hon. Andrew J. Peck
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, NY 10007-1312

**Re: Procapui-Productores de Camaroes de Icapui LTDA. v. Marcial Gerald Layani, et al., Case # - 07 Civ 6627 (BSJ)**

Dear Judge Peck:

This office is counsel to Richard Rubin, a cross-claim defendant in the above-referenced matter. I write with regard to the discovery conference scheduled for this Thursday, July 24, 2008 at 3:00 p.m., and to advise the Court that I am actually engaged and scheduled for trial that day in the matter of *61 West 8th Street LLC v. Keith Douglas Pruitt* now pending in New York City Civil Court.

My client is not in any way involved in the dispute that is the subject of the conference, and takes no position with regard to the outcome. Accordingly, we request that our attendance at the conference be excused, or in the alternative, that the matter be adjourned to either July 28 or July 30. Your Honor's attention and consideration in this regard is appreciated

Respectfully submitted,

[signature]

Lawrence R. Lonergan,

c. Richard Rubin
Luigi DeMaio, Esq.
John Phelan, Esq.

SO ORDERED:
[signature]
Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET

**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.: (212) 805-7933
Telephone No.: (212) 805-0036

**Dated:** July 23, 2008 **Total Number of Pages:** 2

| TO | FAX NUMBER |
|---|---|
| Lawrence R. Lonergan, Esq. | 212-366-6950 |
| Luigi P. De Maio, Esq. | 212-889-1391 |
| John J. Phelan, III, Esq. | 212-315-3028 |

## TRANSCRIPTION:

**MEMO ENDORSED 7/23/08**

The conf. will go forward on 7/24 as scheduled. Mr. Lonergan need not attend if he is on trial. But another issue that will be discussed at the conf. is whether the Court should lift the stay on depositions. Mr. Lonergan should make his view known by fax.

Copy to: Judge Barbara S. Jones