UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

PROCAPUI-PRODUCTORES DE CAMAROES
DE ICAPUI LTDA.,

           Plaintiff,

-against-

MARCIAL GERALD LAYANI, et al.,

           Defendants.

------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/24/08

07 Civ. 6627 (BSJ) (AJP)

**ORDER**

**ANDREW J. PECK, United States Magistrate Judge:**

    For the reasons discussed at today's conference (see transcript), IT IS HEREBY ORDERED THAT:

1. The stay of deposition discovery is lifted.

2. The discovery cutoff date is October 30, 2008. All "paper" discovery (document production, responses to Requests to Admit, etc.) will be completed by September 26, 2008.

3. Plaintiff's Rule 26(a) disclosure is due August 11, 2008.

4. The Higgins defendants' answer to plaintiff's amended complaint is due by August 4, 2008.

    SO ORDERED.

Dated:    New York, New York
             July 24, 2008

                                       Andrew J. Peck
                                       United States Magistrate Judge

Copies **by fax & ECF** to:    Luigi P. De Maio, Esq.
                                     John J. Phelan, III, Esq.
                                     Lawrence R. Lonergan, Esq.
                                     Judge Barbara S. Jones

C:\OPIN\