

**RECEIVED JUL 31 2008 CHAMBERS OF ANDREW J. PECK**

# JOHN J. PHELAN, III, P.C.

ATTORNEY AT LAW

1285 AVENUE OF THE AMERICAS, Suite 3500

NEW YORK, NY 10019

PHONE (212) 315-3082
Fax (212) 315-3028
e-mail: jphelaniii@ATT.Net

**MEMO ENDORSED** 7/31/08

July 31, 2008

*BY FAX*

Approved
SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

Via Fax (212) 805-7933
Hon. Andrew J. Peck
U.S. Magistrate Judge
United States District Court
Southern District of New York
U.S. Courthouse, Room 1370
500 Pearl Street
New York, NY 10007

Re: Procapui-Produtores v. Marcial Gerald Layani, et al.; 07CV6627

Dear Magistrate Judge Peck:

I represent the Higgins Defendants in the above matter. In your Order of July 24, 2008, following our conference on that date, you directed that the Higgins parties answer the amended complaint of Plaintiff by August 4, 2008.

Due to workload crises in other matters, I requested that Mr. DeMaio agree to an extension of one week in the time to answer the amended complaint to which request he generously consented. The purpose of this letter is to request the same extension to and including August 11, 2008 in the time to answer the amended complaint. We are proceeding with discovery as directed by the Magistrate, including the taking of a third party witness's deposition next week and the requested extension will not delay any other proceeding.

Thank you very much.

Very truly yours,

John J. Phelan, III

cc. via email
 Luigi DeMaio, Esq.
 Attorney for Plaintiff

-2-

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT

Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:    (212) 805-7933
Telephone No.:    (212) 805-0036

Dated: __July 31, 2008__                                       Total Number of Pages: __3__

| TO | FAX NUMBER |
|---|---|
| Luigi P. De Maio, Esq. | 212-889-1391 |
| John J. Phelan, III, Esq. | 212-315-3028 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 7/31/08**

Approved.