USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 8/7/08

# JOHN J. PHELAN, III, P

ATTORNEY AT LAW



1285 AVENUE OF THE AMERICAS, Suite 3500

NEW YORK, NY 10019

PHONE (212) 315-3082
Fax (212) 315-3028

e-mail: jphelaniii@ATT.Net

August 7, 2008

Via Fax (212) 805-7933
Hon. Andrew J. Peck
U.S. Magistrate Judge
United States District Court
Southern District of New York
U.S. Courthouse, Room 1370
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Procapui-Produtores v. Marcial Gerald Layani, et al.; 07CV6627

Dear Magistrate Judge Peck:

I represent the Higgins Defendants in the above matter. I received your Honor's memorandum Order or yesterday when I arrived in Florida last evening. I received Mr. DeMaio's letter of yesterday at the same time.

Your Honor's letter directs a conference for tomorrow morning at 9:30 am. As I have just arrived in Florida, that would necessitate my immediate return to New York which I will attempt to arrange if Your Honor so directs. I would, however, respectfully request that either (i) I be permitted to attend by telephone or (ii) the conference be deferred until another date.

I have spoken to Mr. DeMaio and he has advised me that he also will be out of town tomorrow and that he consents to a telephone conference if that meets with the Court's approval.

If the Court wishes to consider alternate dates, although I am not planning to come to New York until the week of August 25, I can make myself available August 13-15 and August 21 or 22 or anytime the week thereafter. I have Court hearings in Florida on August 12 and August 20, 2008 which have been long set and involve other parties.

-1-

I expect to send shortly a brief written opposition to the application in Mr. DeMaio's letter seeking to compel the production of additional documents.

If I am to travel to New York for a conference tomorrow, I will need to know immediately to arrange reservations.

Thank you very much.

Very truly yours,

John J. Phelan, III

cc: via email
Luigi DeMaio, Esq.;
Attorney for Plaintiff

**MEMO ENDORSED** 8/7/08

Both counsel can appear telephonically - Jay should coordinate with his attys and jointly call in at 9:30AM to 212-805-0036.

SO ORDERED:

Hon. Andrew Jay Peck
United States Magistrate Judge

BY FAX

-2-

# FAX TRANSMITTAL SHEET



**ANDREW J. PECK**
**UNITED STATES MAGISTRATE JUDGE**
**UNITED STATES DISTRICT COURT**
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

**Dated:** August 7, 2008                                **Total Number of Pages:** 3

| TO | FAX NUMBER |
|---|---|
| John J. Phelan, III, Esq. | 561-731-4097 |
| Luigi P. De Maio, Esq. | 212-889-1391 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 8/7/08**

Both counsel can appear telephonically – you should coordinate with each other and jointly call in at 9:30 AM to 212-805-0036.

**Copy to:**   Judge Barbara S. Jones