**PROCAPUÍ – PRODUTORES DE CAMARÕES DE ICAPUÍ LTDA**
**CNPJ 04.198.103/0001-69**
**Mailing Address: Av. Eng. Alberto Sá, 480 – Papicu**
**Fortaleza – CE – Brazil CEP: 60.175-395 – Tel. +55 (85) 262-1857**

**Fortaleza/CE/Brazil, June 3rd, 2004.**

**MESSRS**
**G.F. HIGGINS, INC**
**825 Washington Street**
**Pembroke, MA 02359**
**Tel (781) 826-8858 Fax (781) 826-4161**

***REF*: ACKNOWLEDGMENT LETTER**

**WE " PROCAPUI LTDA "and "JOZEF ANAVIAN" acknowledge owing to G.F HIGGINS Inc. as of December 31st 2003 the sum of US$ 1,300,000.(one million and three hundred thousands dollars) and since that time we have been able to reduce that sum to US$ 1,150.000.(one million and one hundred fifty thousands dollars).**
**We will continue to work with GF HIGGINS to reduce the amount owed.**

**Thanking you in advance for your support.**
**Procapuí – Prod. de Camarões de Icapuí Ltda.**

**Marcial Gerald Layani**
**President**

c/o Chris Cassara

Vendor advance as of close of business 10/31/02 is $706,639.00

| Wire Advances to Procapui | Wires from pro Procapui | Shipped product | |
|---|---|---|---|
| 706,639.00 | | | |
| Nov-02 | Nov-02 | Nov-02 | |
| 140,000.00 | (60,000.00) | (39,722.00) | 69033 |
| 120,000.00 | | (152,483.00) | 69034 |
| 100,000.00 | | (74,256.00) | 69066 |
| 100,000.00 | | (139,877.00) | 69067 |
| 100,000.00 | | | |
| 50,000.00 | | | |
| 100,000.00 | | | |
| 50,000.00 | | | |
| 50,000.00 | | | |
| 50,000.00 | | | |
| 30,000.00 | | | |
| Dec-02 | Dec-02 | Dec-02 | |
| 150,000.00 | (50,000.00) | (138,841.00) | 69158 |
| 50,000.00 | (43,000.00) | (62,801.00) | 69161 |
| 43,000.00 | (75,000.00) | (11,460.00) | 69162 |
| 40,000.00 | (20,000.00) | (193,484.00) | 69244 |
| 75,000.00 | (30,000.00) | (13,758.00) | |
| 50,000.00 | (17,500.00) | (51,458.00) | 69217 |
| 50,000.00 | (7,500.00) | (104,487.00) | 69204 |
| 60,000.00 | | (74,325.00) | 69203 |
| 100,000.00 | | (239,714.00) | 69307 |
| 50,000.00 | | (103,786.00) | 69315 |
| 50,000.00 | | (194,008.00) | 69317 |
| | | (239,520.00) | 68837 |

| Jan-03 | | | | | Jabuary 2003 | | | | Jan-03 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| 40,000.00 | | | | | (50,000.00) | | | | (28,624.00) | 69383 | |
| 17,500.00 | | | | | | | | | (17,778.00) | 69386 | |
| 30,500.00 | | | | | | | | | (40,730.00) | 69310 | |
| 60,000.00 | | | | | | | | | (24,807.00) | 69308 | |
| 65,000.00 | | | | | | | | | (26,204.00) | 69309 | |
| 50,000.00 | | | | | | | | | (59,239.00) | 69316 | |
| 50,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | (46,644.00) | 69438 | |
| 100,000.00 | | | | | | | | | (10,947.00) | 69382 | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| | | | | | | | | | | | |
| Feb-03 | | | | | Feb-03 | | | | Feb-03 | | |
| | | | | | | | | | | | |
| 100,000.00 | | | | | (100,000.00) | | | | (77,929.00) | 69467 | |
| 100,000.00 | | | | | (50,000.00) | | | | (54,163.00) | 69472 | |
| 50,000.00 | | | | | | | | | (65,869.00) | 69550 | |
| 100,000.00 | | | | | | | | | (25,558.00) | 69534 | |
| | | | | | | | | | (81,038.00) | 69533 | |
| Mar-03 | | | | | Mar-03 | | | | (58,543.00) | 69576 | |
| | | | | | | | | | (9,504.00) | 69599 | |
| | | | | | | | | | | | |
| 100,000.00 | | | | | (100,000.00) | | | | Mar-03 | | |
| 20,000.00 | | | | | (100,000.00) | | | | | | |
| 60,000.00 | | | | | | | | | (53,191.00) | 69641 | |
| 50,000.00 | | | | | | | | | (73,079.00) | 69648 | |
| 50,000.00 | | | | | | | | | (50,110.00) | 69705 | |
| | | | | | | | | | (44,556.00) | 69704 | |
| Apr-03 | | | | | Apr-03 | | | | | | |
| | | | | | | | | | | | |
| 100,000.00 | | | | | (50,000.00) | | | | | | |
| 150,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 100,000.00 | | | | | | | | | (67,810.00) | 70322 | |
| 50,000.00 | | | | | | | | | (70,675.00) | 70247 | |
| 50,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | | | |
| | | | | | | | | | | | |
| Aug-03 | | | | | | | | | Aug-03 | | |
| | | | | | | | | | | | |
| 150,000.00 | | | | | Sep-03 | | | | (64,606.00) | 70476 | |
| 100,000.00 | | | | | | | | | (72,843.00) | 70438 | |
| 50,000.00 | | | | | (50,000.00) | | | | | | |
| 100,000.00 | | | | | (85,000.00) | | | | | | |
| 120,000.00 | | | | | (60,000.00) | | | | | | |
| 80,000.00 | | | | | (20,000.00) | | | | | | |
| | | | | | (80,000.00) | | | | | | |
| Sep-03 | | | | | | | | | | | |
| | | | | | | | | | | | |
| 160,914.00 | | | | | | | | | | | |
| | | | | | | | | | | | |
| Dec-03 | | | | | | | | | Oct-03 | | |
| | | | | | | | | | | | |
| 100,000.00 | | | | | | | | | (65,735.00) | 70723 | |
| | | | | | | | | | (40,118.00) | 70725 | |
| May-04 | | | | | | | | | (19,523.00) | 70650 | |
| | | | | | | | | | (252,967.00) | 70248 | |
| 50,000.00 | | | | | | | | | | | |
| | | | | | | | | | Nov-03 | | |
| Jun-04 | | | | | Jun-04 | | | | | | |
| | | | | | | | | | (63,045.00) | 70771 | |
| 15,000.00 | | | | | (15,000.00) | | | | | | |
| | | | | | | | | | Dec-03 | | |
| Nov-04 | | | | | Oct-04 | | | | | | |
| | | | | | | | | | (58,950.00) | 70895 | |
| 40,000.00 | | | | | (50,000.00) | | | | | | |
| | | | | | | | | | Mar-04 | | |
| Dec-04 | | | | | | | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | (56,331.00) | 71168 | |
| 5,000.00 | | | | | | | | | (45,451.00) | 71261 | |
| | | | | | | | | | | | |
| | | | | | | | | | Decmber 2004 | | |
| | | | | | | | | | | | |
| | | | | | | | | | (57,828.00) | 72294 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Total | | | | | Total | | | | Total | | |
| 7,478,553.00 | | | | | (1,335,000.00) | | | | (5,034,563.00) | | |