| Closing Bal December 2001 | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| $10,775 | | | | | | | | | |
| Wire Advances to Procapui | | | | Wires from procapui | | | | Received Product | |
| Jan. 2002 | | | Jan. 2002 | | | | | | |
| $150,000 | | | (44,813.00) | | | | | | |
| 120,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| Feb. 2002 | | | | | | | | | |
| 50,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| 6,000.00 | | | | | | | | | |
| 3,700.00 | | | | | | | | | |
| Mar. 2002 | | | Mar. 2002 | | | | | | |
| 50,000.00 | | | (24,694.00) | | | | | | |
| 83,816.00 | | | | | | | | | |
| 100,000.00 | | | | | | | | | |
| 50,000.00 | | | | | | | | | |
| 125,000.00 | | | | | | | | | |
| Apr. 2002 | | | | | | | Apr. 2002 | | |
| 60,000.00 | | | | | | | (15,174.00) | 67655 | cm005/02 |
| 100,000.00 | | | | | | | (82,164.00) | 67654 | cm004/2 |
| | | | | | | | (83,707.00) | 67729 | cm006/02 |
| May-02 | | | | | | | | | |
| | | | | | | | May-02 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 75,000.00 | | | | | | | |
| 100,000.00 | | | | | (123,819.00) | 67801 | cm007/02 |
| 7,086.00 | | | | | (106,700.00) | 67966 | cl00101t |
| 100,000.00 | | | | | (30,593.00) | 67967 | cm009/02 |
| 100,000.00 | | | | | (258,868.00) | 68060 | cl003/02t |
| 80,000.00 | | | | | (16,447.00) | 68059 | cm010/02 |
| 135,000.00 | | | | | | | |
| 100,000.00 | | | | | Jun-02 | | |
| 100,000.00 | | | | | | | |
| | | | | | (246,530.00) | 68007 | cl002/02 |
| Jun. 2002 | | | Jun. 2002 | | (240,587.00) | 68121 | cl004/02 |
| | | | | | (24,659.00) | 68122 | cm011/02 |
| 50,000.00 | | | (75,000.00) | | | | |
| 100,000.00 | | | (100,000.00) | | Jul-02 | | |
| 100,000.00 | | | (50,000.00) | | | | |
| 100,000.00 | | | (18,000.00) | | (132,656.00) | 68214 | cl006/2t |
| 100,000.00 | | | | | (46,072.00) | 68215 | cm012/02 |
| 100,000.00 | | | | | (242,072.00) | 68204 | cl005/02t |
| 100,000.00 | | | | | (68,578.00) | 68279 | cm013/02 |
| 75,000.00 | | | | | (193,056.00) | 68278 | cl007/02t&c |
| | | | | | | | |
| Jul. 2002 | | | Jul. 2002 | | Aug-02 | | |
| | | | | | | | |
| 100,000.00 | | | (32,000.00) | | (164,154.00) | 68397 | cl009/02t |
| 100,000.00 | | | | | (57,823.00) | 68396 | cm015/02 |
| 125,000.00 | | | | | (39,124.00) | 68555 | cm010/ |
| 100,000.00 | | | | | (251,168.00) | 68404 | cl010/02t |
| 25,000.00 | | | | | (50,107.00) | 68420 | cm016/02 |
| 50,000.00 | | | | | (47,938.00) | 68357 | cm014/02 |
| 50,000.00 | | | | | (165,000.00) | 68276 | cl008/02t |
| 150,000.00 | | | | | (29,773.00) | 68491 | cm017/02 |
| 60,000.00 | | | | | (119,588.00) | 68421 | cl011/02 |
| 100,000.00 | | | | | (234,171.00) | 68524 | cl012/02t |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 50,000.00 | | | | | | (41,328.00) | 68523 | cm018/02 |
| 100,000.00 | | | | | | | | |
| | | | | | | Sep-02 | | |
| Aug. 2002 | | | | | | | | |
| | | | | | | (112,321.00) | 68631 | cl014/02t |
| 5,000.00 | | | | | | (25,365.00) | 68630 | cm021/02 |
| 245,000.00 | | | | | | (50,322.00) | 68618 | cm019/02 |
| 110,000.00 | | | | | | (28,842.00) | 68617 | cm020/02 |
| 90,000.00 | | | | | | (240,030.00) | 68608 | cl013/02t |
| 75,000.00 | | | | | | (158,484.00) | 68701 | cl015/02t |
| 75,000.00 | | | | | | | | |
| 75,000.00 | | | | | | Oct-02 | | |
| 75,000.00 | | | | | | | | |
| 50,000.00 | | | | | | (277,080.00) | 68759 | cl016/02t |
| 75,000.00 | | | | | | (52,821.00) | 68793 | cm022/02 |
| | | | | | | (282,668.00) | 68802 | cl01702t |
| Sept. 2002 | | | Sept. 2002 | | | (114,759.00) | 68887 | cl018/02t |
| | | | | | | (26,208.00) | 68892 | cm024/02 |
| 100,000.00 | | | (50,000.00) | | | (36,957.00) | 68888 | cm023/02 |
| 100,000.00 | | | | | | (30,866.00) | 68982 | cm025/02 |
| 60,000.00 | | | | | | (211,711.00) | 68939 | cl019/02t |
| 40,000.00 | | | | | | (166,305.00) | 68987 | cl020/02t |
| 75,000.00 | | | | | | (17,754.00) | 68986 | cm026/02 |
| 60,000.00 | | | | | | | | |
| 50,000.00 | | | | | | | | |
| 50,000.00 | | | | | | | | |
| | | | | | | | | |
| Oct. 2002 | | | | | | | | |
| | | | | | | | | |
| 70,000.00 | | | | | | | | |
| 200,000.00 | | | | | | | | |
| 60,000.00 | | | | | | | | |
| 100,000.00 | | | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 75,000.00 | | | | | | |
| 165,000.00 | | | | | | |
| 135,000.00 | | | | | | |
| 120,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| 100,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| Nov-02 | | Nov-02 | | Nov-02 | | |
| | | | | | | |
| 140,000.00 | | (60,000.00) | | (39,722.00) | 69033 | cm027/02 |
| 120,000.00 | | | | (152,483.00) | 69034 | cl021/02t |
| 100,000.00 | | | | (74,256.00) | 69066 | cm028/02 |
| 100,000.00 | | | | (139,877.00) | 69067 | cl022/02t |
| 100,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| 100,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| 50,000.00 | | | | | | |
| 30,000.00 | | | | | | |
| | | | | | | |
| Dec-02 | | Dec-02 | | Dec-02 | | |
| | | | | | | |
| 150,000.00 | | (50,000.00) | | (138,841.00) | 69158 | cl025/02t |
| 50,000.00 | | (43,000.00) | | (62,801.00) | 69161 | cm032/02 |
| 43,000.00 | | (75,000.00) | | (11,460.00) | 69162 | cm031/02 |
| 40,000.00 | | (20,000.00) | | (193,484.00) | 69244 | cl027/02t |
| 75,000.00 | | (30,000.00) | | (13,758.00) | 69251 | cm034/02 |
| 50,000.00 | | (17,500.00) | | (51,458.00) | 69217 | cm034/02 |
| 50,000.00 | | (7,500.00) | | (104,487.00) | 69204 | cl026/02t |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 60,000.00 | | | | | (74,325.00) | 69203 | cm033/02 |
| 100,000.00 | | | | | (239,714.00) | 69307 | cl028/02t |
| 50,000.00 | | | | | (103,786.00) | 69315 | cm038/2 |
| 50,000.00 | | | | | (194,008.00) | 69317 | cl030/02t |
| | | | | | (239,520.00) | 68837 | cl024/02t |
| | | | | | | | |
| Jan-03 | | | Jan-03 | | Jan-03 | | |
| | | | | | | | |
| 40,000.00 | | | (50,000.00) | | (28,624.00) | 69383 | cl030/02t |
| 17,500.00 | | | | | (17,778.00) | 69386 | cm040/02 |
| 30,500.00 | | | | | (40,730.00) | 69310 | cm037/02 |
| 60,000.00 | | | | | (24,807.00) | 69308 | cm035/02 |
| 65,000.00 | | | | | (26,204.00) | 69309 | cm036/02 |
| 50,000.00 | | | | | (59,239.00) | 69316 | cm039/02 |
| 50,000.00 | | | | | | | |
| 100,000.00 | | | | | (46,644.00) | 69438 | cm039/02 |
| 100,000.00 | | | | | (10,947.00) | 69382 | cm038/02 |
| 100,000.00 | | | | | | | |
| 100,000.00 | | | | | | | |
| 100,000.00 | | | | | | | |
| | | | | | | | |
| Feb-03 | | | Feb-03 | | Feb-03 | | |
| | | | | | | | |
| 100,000.00 | | | (100,000.00) | | (77,929.00) | 69467 | cm001/03 |
| 100,000.00 | | | (50,000.00) | | (54,163.00) | 69472 | cm002/03 |
| 50,000.00 | | | | | (65,869.00) | 69550 | cm005/03 |
| 100,000.00 | | | | | (25,558.00) | 69534 | cm004/03 |
| | | | | | (81,038.00) | 69533 | cm003/03 |
| Mar-03 | | | Mar-03 | | (58,543.00) | 69576 | cm016/03 |
| | | | | | (9,504.00) | 69599 | cm006/03 |
| | | | | | | | |
| 100,000.00 | | | (100,000.00) | | Mar-03 | | |
| 20,000.00 | | | (100,000.00) | | | | |
| 60,000.00 | | | | | (53,191.00) | 69641 | cm007/03 |
| 50,000.00 | | | | | (73,079.00) | 69648 | cm008/03 |
| 50,000.00 | | | | | (50,110.00) | 69705 | cm010/03 |
| | | | | | (44,556.00) | 69704 | cm009/03 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Apr-03 | | | Apr-03 | | | | | |
| | | | | | | | | |
| 100,000.00 | | | (50,000.00) | | | | | |
| 150,000.00 | | | | | | | | |
| 100,000.00 | | | | | | | | |
| 100,000.00 | | | | | | | | |
| | | | | | | | | |
| May-03 | | | | | | May-03 | | |
| | | | | | | | | |
| 100,000.00 | | | | | | (91,245.00) | 69711 | cm013/03 |
| 50,000.00 | | | | | | (79,108.00) | 69791 | cm014//03 |
| 100,000.00 | | | | | | (75,249.00) | 69712 | cm012/03 |
| 50,000.00 | | | | | | (46,536.00) | 69877 | cl001/03 |
| 50,000.00 | | | | | | (36,320.00) | 69872 | cm015/03 |
| 50,000.00 | | | | | | (65,264.00) | 69914 | cm016/03 |
| 70,000.00 | | | | | | (168,020.00) | 69913 | cl002/03 |
| 70,000.00 | | | | | | (38,451.00) | 70003 | cm017/03 |
| 100,000.00 | | | | | | (184,793.00) | 70004 | cl003/03 |
| 50,000.00 | | | | | | (80,581.00) | 69713 | cm011/03 |
| 50,000.00 | | | | | | | | |
| 10,000.00 | | | | | | | | |
| 75,000.00 | | | | | | | | |
| 25,000.00 | | | | | | | | |
| 7,000.00 | | | | | | | | |
| 63,000.00 | | | | | | | | |
| 90,000.00 | | | | | | | | |
| 40,000.00 | | | | | | | | |
| | | | | | | | | |
| Jun-03 | | | Jun-03 | | | Jun-03 | | |
| | | | | | | | | |
| 115,000.00 | | | (22,000.00) | | | (74,939.00) | 70083 | cm019/03 |
| 35,000.00 | | | | | | (116,516.00) | 70084 | cl005/03 |
| 100,000.00 | | | | | | (57,386.00) | 70008 | cm018/03 |
| 50,000.00 | | | | | | (74,720.00) | 70050 | cl004/03 |
| 50,000.00 | | | | | | (62,660.00) | 70087 | cm020/03 |
| 50,000.00 | | | | | | (77,990.00) | 70174 | cl006/03 |
| 50,000.00 | | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 100,000.00 | | | | | | | |
| | | | | | | | |
| Jul-03 | | | Jul-03 | | | Jul-03 | |
| | | | | | | | |
| 100,000.00 | | | (200,000.00) | | | (76,258.00) | 70247 | cm023/03 |
| 100,000.00 | | | | | | (73,884.00) | 70190 | cm022/03 |
| 100,000.00 | | | | | | (67,810.00) | 70189 | cm021/03 |
| 50,000.00 | | | | | | | |
| 50,000.00 | | | | | | | |
| 100,000.00 | | | | | | | |
| 100,000.00 | | | | | | | |
| 100,000.00 | | | | | | | |
| | | | | | | | |
| Aug-03 | | | | | | Aug-03 | |
| | | | | | | | |
| 150,000.00 | | | Sep-03 | | | (64,606.00) | 70476 | cm025/03 |
| 100,000.00 | | | | | | (72,843.00) | 70246 | cm024/03 |
| 50,000.00 | | | (50,000.00) | | | | |
| 100,000.00 | | | (85,000.00) | | | | |
| 120,000.00 | | | (60,000.00) | | | | |
| 80,000.00 | | | (20,000.00) | | | | |
| | | | (80,000.00) | | | | |
| Sep-03 | | | | | | | |
| | | | | | | | |
| 160,914.00 | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Dec-03 | | | | | | Oct-03 | |
| | | | | | | | |
| 100,000.00 | | | | | | (65,735.00) | 70722 | cm026/03 |
| | | | | | | (40,118.00) | 70725 | cm027/03 |
| | | | | | | (22,011.00) | 70650 | cm026/03b |
| May-04 | | | | | | (256,387.00) | 70248 | wa-001/03 |
| | | | | | | | |
| 50,000.00 | | | | | | Nov-03 | |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
| Jun-04 |  |  |  | Jun-04 |  |  |  | (63,045.00) | 70770 | cm028/03 |
| 15,000.00 |  |  |  | (15,000.00) |  |  |  | Dec-03 |  |  |
| Nov-04 |  |  |  | Oct-04 |  |  |  | (58,950.00) | 70793 | cm029/03 |
| 40,000.00 |  |  |  | (50,000.00) |  |  |  | Mar-04 |  |  |
| Dec-04 |  |  |  |  |  |  |  | (56,331.00) | 71168 | cm001/04 |
|  |  |  |  |  |  |  |  | (45,451.00) | 71261 | cm002/04 |
| 5,000.00 |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  | Dec-04 |  |  |
|  |  |  |  |  |  |  |  | (57,828.00) | 72293 | gfh001/04 |
| Total |  |  |  | Total |  |  |  | Total |  |  |
| $13,098,291.00 |  |  |  | (1,729,507.00) |  |  |  | (9,977,877.00) |  |  |













