```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PROCAPUI-Productores de Camaroes    :
de Icapui Ltda.,                    :
                                    :
              Plaintiff,            :
                                    :    07-CV-6627 (BSJ)
         v.                         :
                                    :
                                    :         Order
G.F. HIGGINS, INC., THERESA HIGGINS as :
Executrix of THE ESTATE OF GERALD   :
FRANCIS HIGGINS, THOMAS HIGGINS, and :
ROBERT HIGGINS,                     :
                                    :
              Defendants.           :
------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The Higgins Defendants have requested, through an August 14, 2008 letter, a pre-motion conference with the Court concerning the dismissal of individual defendants Theresa Higgins, Gerald Francis Higgins, Thomas Higgins, and Robert Higgins from the case. That request is DENIED. The Court does not require pre-motion conferences.

The Court notes, however, that a conference is scheduled for September 4, 2008 at 10:00 AM. As such, the Court advises the parties to be prepared to discuss the issue of the individual Higgins Defendants' dismissal at that conference.

SO ORDERED:

_____
BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 19, 2008