```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PROCAPUI-Productores de Camaroes    :
de Icapui Ltda.,                    :
                                    :
              Plaintiff,            :
                                    :    07-CV-6627 (BSJ)
         v.                         :
                                    :
                                    :    Order
G.F. HIGGINS, INC., THERESA HIGGINS as :
Executrix of THE ESTATE OF GERALD   :
FRANCIS HIGGINS, THOMAS HIGGINS, and :
ROBERT HIGGINS,                     :
                                    :
              Defendants.           :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
8/21/08

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Upon the parties' joint request, the conference that was scheduled for September 4, 2008 at 10:00 AM is rescheduled for August 27, 2008 at 10:30 AM.

SO ORDERED:

~~BARBARA S. JONES~~ R. Sullivan
UNITED STATES DISTRICT JUDGE

Dated:   New York, New York
         August 21, 2008

1