PROCAPUI-PRODUTORES DE CAMAROES, ETC.

Plaintiff(s)

- against -

G.F. HIGGINS, INC., ETAL

Defendant(s)

Index # 07CV6627 (BSJ)

Court Date September 8, 2008

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

MICHAEL HARRIS BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 20, 2008 at 01:15 PM at

1 MADISON AVENUE
NEW YORK, NY 10010

deponent served the within SUBPOENA on STANDARD CHARTERED PLC therein named,

**SUITABLE AGE**

by delivering thereat a true copy of each to PAULA PENA a person of suitable age and discretion. Said premises is Respondent's actual place of business within the state. She identified herself as the GENERAL-AGENT of the Respondent.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 30 | 5'8 | 120 |

**MAILING**

Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Respondent at the Respondent's actual place of business at

1 MADISON AVENUE
NEW YORK, NY 10010

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on August 22, 2008 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

That at the time of such service deponent knew the person so served as aforesaid to be the same person mentioned and described as the Respondent in this action.

Sworn to me on:  August 22, 2008

JOEL GRABER
Notary Public, State of New York
No. 02GR4699723
Qualified in New York County
Expires February 10, 2010

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Expires November 26, 2011

JONATHAN GRABER
Notary Public, State of New York
No. 01GR6156780
Qualified in New York County
Expires December 4, 2010

**MICHAEL HARRIS**

License #: 1077447

Invoice #: 468166

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728