UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
PROCAPUI-Productores de Camaroes de Icapui Ltda.,

                            Plaintiffs,

-against-                                       Case No. 07 Civ 6627 (BSJ)

G.F. HIGGINS INC., THERESA HIGGINS as
Executrix of THE ESTATE OF GERALD
FRANCIS HIGGINS, THOMAS HIGGINS,
ROBERT HIGGINS,

                            Defendants.
-----------------------------------------X

## NOTICE OF APPEAL

        **TAKE NOTICE**, that plaintiff, **PROCAPUI-Productores de Camaroes de Icapui Ltda.,** hereby appeals to the United States Court of Appeals for the Second Circuit from the Order of Hon. Barbara S. Jones dated August 7, 2008 and entered on August 8, 2008 which dismissed with prejudice the claims of plaintiff under the Racketeer Influenced Corrupt Organizations Act and common law fraud and from each and every part of said Order and from any Judgment which may be entered thereon and from the Order of Hon. Barbara S. Jones dated September 3, 2008 which denied plaintiff's motion for a certification pursuant to Rule 54(b) F.R. Civ. P and for leave to amend the Complaint herein.

Dated:
New York, New York
September 4, 2008

                                               Luigi P. DeMaio (LPD 4175)
                                               **DE MAIO & HUGHES, P.C.**
                                               Attorneys for Plaintiff
                                               330 East 30th Street
                                               New York, NY 10016
                                               (212)888-8300

[FILED U.S. DC SEP 0 4 2008 S.D. OF N.Y.]