UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
PROCAPUI-PRODUTORES de CAMAROES de
ICAPUI LTDA.

                    Plaintiff,

          v.

G. F. HIGGINS, INC.,

                    Defendants.
------------------------------------------------------------------x

G. F. HIGGINS, INC.,

                    Additional and Supplemental
                    Plaintiff,

          v.

JOZEF ANAVIAN,

                    Additional and Supplemental
                    Defendant.
------------------------------------------------------------------x

07 Civil Action
File No. 6627-BSJ

INTERROGATORIES

Defendants G.F. HIGGINS, INC., demands, pursuant to Rule 33 F.R.Civ.P. and

Rule 33.3(c) of the Local Civil Rules, that Plaintiff and Additional and Supplemental

Defendant Jozef Anavian and each of them serve responses to the following

Contention Interrogatories within thirty (30) days of the service of this Demand:

-1-

1. State precisely the provisions of Brazilian or U.S. or the law of any State which Plaintiff and Anavian contend were violated by any action of omission of Defendant in the acts and transactions alleged by either such party in any of its or his pleadings, including the citation to the statute and the full text of such statute translated as necessary into English;

2. State the precise acts and transactions on the part of Defendant which Plaintiff and Anavian contend violated said laws.

Dated: New York, NY
      September 15, 2008

                              Yours, etc.

                              John J. Phelan, III, P.C.

                              By/S/_____
                                 John J. Phelan, III (JP8632)
                              Attorneys for Defendants G.F.
                              Higgins, Inc., Theresa Higgins, as
                              Executrix for the Estate of Gerald
                              Higgins, Thomas Higgins and Robert
                              Higgins
                              1285 Avenue of the Americas,
                               Suite 3500
                              New York, NY 10019
                              Tel: (212) 315-3082
                              Fax: (212) 315-3028
                              Email: jphelaniii@att.net

DeMaio & Hughes, LLC

Attorneys for Plaintiff
330 East 30th Street
New York, NY
(212) 888-8300

## CERTIFICATE OF SERVICE

On September 15, 2008, I served the within Contention Interrogatory upon Luigi DeMaio, Esq, DeMaio & Hughes, 330 East 30th Street, New York, NY 10016, attorneys for Plaintiff, by filing such papers with the Clerk by electronic means on the Court's CM/ECF system.

/S/_____
John J. Phelan, III