```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
PROCAPUI-Productores de Camaroes          :
de Icapui Ltda.,                          :
                                          :
                    Plaintiff,            :
                                          :      07-CV-6627 (BSJ)
          v.                              :
                                          :
                                          :      Order
G.F. HIGGINS, INC., et. al,               :
                                          :
                    Defendants.           :
------------------------------------------x
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The parties have agreed to mediate the disputes before the Court. In that light, Defendants have withdrawn their pending motions, docket entries #72 and #123, with leave to re-file upon the conclusion of mediation. In the event that Defendants choose to re-file these motions, they will be deemed filed, for the purposes of Fed.R.Civ.P. 12, on their original filing dates of April 16, 2008 and September 30, 2008, respectively.

**SO ORDERED:**

　　　　　　　　　　　　　　　　　　　　　　　_/s/ Barbara S. Jones_
　　　　　　　　　　　　　　　　　　　　　　　BARBARA S. JONES
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:    New York, New York
          March 13, 2009

1